IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FURLANDARE SINGLETON, Individually                                            PLAINTIFFS
and as Administrator of the Estate of
Dequan Singleton, Syndi Singleton, and
Haylee Singleton, Decedents; and
CLYDE HATCHETT, Individually, and as
Administrator of the Estate of Emily
Beavers, Deceased

v.                          Case No.:  4:15-CV-205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED FUND, INC.
(specifically, the Jacksonville Housing Authority, A.K.A.
The Max Howell Place Housing Projects); EVANSTON
INSURANCE COMPANY, an Illinois corporation;
PHIL NIX, in his individual and official capacity as
Executive Director of Jacksonville Housing Authority;
JACKSONVILLE FIRE DEPARTMENT, a department
of the CITY OF JACKSONVILLE, ARKANSAS,
Jointly and Severally and in their individual
capacities; JOHN DOES(s) 1-50; and
JANE DOE(s) 1-50                                                              DEFENDANTS

**AND**

MARILYN LOUISE BEAVERS, Individually
and as Administrator of the Estate of
MARILYN BEAVERS, DECEASED                                                     PLAINTIFFS

v.

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED FUND, INC.
(specifically, the Jacksonville Housing Authority, A.K.A.
The Max Howell Place Housing Projects); EVANSTON
INSURANCE COMPANY, an Illinois corporation;
PHIL NIX, in his individual and official capacity as
Executive Director of Jacksonville Housing Authority;
BRK BRANDS, INC.; CITY OF JACKSONVILLE;
JACKSONVILLE FIRE DEPARTMENT; ENGINEER
WAYNE TAYLOR, Individually, and in his official
Capacity; CAPTAIN LARRY HAMSHER, Individually,

And in his official capacity; ENGINEER CHRIS
MCDONALD, Individually, and in his official
Capacity; FIREFIGHTER TONY SUTHERLAND,
Individually, and in his official capacity;
CAPTAIN DEWAN LEWIS, Individually, and
In his official capacity; and JOHN DOES(s) 1-10                              DEFENDANTS

## ENTRY OF APPEARANCE

The undersigned, Edie R. Ervin, a licensed attorney in the State of Arkansas who is enrolled to practice in this Court, hereby enters her name as an additional attorney of record for Separate Defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix and requests that she be given notice of all pleadings filed in this matter.

Respectfully submitted,

/s/ Edie R. Ervin
Edie R. Ervin (#93198)

William M. Griffin III (#82069)
Edie R. Ervin (#93198)
FRIDAY ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3522
(501) 376-2011
griffin@fridayfirm.com
eervin@fridayfirm.com

*Attorneys for Defendants, Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix*

## **CERTIFICATE OF SERVICE**

I, Edie R. Ervin, hereby certify that on August 21, 2015, I electronically filed the foregoing using the Court's CM/ECF system, which will cause a copy to be sent electronically to all counsel of record.

/s/ Edie R. Ervin
Edie R. Ervin (#93198)