## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FURLANDARE SINGLETON,** *et al.*                                    **PLAINTIFFS**


**v.**                          **Case No.:  4:15-CV-205-KGB**

**ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED FUND, INC.,** *et al.*            **DEFENDANTS**


### STATEMENT OF UNDISPUTED MATERIAL FACTS IN
### SUPPORT OF HOUSING AUTHORITY DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT

Separate Defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix (collectively, "Housing Authority Defendants"), for their statement of material facts pursuant to Local Rule 56.1, state:

1.     The Jacksonville Housing Authority leased an apartment unit to Marily Beavers to be occupied by her and her four children.  (Affidavit of Phil Nix, Exh. 1 at ¶ 3).

2.     The Jacksonville Housing Authority ensured that a smoke detector or alarm was installed in the apartment unit leased to Ms. Beavers.  (Affidavit of Phil Nix, Exh. 1 at ¶¶ 3, 4).

3.     Dr. Daniel Gottuk, a mechanical engineer, conducted a post-fire examination of the smoke alarm from the Beavers' apartment from which he determined, based on soot deposition patterns, that the smoke alarm's horn sounded on the night of the fire.  (Affidavit of Daniel Gottuk, Exh. 2 at ¶¶ 8-10, 13).

4.     Plaintiffs have no evidence that the Jacksonville Housing Authority committed any negligent act or omission that was a proximate cause of the deaths of Marilyn Beavers and her four minor children.

5.     Plaintiffs have no evidence that Phil Nix, in his official capacity as Executive Director of the Jacksonville Housing Authority, committed any negligent act or omission that was a proximate cause of the deaths of Marilyn Beavers and her four minor children.

6.     Plaintiffs have no evidence that Phil Nix, in his individual capacity, committed any negligent act or omission that was a proximate cause of the deaths of Marilyn Beavers and her four minor children.

WHEREFORE, Separate Defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix request that the Court enter an Order granting their Motion for Summary Judgment, dismissing with prejudice the Complaints filed in both of the consolidated cases, awarding costs, attorney's fees, and for all other just and proper relief.

/s/ William M. Griffin III
William M. Griffin III (#82069)
Edie R. Ervin (#93198)
FRIDAY ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR  72201-3522
(501) 376-2011
griffin@fridayfirm.com
eervin@fridayfirm.com

*Attorneys for Defendants, Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this _____ day of January, 2016, via the Court's ECF notification system, to the following counsel of record:

David Hodges
Attorney at Law
Centre Place – Fifth Floor
212 Center Street
Little Rock, AR  72201

William M. Hatchett
HATCHETT, DEWALT & HATCHETT
485 Orchard Lake Road
Pontiac, Michigan  48341

John W. Walker
Shawn G. Childs
JOHN W. WALKER, P.A.
1723 South Broadway
Little Rock, Arkansas  72206

Sheila F. Campbell
Attorney at Law
PO Box 939
North Little Rock, AR  72115

E. Dion Wilson
Attorney at Law
423 Rightor Street
Helena, AR  72342

John L. Wilkerson
Attorney at Law
P.O. Box 38
North Little Rock, AR  72115

Kathryn A. Pryor
Wright, Lindsey, Jennings
200 W. Capitol Avenue, Ste. 2300
Little Rock, AR  72201

Teresa Wineland
Kutak Rock LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR  72201

/s/ William M. Griffin III
William M. Griffin III (#82069)
FRIDAY ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR  72201-3522
(501) 370-1515
griffin@fridayfirm.com