## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FURLANDARE SINGLETON, Individually and as
Administrator of the Estate of DEQUAN SINGLETON,
SYNDI SINGLETON, AND HAYLEE SINGLETON,
Decedents; and CLYDE HATCHETT, Individually,
and as Administrator of the Estate of EMILY
BEAVERS, Deceased                                                    PLAINTIFFS

VS.                          NO. 4:15-cv-00205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, Inc.(Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of The Jacksonville
Housing Authority; BRK BRANDS, INC.; JOHN DOES
1 - 50; and JANE DOES 1- 50                                          DEFENDANTS
                               AND
MARILYN LOUISE BEAVERS, Individually, and as
Administrator of the Estate of MARILYN BEAVERS,
DECEASED                                                             PLAINTIFFS
VS.
ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.; and
JOHN DOES 1 - 10                                                     DEFENDANTS

### STATUS REPORT OF PLAINTIFF MARILYN LOUISE BEAVERS, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF MARILYN BEAVERS, DECEASED

1. Plaintiff Marilyn Louise Beavers, Individually, and as Administrator of the Estate of Marilyn Beavers, deceased ("Marilyn Beavers"), submits this Status Report to the Court, pursuant to the Court's Order entered January 6, 2016 (Docket No. 53).

2. The Court's January 6, 2016 Order inquires about two motions for summary judgment filed by the City of Jacksonville (Docket Nos. 5 and 7) and asks whether Plaintiffs filed any response to these Motions. These motions were filed against Plaintiffs Furlandare Singleton, Individually and as Administrator of the Estate of Dequan Singleton, Syndi Singleton, and Haylee Singleton, decedents; and Clyde Hatchett, Individually, and as Administrator of the Estate of Emily Beavers, deceased (collectively referred to as "the Singleton Plaintiffs"). The Singleton Plaintiffs and Marilyn Beavers originally brought their claims asserted in the present case in separate actions in state court, and the cases were consolidated in an Order entered by the Honorable Chris Piazza on October 22, 2014. Exhibit A, Order on Motion to Consolidate. The file dates of these motions for summary judgment are September 20, 2013 and May 6, 2014. Marilyn Beavers was not a party to the action initiated by the Singleton Plaintiffs at the time of the filing of the motions for summary judgment, nor

2

were the motions directed at Marilyn Beavers.  Accordingly, Marilyn Beavers never filed any response to these Motions.

3.    Marilyn Beavers notes that prior to consolidation of the state cases, the City of Jacksonville filed a substantially similar motion for summary judgment and supporting brief in the case filed by Marilyn Beavers.  Exhibit B, City of Jacksonville's Motion for Summary Judgment and Brief.   Marilyn Beavers responded to that motion stating that she would file a motion to dismiss without prejudice as to the City of Jacksonville, Exhibit C, and thereafter immediately did file a motion to dismiss without prejudice as to the City of Jacksonville.  Exhibit D.  The Honorable Christopher Palmer entered an Order granting the motion to dismiss on June 3, 2014.  Exhibit E.

4.    As for the motions for summary judgment filed by Phil Nix and the Jacksonville Housing Authority (Docket Nos. 17 and 20) , Marilyn Beavers asserts that these motions are not yet ripe.  As the Court noted in its Order, Marilyn Beavers moved for an extension of time in which to respond to these Motions so that she could take the depositions of Phil Nix and the 30(b)(6) representative of the Jacksonville Housing Authority.  Docket No. 24.  The Honorable Chris Piazza entered an Order on March 18, 2015 in which he granted Plaintiffs time to conduct the 30(b)(6) deposition of the corporate Defendants Arkansas Housing Authorities Property and Casualty Self Insured,

Inc. (specifically, the Jacksonville Housing Authority a/k/a The Max Howell Place Housing Projects), and the deposition of Phil Nix.  Exhibit F.  The Order then gave Plaintiff fourteen (14) days *after receipt of the transcripts* of these depositions are received by Plaintiff in which to respond to the motions for summary judgment.

5.      The Deposition of Phil Nix is set to be taken on January 25, 2016. Exhibit G, Notice of Deposition.  Considerable effort has been made to schedule the deposition of Phil Nix over the last year.   Plaintiff does not wish to unnecessarily burden the Court by providing the voluminous correspondence in which attorneys attempted to schedule this deposition (but will provide such correspondence if the Court believes it would be helpful), but Marilyn Beavers represents that she has diligently attempted to take the deposition of Phil Nix and the 30(b)(6) depositions, and that there has been no undue delay on her part to take and schedule these depositions.

6.      A separate 30(b)(6) deposition of Arkansas Housing Authorities Property and Casualty Self Insured, Inc. (specifically, the Jacksonville Housing Authority a/k/a The Max Howell Place Housing Projects) has not yet been set, however, Marilyn Beavers served a 30(b)(6) notice upon the Housing Authority Defendants in December of 2014.  Exhibit H, Notice of 30(b)(6) Deposition. The Housing Authority Defendants filed their objections on April 6, 2015.

Exhibit I.  Marilyn Beavers still desires to take a 30(b)(6) deposition of these

Defendants.  Counsel for the Housing Authority Defendants has indicated that

Phil Nix will respond to some, but apparently not all, of the 30(b)(6) matters.

Exhibit J (various correspondence from Will Griffin).  Marilyn Beavers's attorney

has expressed that he is entitled to deposed the Jacksonville Housing Authority

as to all of the topics stated in the 30(b)(6) notice, and that it is insufficient if

Phil Nix only testifies as to some of the topics.  Exhibit K (David Hodges's letter

of April 3, 2015 to Will Griffin).  Marilyn Beavers asserts that if Phil Nix does

not respond to all of the 30(b)(6) areas in the Notice as it pertains to the

Jacksonville Housing Authority, then she should be allowed sufficient time to

respond to the motions for summary judgment as to allow her to Notice another

deposition of a 30(b)(6) representative who can sufficiently testify as to these

matters.

**MARILYN LOUISE BEAVERS, Individually, and as Administrator of the Estate of MARILYN BEAVERS, Deceased, Plaintiff**


**By:    /s/ David A. Hodges**
**DAVID A. HODGES**
**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**
**Facsimile:   501-374-8926**
**E-Mail: david@hodgeslaw.com**

5

**and**

**E. DION WILSON**
**Attorney at Law**
**423 Rightor Street**
**Helena, AR 72342**
**Telephone: 870-338-6487**
**Facsimile: 870-338-8030**

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

.

Mr. William M. Hatchett
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI 48341

Ms. Sheila Campbell
Attorney at Law
P.O. Box 939
North Little Rock, AR 72115

Mr. William Griffin
Friday, Eldredge Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

Mr. John Walker
Mr. Shawn Childs
Walker Law Firm
1723 Broadway
Little Rock, AR 72206

Ms. Kathryn A. Pryor
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Ms. Teresa Wineland
Kutak Rock, LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706

Mr. Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Mr. John L. Wilkerson
Attorney at Law
301 W. 2nd Street
North Little Rock, AR 72115

Mr. E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

Mr. James H. Heller
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103


 /s/ David A. Hodges
DAVID HODGES