IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of DEQUAN SINGLETON, SYNDI SINGLETON, AND HAYLEE SINGLETON, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of EMILY BEAVERS, Deceased | PLAINTIFFS |
| VS.              NO. 4:15-cv-00205-KGB | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, Inc.(Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of The Jacksonville Housing Authority; BRK BRANDS, INC.; JOHN DOES 1 - 50; and JANE DOES 1- 50 | DEFENDANTS |
| AND | |
| MARILYN LOUISE BEAVERS, Individually, and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |
| VS. | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC. (Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of THE JACKSONVILLE HOUSING AUTHORITY; BRK BRANDS, INC.; and JOHN DOES 1 - 10 | DEFENDANTS |

**AMENDMENT TO STATUS REPORT OF PLAINTIFF MARILYN
LOUISE BEAVERS, INDIVIDUALLY, AND AS ADMINISTRATOR
OF THE ESTATE OF MARILYN BEAVERS, DECEASED**

Plaintiff Marilyn Louise Beavers, Individually, and as Administrator of the Estate of Marilyn Beavers, deceased ("Marilyn Beavers") states for her Amendment to her Status Report to the Court as follows:

Subsequent to filing her Status Report (Docket No. 59), John Wilkerson called David Hodges's office in regards to Marilyn Beavers's statement regarding her dismissal of the City of Jacksonville in paragraph three of the Status Report. This amendment is made to hopefully clarify any of the issues in regards to that paragraph.

The Order entered by the Honorable Christopher Palmer on June 3, 2014 stated that "the Jacksonville Fire Department, a Department of the City of Jacksonville, Arkansas" was dismissed without prejudice, but the Order does not expressly dismiss the City of Jacksonville.  As Marilyn Beavers acknowledged in her Response to the City of Jacksonville's Motion for Summary Judgment, the City of Jacksonville and the Jacksonville Fire Department are not separate legal entities, and because they are not separate legal entities it was her intention to dismiss both the City and the Fire Department.  Marilyn Beavers did not intend to make any misrepresentations in the Status Report, and Marilyn Beavers is not opposed to a dismissal without

prejudice as to the City of Jacksonville, because her original intention in her motion to dismiss was to dismiss both the City of Jacksonville and the Jacksonville Fire Department.

        MARILYN LOUISE BEAVERS, Individually,
        and as Administrator of the Estate of
        MARILYN BEAVERS, Deceased, Plaintiff

By:   /s/ David A. Hodges
      DAVID A. HODGES
      Attorney at Law
      212 Center Street, Fifth Floor
      Little Rock, AR 72201-2429
      Arkansas Bar No. 65021
      Telephone: 501-374-2400
      Facsimile:  501-374-8926
      E-Mail: david@hodgeslaw.com

        and

      E. DION WILSON
      Attorney at Law
      423 Rightor Street
      Helena, AR 72342
      Telephone: 870-338-6487
      Facsimile: 870-338-8030

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:
.

Mr. William M. Hatchett
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI 48341

Ms. Sheila Campbell
Attorney at Law
P.O. Box 939
North Little Rock, AR 72115

Mr. William Griffin
Friday, Eldredge Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

Mr. John Walker
Mr. Shawn Childs
Walker Law Firm
1723 Broadway
Little Rock, AR 72206

Ms. Kathryn A. Pryor
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Ms. Teresa Wineland
Kutak Rock, LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706

Mr. Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Mr. John L. Wilkerson
Attorney at Law
301 W. 2nd Street
North Little Rock, AR 72115

Mr. E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

Mr. James H. Heller
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103

 /s/ **David A. Hodges**
 **DAVID HODGES**