# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FURLANDARE SINGLETON, et al.

*Plaintiff*

v.

ARKANSAS HOUSING AUTHORITIES
PROPERTY & CASUALTY SELF-INSURED,
Inc., et al.

*Defendant*

Case No. 4:15-CV-00205

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Wayne Taylor, Larry Hamsher, Chris McDonald, Tony Southerland, Dewan Laws, the City of Jacksonville, and the Jacksonville Fire Department.

Date: February 4, 2016

/s/ Jenna Adams
*Attorney's signature*

Jenna Adams, ABA #2015082
*Printed name and bar number*

P.O. Box 38
*Address*

North Little Rock, AR 72115
*Address2*

501-978-0163
*Telephone number*

jenadams@arml.org
*Email Address*

CERTIFICATE OF SERVICE

I, Jenna Adams, hereby certify on this 4th day of February 2016, I have electronically filed the foregoing document with the Clerk of Court, which will send notification to all registered users of the electronic filing system listed below:

John W. Walker

William M. Griffin, III

Teresa Wineland

Kathryn A. Pryor

Robert E. Bamburg

William M. Hatchett

Baxter D. Drennon

James H. Heller

David A. Hodges

E. Dion Wilson

John L. Wilkerson

Sheila Campbell

Shawn Childs

/s/   Jenna Adams
Name: Jenna Adams
Bar Number: 20150082
Attorney for:
Law Firm Name:
Law Firm Address: P.O. Box 38
City State ZIP: North Little Rock   AR 72115
Phone Number: 501-978-0163
Email Address: jenadams@arml.org