IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FURLANDARE SINGLETON,** *et al*.                                                    **PLAINTIFFS**

v.                                    Case No. 4:15-cv-205-KGB

**ARKANSAS HOUSING
AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED
FUND, INC.,** *et al*.                                                                      **DEFENDANTS**

**ORDER**

The Court will conduct a status conference *via* telephone on Thursday, March 3, 2016, at 3:00 p.m. CST.  The parties will be expected to address the following issues at the status conference:

1. Establishing a deadline for plaintiffs to respond to motions for summary judgment filed by separate defendant Phil Nix; separate defendant the Jacksonville Housing Authority; and by separate defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company, and Phil Nix (Dkt. Nos. 17, 20, 56).  Plaintiffs have moved for extensions of time to respond to these motions, claiming that additional discovery is necessary before they can adequately respond (Dkt. No. 24, ¶ 5; No. 65, ¶ 9).  Plaintiffs suggest two potential deadlines for their responses to these motions:  (1) 14 days after they receive the transcripts from the depositions of Phil Nix and certain Federal Rule of Civil Procedure 30(b)(6) witnesses; or (2) 14 days after July 20, 2016, the discovery deadline set by the Court's Final Scheduling Order (Dkt. No. 67, at 2).  Defendants oppose plaintiffs' request for an extension of time (Dkt. No. 69, at 7).

2. Resolving issues surrounding a deposition of a Rule 30(b)(6) witness for separate defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc.; the

Jacksonville Housing Authority; and Evanston Insurance Company. On December 27, 2014, before this case was removed to this Court, plaintiffs filed notice of a Rule 30(b)(6) deposition as to these defendants (Dkt. No. 59-8). On March 18, 2015, the Honorable Chris Piazza ordered that plaintiffs did not need to respond to the motions for summary judgment filed by separate defendant Phil Nix and the Jacksonville Housing Authority until 14 days after receiving the transcripts from the depositions of this Rule 30(b)(6) witness and Phil Nix (Dkt. No. 59, ¶ 4). On April 9, 2015, Judge Piazza conducted a hearing on plaintiffs' Rule 30(b)(6) notice and the defendants' objections to it, where he "ruled on some of the issues" (Dkt. No. 61, ¶ 4). However, the case was removed before Judge Piazza entered a written ruling, and as a result, a written ruling was never entered and the Rule 30(b)(6) deposition was canceled. The current status of this issue is unclear to the Court and appears to be intertwined with the dispute over when plaintiffs should be required to respond to the motions for summary judgment that are pending.

3. Determining whether separate defendant BRK Brands, Inc.'s motion for inspection of the subject smoke alarm is moot (Dkt. No. 46). An inspection of the smoke alarm was held on December 7, 2015. Counsel for all parties and expert witnesses attended the inspection (Dkt. No. 21, ¶ 5).

If there are other pending matters that the parties wish to address at the status conference, the parties should inform all counsel of record and the Court on or before February 18, 2016, so that a meaningful status conference can be conducted.

So ordered this 5th day of February, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge