IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of DEQUAN SINGLETON, SYNDI SINGLETON, and HAYLEE SINGLETON, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of EMILY BEAVERS, Deceased | PLAINTIFFS |
| VS.     NO. 4:15-CV-205-KGB | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC.(Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of The Jacksonville Housing Authority; BRK BRANDS, INC.; JOHN DOES 1 - 50; and JANE DOES 1- 50 | DEFENDANTS |
| and | |
| MARILYN LOUISE BEAVERS, Individually, and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |
| VS. | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC. (Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of THE JACKSONVILLE HOUSING AUTHORITY; BRK BRANDS, INC.; and JOHN DOES 1 - 10 | DEFENDANTS |

## MOTION FOR EXTENSION OF TIME TO FILE EXPERT REPORTS ON BEHALF OF THE PLAINTIFFS

1. Plaintiffs are filing a Motion for Additional Testing.

2. The motion requesting additional testing will be filed contemporaneously with this request.

3. The motion for additional testing is incorporated herein by reference.

4. The experts for the Plaintiffs, Roger Tate and Forest Smith, believe that additional testing is necessary in order to respond to the Motion for Summary Judgment and the Affidavit of Daniel Gottuk.

5. Plaintiffs ask for a reasonable period of time to file the reports of the experts pending a decision of the Court on the motion for additional testing and/or examination of the smoke detector and the junction box.

6. David Hodges has conferred with the attorneys for the Defendants. Attached hereto is David Hodges' letter of February 16, 2016, to the defendants. Plaintiffs have been unable to get the consent of any of defendants to the request herein.

> **MARILYN LOUISE BEAVERS, Individually, and as Administrator of the Estate of MARILYN BEAVERS, Deceased, Plaintiff**
>
> By:   /s/ David A. Hodges
>         DAVID A. HODGES
>         Attorney at Law
>         212 Center Street, Fifth Floor
>         Little Rock, AR 72201-2429
>         Arkansas Bar No. 65021
>         Telephone: 501-374-2400
>         Facsimile:  501-374-8926
>         david@hodgeslaw.com

- and -

E. DION WILSON
Wilson & Associates
423 Rightor Street
Helena, AR 72342
Arkansas Bar No. 94014
Telephone: 870-338-6487
Facsimile:  870-338-8030
edionwilson@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Mr. William M. Hatchett<br>Hatchett, DeWalt, Hatchett<br>485 Orchard Lake Road<br>Pontiac, MI 48341 | Ms. Kathryn A. Pryor<br>Wright, Lindsey & Jennings<br>200 West Capitol Ave., Suite 2300<br>Little Rock, AR 72201 |
| Ms. Sheila Campbell<br>Attorney at Law<br>P.O. Box 939<br>North Little Rock, AR 72115 | Mr. James H. Heller<br>Cozen O'Conner<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Mr. William Griffin<br>Friday, Eldredge Clark<br>400 W. Capitol Avenue, Suite 2000<br>Little Rock, AR 72201-3493 | Ms. Teresa Wineland<br>Kutak Rock, LLP<br>124 West Capitol Ave., Suite 2000<br>Little Rock, AR 72201-3706 |
| Mr. John Walker<br>Mr. Shawn Childs<br>Walker Law Firm<br>1723 Broadway<br>Little Rock, AR 72206 | Mr. Baxter D. Drennon<br>Wright, Lindsey & Jennings<br>200 West Capitol Ave., Suite 2300<br>Little Rock, AR 72201 |

-4-

Mr. John L. Wilkerson  
Attorney at Law  
301 W. 2nd Street  
North Little Rock, AR 72115

Mr. E. Dion Wilson  
Wilson & Associates  
423 Rightor Street, Suite One  
Helena, AR 72342-3219

/s/ David Hodges
DAVID HODGES

DH/cjh/179