# David A. Hodges
### Attorney at Law
Centre Place - Fifth Floor
212 Center Street
Little Rock, Arkansas 72201-2429

LITTLE ROCK OFFICE:
Telephone:     501-374-2400
Facsimile:     501-374-8926
Toll Free:     1-800-642-8082

WRITER'S E-MAIL:
david@hodgeslaw.com

February 16, 2016

**Via Fax 244-5327**

Mr. William M. Griffin III
Friday, Eldredge Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

**Via E-mail**

Mr. John Walker
Mr. Shawn Childs
Attorney at Law
1723 Broadway
Little Rock, AR 72206

**Via Fax 978-6567**

Mr. John L. Wilkerson
Attorney at Law
P.O. Box 38
301 W. 2nd Street
North Little Rock, AR 72115

**Via Fax 376-9442**

Ms. Kathryn Pryor
Wright, Lindsey & Jennings
200 West Capitol Ave, Ste 2300
Little Rock, AR 72201

**Via E-mail**

Mr. William Hatchett
Hatchett/DeWalt/Hatchett
485 Orchard Lake Road
Pontiac, MI 48341

**Via E-mail**

Ms. Sheila Campbell
Attorney at Law
P.O. Box 939
North Little Rock, AR 72115

**Via Fax 975-3001**

Ms. Teresa Wineland
Kutak Rock, LLP
124 West Capitol Ave, Suite 2000
Little Rock, AR 72201-3706

**Via Fax 982-2280**

Mr. Robert Bamburg
Attorney at Law
P.O. Box 5913
Jacksonville, AR 72078

Counsel
February 16, 2016
Page 2


**Via Fax: 215-701-2189**

Mr. James H. Heller
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103

      Re:    Marilyn Beavers, et al v. Jacksonville Housing Authority, et al.
             USDC Case No. 4:15-CV-205-KGB

Dear Counsel:

     I am directing this to the defense lawyers in the case.

     The plaintiffs have decided to file a motion for destructive testing based on the recommendation of our expert witnesses.

     We also will ask the court to defer or delay the reporting requirement that comes forward on the Scheduling Order for February 29 requiring the plaintiffs to give expert reports in the case.

     The purpose of this letter is to confer with the defense lawyers to see if you can agree with our request for an extension of time to file reports on behalf of our experts until the court can rule on the motion for destructive testing and the destructive testing can take place, assuming the court grants the motion, so that we will have the benefit of the results of that testing when we do reports of our experts.

     Please let me hear from you as to whether or not you agree or oppose our request for an extension of time for the deadline that comes up on February 29.

     I am in the process of drafting a motion to have destructive testing, to some extent, in this case, based on the recommendation of our experts.

Counsel
February 16, 2016
Page 3

    With warmest and best personal regards, I am,

                      Sincerely yours,

                      *Dictated By David Hodges*

                      DAVID HODGES

DH/psf/179

cc:    Mr. Dion Wilson (via email)