IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FURLANDARE SINGLETON,** *et al.* **PLAINTIFFS**

v. Case No. 4:15-cv-205-KGB

**ARKANSAS HOUSING
AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED
FUND, INC.,** *et al.* **DEFENDANTS**

## ORDER

Before the Court are five motions in *limine* filed by plaintiff Marilyn Louise Beavers (Dkt. Nos. 13; 14; 15; 21; 36). The Court denies without prejudice these motions at this time. Ms. Beavers may raise some or all of the issues included in these motions in future filings to be made closer to the time of trial, if she chooses to do so.

So ordered this the 4th day of March, 2016.

_____
Kristine G. Baker
United States District Judge