# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FURLANDARE SINGLETON**, *et al*.                                                              **PLAINTIFFS**

v.                                      Case No. 4:15-cv-205-KGB

**ARKANSAS HOUSING
AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED
FUND, INC.**, *et al*.                                                                              **DEFENDANTS**

## ORDER

  Before the Court is plaintiffs' motion for extension of time to respond to the two motions for summary judgment filed by defendants in this case (Dkt. No. 24). On March 3, 2016, the Court held a status conference with counsel for all parties. Counsel unanimously agreed that the discovery issues raised in plaintiffs' motion for an extension of time to respond to motions for summary judgment filed by Phil Nix and the Jacksonville Housing Authority have been resolved (Dkt. Nos. 17; 20). Accordingly, the Court grants in part plaintiffs' motion for an extension of time (Dkt No. 24). Plaintiffs shall have up to and including April 15, 2016, to file their responses to the motions for summary judgment filed by separate defendant Phil Nix and separate defendant Jacksonville Housing Authority (Dkt. Nos. 17; 20).

  So ordered this the 4th day of March, 2016.

                                     */s/ Kristine G. Baker*

                                     Kristine G. Baker
                                     United States District Judge