IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of Dequan Singleton, Syndi Singleton, and Haylee Singleton, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of Emily Beavers, Deceased | PLAINTIFFS |
| v.    Case No.: 4:15-CV-205-KGB | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC. (specifically, the Jacksonville Housing Authority, A.K.A. The Max Howell Place Housing Projects); EVANSTON INSURANCE COMPANY, an Illinois corporation; PHIL NIX, in his individual and official capacity as Executive Director of Jacksonville Housing Authority; JACKSONVILLE FIRE DEPARTMENT, a department of the CITY OF JACKSONVILLE, ARKANSAS, Jointly and Severally and in their individual capacities; JOHN DOES(s) 1-50; and JANE DOE(s) 1-50 | DEFENDANTS |

AND

| | |
|---|---|
| MARILYN LOUISE BEAVERS, Individually and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |
| v. | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC. (specifically, the Jacksonville Housing Authority, A.K.A. The Max Howell Place Housing Projects); EVANSTON INSURANCE COMPANY, an Illinois corporation; PHIL NIX, in his individual and official capacity as Executive Director of Jacksonville Housing Authority; BRK BRANDS, INC.; CITY OF JACKSONVILLE; JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE TAYLOR, Individually, and in his official Capacity; CAPTAIN LARRY HAMSHER, Individually, And in his official capacity; ENGINEER CHRIS MCDONALD, Individually, and in his official Capacity; FIREFIGHTER TONY SUTHERLAND, Individually, and in his official capacity; CAPTAIN DEWAN LEWIS, Individually, and In his official capacity; and JOHN DOES(s) 1-10 | DEFENDANTS |

## BRK BRANDS, INC.'S MEMORANDUM RESPONSE TO PLAINTIFFS' MOTION FOR TESTING

BRK Brands, Inc. ("BRK"), by and through its undersigned counsel, responds to Plaintiffs' Motion for Testing, and in support thereof states:

1. On February 26, 2016, Plaintiffs filed a Motion to conduct further and destructive testing of the smoke alarm that was in Plaintiffs' apartment at the time of the subject fire. On March 3, 2016, during a status conference, this Court heard argument on Plaintiffs' Motion for Testing. During such argument, this Court permitted BRK to, and BRK does hereby, adopt the Memorandum in Response filed by co-defendants, Jacksonville Housing Authority. BRK also adopts the Affidavit of Daniel Gottuk, expert consultant retained by the Jacksonville Housing Authority defendants.

2. BRK further adopts all argument its counsel made during the status conference including, but not limited to, the following:

   a. On March 20, 2015, BRK submitted a proposed protocol to Plaintiffs' counsel and all other counsel, which protocol provided for a non-destructive examination and destructive examination of the alarm;

   b. BRK's March 2015 protocol provided for the destructive examination to avoid having the numerous experts fly to Arkansas on two separate occasions and the costs associated therewith;

   c. Plaintiffs' objected to the destructive examination although Plaintiffs now seek this exact examination;

1299723-v1

d. On December 7, 2015, a non-destructive inspection of the smoke alarm was conducted, per the agreement of the parties. The December 7, 2015, non-destructive inspection of the smoke alarm clearly and unambiguously revealed a deposition pattern on the smoke alarm's horn confirming its operation during the subject fire. As such, further destructive testing serves no purpose;

e. To the extent this Court is inclined to permit a further inspection/destructive inspection of the smoke alarm, BRK respectfully requests that its expert, Lori Streit, and the Housing Authority's expert, Daniel Gottuk, be permitted to perform all tasks necessary to further examine the subject smoke alarm. Plaintiffs have not demonstrated that Plaintiffs' experts are qualified to perform a destructive examination of a smoke alarm in a manner that will preserve the evidence. Destructive testing of the alarm by an unqualified expert creates the risk of affecting the smoke pattern on the alarm's horn;

f. As it relates to further analyses of the wiring and junction box, since the alarm is AC-powered only and it sounded during the fire, further examination of these artifacts is unwarranted and irrelevant;

g. As it relates to Plaintiffs' request to power-up an exemplar 1839-WN smoke alarm, this is the only exemplar in BRK's possession. It is a 22-plus year-old alarm and BRK does not have any knowledge as to its history including, but not limited to, whether it has any components that

1299723-v1

are presently inoperable (the smoke alarm's components are only warranted for ten years). BRK further questions what relevant information powering the exemplar would provide as it relates to whether the subject alarm in Plaintiffs' residence sounded during the fire.

WHEREFORE, BRK respectfully requests that this Honorable Court deny Plaintiffs' Motion to conduct further testing of the alarm.

                Respectfully submitted,

                WRIGHT, LINDSEY & JENNINGS, LLP

                By: /s/ *Kathryn A. Pryor*
                    Kathryn Pryor (89206)
                    200 W. Capitol Avenue
                    Suite 2300
                    Little Rock, AR  72201-3699
                    501-371-0808
                    KPryor@WLJ.com

                    *Attorneys for BRK Brands, Inc.*

*Of Counsel*:
James H. Heller, Esquire
COZEN O'CONNOR
Suite 2800
1650 Market Street
Philadelphia, PA  19103
215-665-2189
jimheller@cozen.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which will cause a copy to be sent electronically upon the following:

David A. Hodges, Esquire
212 Center Street
5th Floor
Little Rock, AR  72201-2429

E. Dion Wilson, Esquire
423 Rightor Street
Helena, AR  72342

William M. Hatchett, Esquire
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI  48341

Sheila Campbell, Esquire
PO Box 939
North Little Rock, AR  72115

William Griffin, Esquire
Friday, Eldredge, Clark
400 W. Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

John Walker, Esquire
Shawn Childs, Esquire
Walker Law Firm
1723 Broadway
Little Rock, AR  72206

By: */s/ Kathryn A. Pryor*
    Kathryn Pryor

1299723-v1