IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of Dequan Singleton, Syndi Singleton, and Haylee Singleton, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of Emily Beavers, Deceased | PLAINTIFFS |

v.                             Case No.:  4:15-CV-205-KGB

| | |
|---|---|
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC. (specifically, the Jacksonville Housing Authority, A.K.A. The Max Howell Place Housing Projects); EVANSTON INSURANCE COMPANY, an Illinois corporation; PHIL NIX, in his individual and official capacity as Executive Director of Jacksonville Housing Authority; JACKSONVILLE FIRE DEPARTMENT, a department of the CITY OF JACKSONVILLE, ARKANSAS, Jointly and Severally and in their individual capacities; JOHN DOES(s) 1-50; and JANE DOE(s) 1-50 | DEFENDANTS |

AND

| | |
|---|---|
| MARILYN LOUISE BEAVERS, Individually and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |

v.

| | |
|---|---|
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC. (specifically, the Jacksonville Housing Authority, A.K.A. The Max Howell Place Housing Projects); EVANSTON INSURANCE COMPANY, an Illinois corporation; PHIL NIX, in his individual and official capacity as Executive Director of Jacksonville Housing Authority; BRK BRANDS, INC.; CITY OF JACKSONVILLE; JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE TAYLOR, Individually, and in his official Capacity; CAPTAIN LARRY HAMSHER, Individually, And in his official capacity; ENGINEER CHRIS MCDONALD, Individually, and in his official Capacity; FIREFIGHTER TONY SUTHERLAND, Individually, and in his official capacity; CAPTAIN DEWAN LEWIS, Individually, and      In his official capacity; and JOHN DOES(s) 1-10 | DEFENDANTS |

## BRK BRANDS, INC.'S MEMORANUM RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES

BRK Brands, Inc. ("BRK"), by and through its undersigned counsel, responds to Plaintiffs' Motion to Extend the Expert Disclosure Deadlines, and in support thereof states:

1.  This Court's Scheduling Order required Plaintiffs to provide expert disclosures on February 28, 2016. Plaintiffs now seek to extend that deadline claiming, among other things, they need to conduct further destructive examination of artifacts, including the smoke alarm at issue.

2.  Plaintiffs' experts have sufficient information to acknowledge the sonic deposition analyses on the alarm's horn which unambiguously confirms the alarm sounded at the time of the subject fire. As such, Plaintiffs should not require any further testing on the subject alarm and their expert disclosures should be provided forthwith. In this regard, BRK hereby adopts and incorporates its Memorandum Response in Opposition to Plaintiffs' Motion for Testing as though fully set forth herein.

3.  To the extent this Court is inclined to permit Plaintiffs to conduct further destructive testing of the smoke alarm, Plaintiffs should be required to disclose their experts who have opinions relating to the operation of the smoke alarm within 14 days of such inspection. Moreover, Plaintiffs have likely retained a number of experts whose opinions are not based, in any way, on the results of

1299692-v1

analyses of the smoke alarm. Plaintiffs should be required to immediately disclose the identity and opinions of all such other experts.

WHEREFORE, BRK respectfully requests that this Honorable Court deny Plaintiffs' Motion to Extend Plaintiffs' Expert Disclosure Deadlines. Alternatively, BRK requests that Plaintiffs be required to disclose all of their experts relating, in any way, to the operation of the smoke alarm, within 14 days of any further inspection. Finally, BRK requests that Plaintiffs immediately disclose any and/or all of their experts and their experts' opinions that do not relate, in any way, to the operation of the smoke alarm.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS, LLP

By: */s/ Kathryn A. Pryor*
    Kathryn Pryor (89206)
    200 W. Capitol Avenue
    Suite 2300
    Little Rock, AR  72201-3699
    501-371-0808
    KPryor@WLJ.com

*Attorneys for BRK Brands, Inc.*

*Of Counsel*:
James H. Heller, Esquire
COZEN O'CONNOR
Suite 2800
1650 Market Street
Philadelphia, PA  19103
215-665-2189
jimheller@cozen.com

1299692-v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2016, I electronically filed the foregoing document using the Court's CM/ECF system, which will cause a copy to be sent electronically upon the following:

David A. Hodges, Esquire
212 Center Street
5th Floor
Little Rock, AR  72201-2429

E. Dion Wilson, Esquire
423 Rightor Street
Helena, AR  72342

William M. Hatchett, Esquire
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI  48341

Sheila Campbell, Esquire
PO Box 939
North Little Rock, AR  72115

William Griffin, Esquire
Friday, Eldredge, Clark
400 W. Capitol Avenue
Suite 2000
Little Rock, AR  72201-3493

John Walker, Esquire
Shawn Childs, Esquire
Walker Law Firm
1723 Broadway
Little Rock, AR  72206

By: */s/ Kathryn A. Pryor*
　　Kathryn Pryor