## AFFIDAVIT OF LORI STREIT, PH.D.

STATE OF ILLINOIS     :
COUNTY OF DUPAGE   :

Lori A. Streit, being duly sworn deposes and says:

1. I hold a Ph.D. degree in Analytical Chemistry/Surface Analysis from Arizona State University.

2. I am a Principal of Unified Engineering, Inc. of Lombard, Illinois, where I am employed as a chemist and materials analyst. My qualifications are as set forth in my curriculum vitae, a copy of which is attached hereto as Exhibit A.

3. My education and experience is in the areas of, among other things, surface analysis, microanalysis, material characterization, chemistry, chemical analysis and acoustic agglomeration or enhanced soot deposition ("ESD") analysis.

4. I have been extensively involved with the examination, analysis and testing of smoke alarms. More specifically, I have extensive experience in the examination, analysis and testing of smoke alarms that have been involved in fires and exposed to products of combustion.

5. As part of my duties and responsibilities as a chemist and materials analyst, I routinely examine, analyze and test smoke alarms, to determine the manner in which the product operated when exposed to combustion products. I have specific knowledge, training and experience in fire investigation. Over the course of the last 20 years, I have conducted hundreds of investigations on smoke alarms that were exposed to fire and heat. With regard to smoke alarms, I have created analytical tools, which have been peer reviewed and accepted by the scientific community, which assists me in the examination of particular aspects of smoke alarms exposed to a fire.

6. These peer reviewed analytical tools permit the analysis of smoke alarm physical damage and contamination, thermal deformation, soot patterns, smoke, soot and other evidentiary patterns on the battery, acoustic agglomeration (enhanced soot deposition)


EXHIBIT A

patterns, wires, etc. to determine, among other things, how the alarm was mounted, whether the alarm was properly powered, and whether the it alarmed during the fire. I have also constructed specific measurement and reflective tools, which have been peer reviewed and accepted by the scientific community which aid in the analysis of battery soot protected area patterns and acoustic agglomeration pattern evaluation.

7. In support of her motion to strike, the Plaintiff has asserted that the scientific analysis known as "acoustic agglomeration" or "ESD" is not reliable because the work "has been statistically [in]significant". (*See* Affidavit of B. Don Russell ("Russell Aff.") at 10.)

8. I have independently researched ESD and acoustic agglomeration as a means to scientifically assess whether a smoke alarm sounded during a fire. My research in this regard is the subject of several peer-reviewed and published journal articles.

9. As a brief overview and as further described in our initial paper that applied the science of acoustic agglomeration to smoke alarms, acoustic agglomeration is well documented throughout the literature and dates back to Kundt's findings in 1866. (*See* C.L. Worrell, L. Streit, et al., Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Alarms, Fire Technology, 37, 343-362 (2001) at ref. 5, a copy of which is attached hereto at Exhibit B.) It is well established that an acoustic field can greatly enhance the rate of particle agglomeration. (*See id,* references 2, 5-9). It is also been shown by Tiwary et. al (*id.,* ref. 8) and Mendiknow (*id.,* ref. 2) that the conditions optimum for acoustic agglomeration are substantially similar to those exhibited by a sounding smoke alarm.

10. In January of 2001, my scientific analyses applying the science of acoustic agglomeration to smoke alarms, alarms which were mounted for testing in an actual full-scale house fire, was presented and published in the Proceedings of the Fire Suppression and Detection Research Application Symposium at The Fire Protection Research

Foundation Annual Meeting, Jan. 2001. (*Id.*) This paper was the winner of the William M. Carey Award in recognition of the best paper presented at the meeting.

11.  Subsequently, the paper passed a rigorous peer review process and was published in Fire Technology, volume 37, pages 343-362 in 2001. (*Id.*) Fire Technology is the foremost refereed journal in the Fire Science field.

12.  In order to further our understanding of acoustic agglomeration, a second study was published using 389 smoke alarms with different horn configurations exposed to an array of controlled UL fire test configurations. That work constituted a 2nd paper presented and published in the Proceedings of the Fire Suppression and Research Application Symposium at The Fire Protection Research Foundation Annual Meeting, Jan. 2002. (*See* C. Worrell, J. Lynch, G. Jomaas, R. Roby, L. Streit and J. Torero, "*Effect of Smoke Source and Horn Configuration on Enhanced Deposition Acoustic Agglomeration, and Chladni Figures in Smoke Alarms*", a copy of which is attached hereto as Exhibit C. This paper was also subjected to and passed the peer review process and was published in Fire Technology, volume 39, pages 309-346 in 2003.

13.  I personally examined over 400 smoke alarms for these studies. Any scientist would consider that to be a statistically valid number of tests. As a further note, all of the smoke alarms tested were examined and evaluated as part of a double-blind study. In other words, I examined over 400 smoke alarms for acoustic agglomeration without knowing which alarms had activated and which had not. In the smoke alarms where there was sufficient soot to evaluate an acoustic agglomeration, I had one hundred percent correct determination of activation. Therefore, the technique is clearly reliable.

14.  Subsequent to those publications, the technique used to determine the presence of acoustic agglomeration has been substantiated and verified by research that was authored by P. Kennedy, K. Kennedy and G. Gorbett entitled "*A Fire Analysis Tool Revisited: Acoustic Soot Agglomeration in Residential Smoke Alarms*" and was published by the

Investigative Institute in August, 2003. A copy of this study is attached hereto as Exhibit D. In fact, the authors combined our data with theirs to create a larger database of tests.

15. A second confirmation study of the acoustic agglomeration technique was performed as part of a Masters' Thesis. This study further confirmed the validity of the ESD method for ascertaining whether a smoke alarm sounded during a fire. (P. Phelan, "*An Investigation of Enhanced Soot Deposition on Smoke Alarm Horns*", Master of Science Thesis, Worcester Polytechnic Institute, Worcester, MA, 250 p., 2005, a copy of which is attached hereto as Exhibit E.)

16. Additional research on this subject followed to ensure the validity of the ESD method was not limited to "controlled" fire scenarios. (Mealy, C.L. and D. Gottuk, *Full-Scale Validation Tests of a Forensic Methodology to Determine Smoke Alarm Response*, ISFI 2008 Proceedings, International Symposium on Fire Investigation Science and Technology, NAFI, Sarasota, FL, 2008, a copy of which is attached hereto as Exhibit F.) That study found that ESD methodology resulted in "a total of forty-seven alarms accurately identified as having either sounded or not sounded during exposures to enclosure fire conditions". (*Id.* at Conclusions.) The conclusion was that "based upon these results and those of the previous studies, it is apparent that [ESD] provides a valid methodology for evaluating soot deposition around smoke alarm horn openings as an indication as to whether or not the device sounded during a fire." (*Id.*)

17. In recognition of all of the scientific research and in further support of the reliability of ESD as a means to determine whether a smoke alarm sounded during a fire, beginning in 2011, the National Fire Protection Agency ("NFPA") incorporated ESD into the national industry standard for fire investigations, known as NFPA 921. (NFPA 921, §6.2.10.3 (2011 ed.), relevant portions of which are attached hereto as Exhibit G.) ESD remains a standard methodology for use in NFPA fire investigations today. (*See* NFPA 921, §6.2.10.3 (2014 ed.), relevant portions of which are attached hereto as Exhibit H.)

18.     The NFPA is a global non-profit organization devoted to eliminating death, injury, property and economic loss due to fire and related hazards through the promulgation of consensus-based codes and standards.

19.     Prior to NFPA's adoption of ESD as a standard methodology for use in 921 fire investigations, in 2010, Dr. Russell attempted to dissuade the NFPA from incorporating it with the same reasoning and arguments included in his affidavit here. (*See* NFPA 921 Report on Comments, November 2010, Log # 84, a copy of which is attached hereto as Exhibit I.) The NFPA considered and rejected his initiative, stating "the use of acoustic soot agglomeration for the determination of smoke detector activation is supported in the scientific literature". (*Id.* at p. 13.)

20.     The "scientific literature" upon which the NFPA relied to incorporate ESD into NFPA 921 is included in the reference section for 6.2.10.3. All of the studies discussed in this affidavit are listed there. (*See* Ex. G, NFPA 921 (2011 ed.) at references for 6.2.10.3.)

21.     ESD, or acoustic agglomeration analysis, is a scientifically valid, industry proscribed and reliable methodology for determining whether a smoke alarm sounded during a fire.

22.     I personally attended the inspection of the smoke alarm at issue in this case on behalf of BRK Brands, Inc. I conducted an independent examination of the horn of the involved smoke alarm in accordance with the industry standard and accepted ESD methodology and the parties' agreed-upon protocol. I viewed the soot agglomeration patterns on the horn first macroscopically and then microscopically, using a Nikon stereomicroscope. I took photographs of what I saw during that inspection. A true and correct copy of a photo (Image DSCN0121) depicting the ESD patterns on the subject alarm's horn which I took at the smoke alarm inspection in this matter is attached hereto as Exhibit J.

23. I concur with Dr. Gottuk, to a reasonable degree of scientific certainty, based on all my years of research, training and experience and my own independent ESD analysis that the smoke alarm at issue in this case sounded during this fire.

24. In addition to being supported by empirical evidence, Dr. Gottuk's determination that the smoke alarm sounded conforms with the other circumstantial evidence presented in this case, including Plaintiff's admission in her Complaint that the decedent was aware of the fire and attempted to extinguish it, and that the alarm appears to have been knocked from its ceiling mount at some point during this fire.

25. Each and all of these research efforts satisfy Dr. Russell's own stated criteria for verification of the reliability of the experimental data and must therefore be deemed "reliable".

26. By Dr. Russell's standards, the technique of "Enhanced Soot Deposition" has been validated by his peer review criteria and independent scientific experimental verification requirements.

27. I have been admitted to testify as an expert in numerous state and federal courts around the country as to whether a smoke alarm sounded during a fire based on the results of my ESD and acoustic agglomeration analysis. My opinions and testimony in this regard has never been stricken or limited.

28. This affidavit is offered in opposition to Plaintiff's motion to strike the affidavit and testimony of Dan Gottuk related to his opinion, based on the presence of enhanced soot deposition ("ESD") patterns observed on the subject smoke alarm's horn, that it sounded during this fire.

Further affiant sayeth not.

*[signature]*
Lori A. Streit, Ph.D.

Sworn and subscribed before me
on this the 24th day of MAY, 2016.

*[signature]*
NOTARY PUBLIC
My Commission Expires 03/03/2020

"OFFICIAL SEAL"
KATHLEEN M BROCKMAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/03/2020