# EXHIBIT C

Fire Technology, 39, 309–346, 2003
© 2003 Kluwer Academic Publishers. Manufactured in The United States.

# Effect of Smoke Source and Horn Configuration on Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors*

*C.L. Worrell, J.A. Lynch, G. Jomaas, and R.J. Roby, Combustion Science & Engineering, Inc., Columbia, MD*

*L. Streit, Unified Engineering, Inc.*

*J.L. Torero, School of Civil and Environmental Engineering, The University of Edinburgh, Edinburgh, UK*

**Abstract.** A series of UL/EN based test fires was conducted in a two room/corridor enclosure to investigate the viability of methods for determining whether a smoke detector sounded under a variety of smoke conditions and to see if this methodology could be applied to a detector with a different horn configuration. The presence of enhanced deposition in the form of a black or orange-brown ring and agglomerates around the central opening of a smoke detector horn was found to be a reliable indicator that the horn sounded when it was exposed to smoke from eight standardized, single-substrate fuel sources including hydrocarbon pool, flaming polyurethane foam, and smoldering polyurethane foam fires. Determinations could generally not be made for detectors exposed to white or gray smoke generated by flaming paper, smoldering paper, flaming wood, smoldering wood, and smoldering cotton wick due to a general lack of visible soot deposition within the detector. Therefore, it is not recommended to use the absence of a black or orange-brown ring of enhanced deposition, in and of itself, as an indicator that the horn did not sound. Nevertheless, this conclusion can be reached when the absence of enhanced deposition is combined with evidence supporting the presence of flaming fuels that produce black, sooty smoke. Test series were conducted using two different smoke detector brands, each having a different horn configuration. Findings suggest that the same type of methodology for determining whether the detector sounded is applicable to both models. Chladni figures were not found on any of the smoke detectors, whether they sounded or not; hence, the absence of a Chladni figure was not an indicator that the detector did not sound. A smoke flow visualization technique was used to determine the mechanism that caused the observed enhanced deposition and agglomerates on horns that sounded during a smoke exposure. Additionally, a smoke box test series showed that the extent of observed soot deposition increased with increasing smoke exposure.

**Key words:** smoke detector, deposition, agglomeration, Chladni figures, soot pattern, acoustic

* An earlier version of this paper was presented at the 2002 Fire Protection Research Foundation *Fire Suppression and Detection Research Application Symposium.* Many figures that could not be included here due to length considerations will be presented in the proceedings of the symposium.



## Background

In fire reconstruction, knowledge of whether a particular smoke detector sounded during the fire can be valuable. It may be of special interest if there were fatalities involved. Knowing whether a detector sounded can provide information as to when, or if, an occupant may have been alerted to a developing fire. Before the observation of soot deposition patterns made by Worrell et al. [1] and Munger [2], smoke detector forensics was limited to determining whether the detector was operable. Such a determination might include checking whether the battery was properly in place and charged if it was a battery-powered device, checking whether the power was properly connected if it was an AC-powered device, or conducting a "canned smoke" test to check if the smoke-sensing system was operational. In addition, smoke detector horns can be so thermally damaged prior to the arrival of fire/rescue personnel that the horn may not be operable when the personnel arrive.

Recently, Worrell et al. [1] investigated the presence of enhanced soot deposition, agglomerates, and Chladni figures as post-fire indicators of smoke detector activation. In this study, a full-scale house fire test was conducted in which thirty smoke and CO detectors were mounted throughout the house. Half of the detectors had their batteries properly inserted and were operational. The other half had their batteries intentionally disconnected and were thus prevented from sounding during the fire. This study focused on the accumulation of soot on the piezoelectric horn case and disk of the detector. The horn style studied in this previous research is shown in the left photo of Figure 1, which is a photo of an



**Figure 1. Open detector with "Horn Configuration #1" on left and "Horn Configuration #2" on right. Central circular opening of plastic horn case serves as primary horn opening for Configuration #1 (left). Three moon-shaped slotted openings on detector lid serve as primary horn openings for Configuration #2 (right).**

ionization type smoke detector with its lid open. The authors observed enhanced deposition and sometimes very large soot agglomerates (of order 200–500 micrometers in length) on many detector horns that sounded during the test. The enhanced deposition was observed macroscopically, with the naked eye, in the form of a "black ring" around the central horn opening. Microscopically, it was apparent that the individual soot particles deposited on the edge of the horn opening were spaced closer together and were often much larger in size than particles deposited adjacent to the edge of the opening. This study theorized that various acoustic mechanisms, occurring when the alarms sounded, caused an increased rate of soot deposition onto the central horn opening. One effect of this enhanced rate of deposition was hypothesized to be a soot layering or stacking effect that resulted in the presence of very large soot agglomerates on the edge of the central horn opening. In addition, many studies reported in the aerosol and combustion literature support the hypothesis that smoke particles within the acoustic field of an alarming detector may experience greatly enhanced agglomeration or particle growth rates [3–7]. This study concluded that the presence of an increased number density and increased size of particles deposited locally about the central opening of the horn case was a reliable indicator that the alarm sounded. However, it was also concluded that the absence of such enhanced deposition and agglomerates did not necessarily exclude the possibility that the alarm sounded.

A Chladni figure is a pattern formed by particulates settling into the nodes of a vibrating surface [8]. The pattern formed is a mirror image of the nodal pattern of that surface. Nodal patterns can theoretically take the shape of concentric rings, a wagon wheel, or variations of the two [9, 10]. Some have proposed that Chladni figures of soot may form on the surface of the vibrating disc of a smoke detectors piezoelectric horn. If this were the case, the presence of a Chladni figure would be an indication that the alarm sounded. Although this theory has been proposed in litigation [11], no supporting studies have been performed. Munger [11] conducted a brief investigation in which he exposed six smoke detectors to smoke from a sample of flaming polyurethane foam. Half of the detectors were set up so that they could sound during the test, and the other half were disabled from sounding. Munger found that "...there was no discernable difference in the smoke patterns on the disks in the horns regardless of whether the device was operational or not" [11]. Similarly, Chladni figures were not observed macroscopically or microscopically on any of the piezoelectric discs in detectors from the full-scale house fire test of Worrell et al. [1].

The study described by Worrell et al. [1] was a preliminary investigation of enhanced deposition, acoustic agglomeration, and Chladni figures limited to one scenario: a flaming couch fire that was extinguished shortly after flashover. Worrell et al. [1] studied the phenomena in ionization, photoelectric, and carbon monoxide detectors; however, all of these detectors had the same horn configuration. This paper is intended to be a continuation of the earlier work [1] that focuses on the applicability of the methodology for determining activation under a variety of well-defined standardized smoke conditions and with different horn configurations.

This study attempted generalization of the methodology to a comprehensive set of fire scenarios. Pairs of ionization type smoke detectors mounted in a two-room/corridor test facility were exposed to various levels and types of smoke generated from eight different Underwriters Laboratories, Inc. (UL) and European Committee for Standardization (EN) based test fires. One detector in each pair was set up so that it could alarm, and the other was disabled from alarming during the test. This test configuration was also utilized with

detectors of a different brand, which had a different horn configuration than the previously tested detectors. This detector and horn configuration, referred to as "horn configuration #2", is shown in photo to the right in Figure 1. A total of 270 configuration #1 detectors and 119 configuration #2 detectors were tested. All detectors were inspected both macroscopically and microscopically for enhanced deposition, agglomerates, and Chladni figures. In addition, ultraviolet irradiation (UV) was used as an illumination source in an attempt to see deposits undetectable with visible light.

An effort was also made to better understand the mechanism that causes enhanced deposition and presence of agglomerates. Acoustic fields, such as those created by the detector horn, induce a flow field in the air. For this particular case, the air is seeded with smoke particles, which are then transported by the flow field. Depending on its structure, the flow field may create specific areas of preferential soot deposition. Additionally, this process may have a significant effect on the agglomeration rate of soot, especially if recirculation eddies are present. It is therefore of importance to better understand the flow field induced by the detector horn. This was accomplished by using a particle flow visualization technique similar to that described by Hoffmann and Koopmann [4, 5], which involves projecting a vertical laser light sheet across the horn opening of the smoke detector, which was ceiling-mounted in a small smoke box. The technique was applied to detectors with both horn configuration #1 and #2. This technique illuminated soot particles in a single plane, permitting the visualization of particle movement and interaction with the acoustic field generated by an alarming smoke detector.

Additionally, it was established that the extent of observed soot deposition depended on the extent of smoke exposure. This was accomplished by permitting a smoke detector to alarm to a steady smoke source for an incrementally increasing length of time. Photographs of the soot deposition on the detector horn were taken after each incremental smoke exposure.

## Experimental Setup

### Full-Scale Test Facility

Figure 2 is a schematic of the test facility. The facility consisted of two 2.3 m (7.5 ft.) by 2.6 m (8.5 ft.) rooms connected by a 1.1 m (3.5 ft.) by 4.6 m (15 ft.) corridor. The facility had standard 5.1 cm (2″) by 10.2 cm (4″) wood studs with 0.9 cm (3/8″) gypsum wall construction and an acoustic tile drop-down ceiling, creating a ceiling height of 2.4 m (8 ft.) Pairs of ionization type smoke detectors were mounted in the fire room, corridor, and in the second room. In the fire room and the hallway, both ceiling and sidewall detectors were installed. During the testing, one detector from each pair was intentionally disabled from alarming. This was accomplished by disconnecting its nine-volt battery. The other detector in each pair had its battery properly inserted.

Detectors within each pair were spaced about 14.0 cm (5.5″) apart. A voltage output was recorded from detectors that had their battery properly inserted. This measurement was used to determine when the detector began sounding and when the detector stopped sounding. A laser beam and photodiode assembly was mounted 5.1 cm (2″) in front of each pair of detectors to measure the obscuration of the smoke just before it entered the detector. The path length of each laser/photodiode assembly was 45.7 cm (18″). In addition, temperature



**Figure 2. Schematic of test facility.**

was measured with a type-K bare bead thermocouple that was mounted between each pair of detectors. A thermal convection mass flow meter was mounted with its 5.1 cm (2″) probe tip just below the ceiling of the fire room. This instrument was included as an attempt to measure ceiling jet velocities for each test fire. Finally, fuel mass was continuously recorded using a 11.3 kg (25 lb.) capacity scale with an analogue voltage output. A data acquisition system recorded the measurements. All of the above measurements were collected for testing of detectors with horn configuration #1, while only light absorption and analogue detector output were recorded for detectors with horn configuration #2.

The measurements described above are important since quantitative determination of the relative intensity of the fire and characteristics of smoke at the detector location is of importance when comparing different experiments. Furthermore, they allow establishing the detector response to different qualities and quantities of smoke. Within the context of this study, the measurements described above were used to determine the relative intensity of the different fires as well as to establish the smoke density at the detector location. These measurements ensured that the detectors were tested for a wide range of conditions. This data is not presented in detail here since the focus of this paper is not on the characterization of the detector response to the fire. Instead, emphasis is given to the characteristics of soot deposition patterns generated by the acoustic field. All data presented and proposed explanations are limited to this aspect of the tests.

Eight different UL/EN style test fires were conducted in the two room/corridor facility using detectors with horn configuration #1 (Figure 1). These standard test fires are used in the certification of smoke detectors. They included a flaming liquid hydrocarbon pool fire [12],

**TABLE 1**
**Representative, Average Maximum Temperatures and Optical Densities Created at the Room 1 and Room 2 Ceiling Detector Locations During the Test Series for Horn Configuration #1**

| | Maximum Temperature (°C) | | Maximum Optical Density (m$^{-1}$) | |
| --- | --- | --- | --- | --- |
| Fire Type | Room 1, Ceiling | Room 2, Ceiling | Room 1, Ceiling | Room 2, Ceiling |
| Heptane/toluene pool—400 mL | 168 | 72 | 2.8* | 0.4 |
| Heptane/toluene pool—100 mL | 99 | 45 | 0.6 | 0.2 |
| Flaming polyurethane | 42 | 32 | 0.05 | 0.08 |
| Smoldering polyurethane | 31 | 31 | 0.18 | 0.09 |
| Flaming wood | 51 | 38 | 0.22 | 0.10 |
| Smoldering wood | 33 | 32 | 0.19 | 0.03 |
| Flaming paper | 39 | 32 | 0.07 | 0.03 |
| Smoldering paper | 39 | 34 | 0.05 | 0.09 |
| Smoldering cotton wick | 35 | 33 | 0.09 | 0.11 |

*Optical density measuring system was saturated at this value.

a flaming wood crib fire [12], a flaming polyurethane foam fire, a flaming paper fire [12], a smoldering wood fire [12], a smoldering polyurethane foam fire, a smoldering paper fire, and a smoldering cotton wick fire [13]. For tests involving detectors with horn configuration #2 (Figure 1), only the flaming hydrocarbon pool fire, flaming polyurethane foam fire, smoldering polyurethane foam fire, and smoldering wood fire tests were conducted. The fire tests were set up to represent the corresponding standardized test in fuel configuration, but only for the purpose of generating several types of smoke. No substantial effort was made to adhere to the light obscuration, measuring ionization chamber output, and other criteria specified by the UL and EN standards. Each fire was set up 30.5 cm (1 foot) from the floor near the center of the far wall of the fire room. The doors leading from each room to the corridor remained open during the testing. Each fire type was carried out three times with new detectors for each test. Table 1 includes some representative, average temperatures and optical densities created by each of the fire types, and is indicative of the range of conditions that was generated during the test series.

For the hydrocarbon pool fires, a mixture of 25% toluene and 75% heptane (by volume) was burned in a 15.2 cm (6″) diameter, 3.8 cm (1.5″) deep circular metal pan. For the first test, 400 mL of the mixture was burned. For the second and third tests, 100 mL was burned because the longer duration fire was too hazardous to be repeated in the available test facility. Apparent in Table 1, which shows the average maximum temperatures and optical densities observed at the Room 1 and Room 2 ceiling detector locations, these two fire durations created a range of conditions that might be encountered during a residential fire. The mixture was ignited manually at the beginning of each test using a butane lighter.

For the flaming wood fires, a wood crib was constructed of 18 pieces of fir, each measuring 15.2 cm (6″) by 1.9 cm (0.75″) by 1.9 cm (0.75″). The crib consisted of three layers of six wood pieces each, and the overall dimensions of each crib were approximately 15.2 cm (6″) by 15.2 cm (6″) by 5.7 cm (2.25″). The crib was placed on a coarse wire mesh supported by a 15.2 cm (6″) diameter ring stand. The crib was ignited by burning a small amount of

denatured alcohol in a 3.8 cm (1.5″) diameter container placed 8.9 cm (3.5″) below the crib per UL 217 [12].

The flaming polyurethane fires had a fuel configuration of a triangular prism shaped piece of polyurethane foam. The polyurethane was ignited at the top crest of the prism with a butane lighter. The prism had a base width of 34.3 cm (13.5″), a height of 17.8 cm (7″), and a depth of 6.0 cm (2 3/8″). This fuel configuration was used due to the repeatable nature of the fire.

The flaming paper fires consisted of shredded newspaper lightly tamped into a 10.2 cm (4″) diameter sheet metal cylinder that was 30.5 cm (1 ft.) tall. The bottom end of the cylinder was placed on a course wire mesh, which was supported by a ring stand. The top end of the cylinder was open. The shredded newspaper consisted of 0.6 cm ($\frac{1}{4}$″) to 1.0 cm (3/8″) wide strips varying from 2.5 cm (1″) to 10.2 cm (4″) in length. Before the newspaper was poured into the receptacle, a 2.5 cm (1″) diameter rod was temporarily placed in the center of the receptacle. The newspaper was then poured and tamped around the rod, forming a 2.5 cm (1″) hole in the center of the newsprint from the base of the receptacle to the top. The newspaper was tamped until the paper was approximately 10.2 cm (4″) below the top of the metal receptacle. Flaming ignition was initiated with a butane lighter at the base of the receptacle.

The smoldering wood fire consisted of 10 sticks of white pine placed in a spoke pattern on a 1.1 kW hotplate. Each stick was 7.6 cm (3″) by 2.5 cm (1″) by 1.9 cm (3/4″), and the 7.6 cm (3″) by 1.9 cm (3/4″) side was in contact with the hotplate during each test. For the tests involving horn configuration #1, a surface mount type K thermocouple was thermally pasted to the surface of the hotplate to ensure that its temperature profile roughly matched that specified by UL 217 [12] during the test. Because it was questioned as to whether pure smoldering was achieved during the first test series, the setting on the hotplate was significantly increased in the following tests.

For the smoldering polyurethane foam tests, two 20.3 cm (8″) by 20.3 cm (8″) by 10.2 cm (4″) slabs of foam were fastened together on the 20.3 cm (8″) by 20.3 cm (8″) side using metal tie wire. The entire 12.1 cm (4.75″) metal tip of a 30-watt pen style soldering iron was inserted between the two slabs as an ignition source. This configuration was intended to represent the initiation of smoldering between two foam cushions.

The smoldering paper tests consisted of shredded newspaper in the same configuration as the flaming paper fires. The paper was ignited with a butane lighter at the base of the receptacle and then quickly extinguished. This process was repeated until sustained smoldering of the paper was initiated.

Finally, for the smoldering cotton wick tests, 90 pieces of 80.0 cm (31.5″) long cotton wick were hung from a 10.2 cm (4″) diameter circular ring. Each cotton wick was approximately 1.0 cm (3/8″) in diameter. The bottom edge of the cotton wicks was positioned so that it was 2.1 m (7 ft.) below the ceiling. The wicks were ignited at the base with a butane lighter and quickly extinguished. This process was repeated until sustained smoldering of the wick was achieved.

## Small-Scale Smoke Visualization Tests

Figure 3 is a schematic of the smoke flow visualization apparatus. A 5 mW helium-neon laser and two cylindrical lenses were used to create a vertical light sheet. The beam was



**Figure 3. Schematic of smoke flow visualization apparatus.**

first passed through a cylindrical lens oriented to expand the beam in the vertical plane. This expanding sheet was passed through another cylindrical lens to collimate the sheet to a constant width of about 3.2 cm ($1\frac{1}{4}''$). The vertical light sheet was passed through a plexiglass smoke box, in which an ionization smoke detector was mounted on the ceiling. The smoke box walls and tabletop on which the assembly was mounted were located far enough away from the detector horn as not to influence any flow patterns acoustically induced when the detector alarmed. The detector's battery was wired to a switch outside the smoke box that permitted control of the detector's alarm. Detectors with horn configuration #1 were mounted with their lids removed to permit the visualization of smoke flow directly below the horn. The laser sheet passed directly underneath the central horn opening. Detectors with horn configuration #2 were mounted with their lids in place since the three moon-shaped slotted openings on the lid actually served as the primary horn opening for this detector. The laser sheet was thus passed directly underneath these slotted openings on the detector lid. A digital video camera was mounted perpendicularly to the light sheet and focused on the area directly underneath the horn opening.

For each test, a small amount of smoke generated by small-scale versions of the UL and EN style test fires was introduced into the smoke box. In addition, a few tests were conducted with smoke from a toluene pool fire. The smoke particles were illuminated as they passed through the vertical light sheet. This setup thus permitted the visualization of a vertical cross section of smoke particles directly underneath the detector horn. When the detector alarmed, the setup enabled the visualization of smoke particle interaction with the acoustic field generated by the sounding horn.

### Smoke Box Tests

This test was conducted within the same smoke box used for the flow visualization test series. A smoke detector with horn configuration #1 was mounted at the center of the smoke box and wired so that power could be supplied to the detector via a switch external to the box. A 6.4 cm (2.5″) diameter cup of a mixture containing 75% heptane and 25% toluene was ignited approximately 0.9 m (3 feet) below the open-bottomed box. After 30 seconds of burning, the power supply circuit to the smoke detector was closed. The lag time ensured that the detector would sound immediately after the circuit was closed and that the pool fire had reached steady state burning. The detector was allowed to alarm for two minutes before the power supply circuit was opened. The detector was removed from the box and a photograph of the soot deposition on the central horn opening was taken. The detector was then remounted inside the box. Using the same detector, this process was repeated for two-minute intervals up to 16 minutes, then four-minute intervals up to 28 minutes, and one final two-minute interval up to 30 minutes. For each interval, the same 6.4 cm (2.5″) diameter fire source was used to ensure an approximately equivalent smoke evolution for each interval. This test series established that the extent of observed soot deposition is related to the extent of smoke exposure.

## Observations

After all test burns were complete, each detector was first inspected macroscopically with the naked eye. Then, without prior knowledge of which detectors sounded and which did not, a "blind" microscopic inspection was performed on each detector to determine whether or not it sounded during the test. This microscopic inspection was performed using a Nikon stereo-optical microscope with magnification levels between 8x and 80x. The magnification level was chosen depending on the extent of soot deposition. Some of the detectors that did not have visible soot deposition were also inspected under an intense UV light source using a BLAK-RAY long wave (580 nm) ultraviolet lamp Model B. A summary of the microscopic determinations for each detector is included in Tables 2 and 3. These results are discussed in more detail later.

Direct observation of different areas of the detector allowed establishing repeatable patterns that distinguished detectors that sounded from those that did not. These patterns corresponded to enhanced deposition and the presence of large agglomerates around the perimeter of the primary horn opening. This deposition pattern was observed on both horn configuration #1 and #2. The enhanced deposition and presence of large agglomerates can easily be contrasted from regular soot deposition throughout the rest of the detector.

**TABLE 2**
**Summary of Microscopic Determination for Detectors with Horn Configuration #1**

| Fire Type | Correct "Positive" | Correct "Negative" | Undetermined | Incorrect |
|---|---|---|---|---|
| Heptane/toluene pool | 15/15 | 15/15 | 0 | 0 |
| Flaming polyurethane | 17/17 | 11/11 | 22 | 0 |
| Smoldering polyurethane | 8/8 "possible" | 0/0 | 22 | 0 |
| Flaming wood | 0/0 | 0/0 | 30 | 0 |
| Smoldering wood | 0/0 | 0/0 | 30 | 0 |
| Flaming paper | 0/0 | 0/0 | 30 | 0 |
| Smoldering paper | 1/1 "possible" | 0/0 | 39 | 0 |
| Smoldering cotton wick | 2/2 "possible" | 0/0 | 28 | 0 |

**TABLE 3**
**Summary of Microscopic Determination for Detectors with Horn Configuration #2**

| Fire Type | Correct "Positive" | Correct "Negative" | Undetermined | Incorrect |
|---|---|---|---|---|
| Heptane/toluene pool | 15/15 | 15/15 | 1** | 0 |
| Flaming polyurethane | 13/13* | 13/13 | 6 | 0 |
| Smoldering polyurethane | 4/4 | 1/1 | 19 | 0 |
| Smoldering wood | 1/1 | 1/1 | 30 | 0 |

*Includes one marked as "possibly" sounding due to faint soot.
**Detector MC78 included as "undetermined" because there was a missing observation as to whether or not a battery was installed in this detector.

For horn configuration #1, the microscopic determination of whether the detector sounded during the test was based on a comparison of soot deposits primarily on the central horn opening to deposits adjacent to the rim. If soot deposition on the rim was denser than deposition adjacent to the rim, the detector was determined to have sounded. In addition, an abundance of soot particles on the rim that were clearly larger compared to those adjacent to the rim was taken as indication that the horn sounded. Determination that the detector sounded required that enhanced deposition and agglomerates were distributed uniformly around the entire circumference of the circular horn opening. On the other hand, if the density of soot deposition on the rim of the horn opening was similar to deposition adjacent to the rim, the detector was determined not to have sounded. If the detector did not have sufficient soot deposition on the horn to facilitate such a comparison, the detector was declared "undetermined." That is, it was unknown whether the detector sounded or not. The inspection also included examining the piezoelectric disc of the horn for Chladni figures.

For horn configuration #2, the microscopic determination as to whether the detector sounded was based on a comparison of soot deposits on the inside surfaces of the three moon-shaped slotted openings of the detector lid. To determine whether the horn sounded or did not sound, the methodology described above for horn configuration #1 was followed.

## Macroscopic Observations

The flaming hydrocarbon pool and flaming polyurethane foam fires resulted in black, carbonaceous soot deposition. The smoldering polyurethane foam generated tarry, orange-brown deposition. Such deposition is consistent with observations described in the literature [14–16]. For horn configuration #1, enhanced soot deposition was observed around the perimeter of the central horn opening and sometimes on the inside edges of the slotted lid opening in detectors that sounded. For horn configuration #2, enhanced soot deposition was observed around the inside perimeter of the three moon-shaped slotted openings on the detector lid. Enhanced soot deposition was not observed on detectors that did not sound.

All 15 detectors with horn configuration #1 that sounded due to exposure to hydrocarbon pool fire smoke had black enhanced soot deposition visible to the naked eye. As can be seen from Figure 4(a), configuration #1 horns that sounded during the hydrocarbon pool fires displayed soot deposition that was more concentrated around the perimeter of the central horn opening. This concentrated deposition was clearly observed on both the inside and outside edges of the horn opening. Deposition across the rest of the horn surface was lighter and more uniform. Also evident, soot traces just outside the concentrated deposition on the horn edge often appeared to be directed radially outward. Figure 4(b) shows a detector horn that was mounted adjacent to the detector in 4(a), but that did not alarm during the smoke exposure. As is apparent, there is no increased concentration of soot on the edges of the central opening in 4(b). This observation of black enhanced soot deposition in alarming detectors is consistent with observations of detectors from the full-scale house fire test described by Worrell et al. [1].

Of the 24 detectors with horn configuration #1 that sounded during the flaming polyurethane foam fire tests, 13 had black enhanced soot deposition visible to the naked eye. The same enhanced concentration of soot was observed around the perimeter of the inside and outside opening edges of horn configuration #1, except to a lesser extent than observed from the heptane/toluene tests. Soot deposition throughout the detector was generally light for the flaming polyurethane foam fires, which was thought to be a result of less smoke being generated during these tests. Soot deposition on the horns that did not sound was uniform across the edges of the horn opening and the top surface of the horn enclosure.

Regarding the smoldering polyurethane fires, 8 of the 12 configuration #1 detectors that sounded during the pure smoldering tests displayed a tarry orange/brown residue deposited around the perimeter of the inside edge of the central horn opening and to a lesser extent around the wall of the horn opening. This tarry residue is also mentioned in the literature [14–16]. The deposition on the horn opening was in clear contrast with the deposition on across the surface of the horn enclosure. The top surface of the horn and other areas throughout the detector were stained a light orange color. Similarly, many detectors from the smoldering wood and cotton wick tests were stained light orange throughout. However, of all 30 sounding detectors from the smoldering wood and cotton tests, only two from one particular smoldering cotton test produced enhanced deposition of the tarry residue. It was also noted that the enhanced deposition of the tarry residue only occurred on the inside edge of the horn opening, whereas it was observed on both the inside and outside edges of sounding detectors from the hydrocarbon pool and flaming polyurethane fires (Figure 4 for example). Non-alarming detectors had the light orange deposition throughout the detector, but no increased concentration of the residue on the horn opening. The absence



(a)

(b)

**Figure 4. Macroscopic photos of two adjacent detectors exposed to smoke from a heptane/toluene pool fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**

of the concentrated deposition was characteristic of the non-sounding detectors for all of the smoldering fire sources.

Finally, Figure 5 shows a configuration #1 horn that sounded during a flaming paper test and the adjacent detector that did not sound. There was no observable difference in soot deposition around the perimeter of the central horn opening compared to the adjacent



(a)

(b)

**Figure 5. Macroscopic photos of two adjacent detectors exposed to smoke from a flaming paper fire. The horn in the top photo sounded and the horn in the bottom photo did not sound. The absence of observable soot deposition is generally representative of detectors from the flaming paper, smoldering paper, flaming wood, smoldering wood (configuration #1 series only), and smoldering cotton wick tests.**

area on the top surface of the horn enclosure. This was true for both the outside and inside edge of the horn opening. In fact, very little visible soot was observed throughout either detector. These observations were generally representative of detectors from the flaming paper, smoldering paper, and flaming wood tests.

As also observed by Worrell et al. [1], enhanced deposition occurred for the hydrocarbon pool, flaming polyurethane, and smoldering polyurethane tests around the edges of the smaller configuration #1 horn openings in many detectors that sounded. Enhanced soot deposition around the smaller horn openings can be seen in Figure 4(a). This deposition was similar to that around the central horn opening in that it occurred uniformly around the entire circumference and on both inside and outside edges of the opening. However, the magnitude of deposition around the smaller openings was much less than deposition around the central opening.

In addition, on some of the configuration #1 detectors where a black ring of enhanced soot deposition was evident, enhanced deposition was also observed on the edges of the slotted openings located on the smoke detector lid. This deposition was most notable on the inside edges of the slotted openings. Figure 6 shows an example of this type of deposition. Consistent with findings from Worrell et al. [1] and Munger [11], no Chladni figures were observed on any of the piezoelectric horn discs on any of the 270 configuration #1 detectors, whether they sounded or not.

Several configuration #1 detectors that sounded during one particular polyurethane test contained both an orange ring of enhanced soot deposition and a black ring of enhanced deposition on the same horn. Figure 7 shows an example of such a deposition. Previous observations indicated that a tarry orange deposition occurred during smoldering combustion while the sooty black deposition occurred during flaming combustion of the polyurethane



**Figure 6. Example of enhanced soot deposition on the inside edges of the slotted openings on a configuration #1 detector lid.**



**Figure 7. Example of the horn of a detector exposed to smoke from polyurethane foam that initially smoldered and then transitioned to flaming combustion. The horn has both an orange-brown ring, characteristic on horns sounding during smoldering combustion of polyurethane foam, and also a black ring, characteristic on horns sounding during flaming combustion of polyurethane foam.**

foam. Indeed, during the progression of this particular test, the polyurethane foam initially smoldered for some time and then transitioned to flaming.

Whether or not enhanced deposition actually formed did not appear to be dependent on the extent of smoke exposure. Figure 8 shows representative values of the smoke concentration, integrated with time, in front of each ceiling mounted detector pair for each test type. This integral was only calculated while the detector was alarming, as this is when the enhanced deposition mechanism occurs. The integral is a measure of the magnitude of smoke the detector was exposed to during alarm. High values of this integral can result from short exposures to high concentration smoke or long exposures to low concentration smoke. Using the smoke obscuration measurements recorded during each test, smoke mass concentration was determined from the following expression:

$$m = \frac{K}{K_m}$$

where $m$ is the smoke mass concentration in g/m$^3$, $K$ is the extinction coefficient in m$^{-1}$, and $K_m$ is the specific extinction coefficient in m$^2$/g. Values for $K_m$ of 7.6 m$^2$/g for flaming combustion and 4.4 m$^2$/g for smoldering combustion were taken from Mulholland [17].



**Figure 8. Representative values of the time-integral of smoke concentration in front of each ceiling mounted detector pair for each test type. This integral was only calculated while the detector was alarming.**

The extinction coefficient, $K$, is defined from

$$\frac{I}{I_0} = e^{-KL}.$$

Figure 8 shows that the highest time-integrated smoke concentrations occurred during the smoldering wood tests. However, no pattern of enhanced soot deposition was observed in detectors from these tests. On the other hand, the chart shows that flaming polyurethane produced one of the lightest smoke exposures. Although the smoke exposures during the flaming polyurethane tests were one order of magnitude lower than those during the smoldering wood tests, enhanced soot deposition was clearly observed on detectors from the flaming polyurethane tests. This suggests that the formation of visible enhanced soot deposition pattern is not a result of the magnitude of smoke exposure, but rather a result of the type of smoke the detector is exposed to.

Regarding horn configuration #2, Figures 9 and 10 show examples of the macroscopic observation of one detector that sounded and one that did not for a flaming heptane/toluene and a smoldering wood test. Enhanced soot deposition was observed on detectors that sounded during the flaming hydrocarbon pool, flaming polyurethane foam, and smoldering polyurethane foam tests. This deposition was most notable around the perimeter of the inside edges of the three moon-shaped openings on the detector lid. This location in detectors with horn configuration #2 was similar to the location of deposition observed on the inside edges of the slotted opening of horn configuration #1, however deposition was much heavier on the slotted openings of horn configuration #2. In some detectors, enhanced



**Figure 9. Macroscopic photos of the inside of the moon-shaped slotted openings of two detectors with horn configuration #2. These detectors were exposed to smoke from a heptane/toluene pool fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**

deposition was observed to a lesser extent around the perimeter of the outside edges of the three slotted openings on the detector lid. The enhanced deposition for the hydrocarbon pool and flaming polyurethane foam tests was black and sooty while the enhanced deposition for the smoldering polyurethane foam tests was orange and tarry. Also, the orange



(a)

(b)

**Figure 10. Macroscopic photos of the inside of the moon-shaped slotted openings of two detectors with horn configuration #2. These detectors were exposed to smoke from a smoldering wood fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**

enhanced deposition tended to be most notable at the corners of the grated openings. Unlike observations from horn configuration #1, trace amounts of enhanced soot deposition were observed in some of the detectors that sounded during exposure to smoke from the smoldering wood tests. This deposition was minute and found on the inside edges of the moon-shaped slotted openings on the detector lid. Although difficult to see macroscopically, this deposition occurred in the detector in Figure 10(a). Enhanced soot deposition

around the inside edges of the grated opening was not observed on any detectors that did not sound.

One detector displayed an obvious ring of black soot deposition on the very edge or far perimeter of the piezoelectric disc in addition to enhanced soot deposition observed on the moon-shaped slotted openings of the detector lid. Such deposition on the perimeter of the horn disc was not observed in any detectors that did not sound.

### "Blind" Microscopic Determinations

The microscopic determinations were consistent with the macroscopic observations; however, on some detectors the microscopic inspection revealed enhanced deposition and agglomerates that were not macroscopically apparent. This occurred in particular with detectors from the flaming polyurethane foam tests, which generally had very light soot deposition due to the small fire source and resulting small smoke exposure (see Figure 8).

Figures 11–14 show examples of the microscopic observations of the central horn opening of pairs of configuration #1 detectors from a flaming polyurethane, smoldering polyurethane, and flaming paper test. Figure 11 shows the outside edge of a sounding and non-sounding detector exposed to flaming polyurethane smoke. A band of fine carbon soot particles, spaced closely together, is apparent around the perimeter of the horn opening. Some larger agglomerate structures are also present at the very edge of the horn opening. On the other hand, very little visible deposition is present on the non-sounding detector despite being exposed to the same smoke exposure as the sounding detector. Figure 12 shows the inside edges of a sounding and non-sounding detector exposed to smoke from flaming polyurethane. A small mirror carefully inserted through the central horn opening was used to take these photographs. Again, a band of closely spaced soot particles is observed around the perimeter of the opening edge. In addition, this view also shows that enhanced deposition also occurred on the wall, close to the edge of the opening. Again, the non-sounding detector displays very little visible soot deposition. Finally, Figure 13 shows the inside edges of a sounding and non-sounding detector exposed to smoke from smoldering polyurethane. The sounding detector displays a very obvious band of liquid-like, tarry orange deposition near the inside edge of the opening. This band of deposition also extended onto the wall of the horn opening. The orange band is in clear contrast with the adjacent horn surface, which displays very little evidence of soot deposition. For these three fire types, many of the sounding horns that had significant soot deposition also displayed enhanced deposition on the edges of the smaller horn openings. On detectors that did not sound, but had enough soot deposition to be classified, soot deposition was uniform across the edges of the horn openings and the area adjacent to these edges. In other words, there were no observable rings of enhanced soot deposition on either the central horn opening or the smaller horn openings of detectors that did not sound during the testing.

For configuration #1 detectors that had enough soot deposition to be classified, determinations were made with a success rate of 100%; however, many of the horns did not have enough soot deposition to make a determination either way. In other words, many horns did not have enough soot deposition to compare deposits between the edge of the horn opening and the adjacent areas. Table 2 shows that this was especially true for the flaming wood, smoldering wood, flaming paper, smoldering paper, and smoldering cotton wick tests. 98% of detectors were marked as "undetermined" for these tests. In general,

328                           *Fire Technology Fourth Quarter 2003*





**Figure 11. Microscopic photos of the outside edge of the central horn opening of two adjacent detectors exposed to smoke from a flaming polyurethane fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**





**Figure 12. Microscopic photos of the inside edge of the central horn opening of two adjacent detectors exposed to smoke from a flaming polyurethane fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**





**Figure 13. Microscopic photos of the inside edge of the central horn opening of two adjacent detectors exposed to smoke from a smoldering polyurethane fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**





**Figure 14. Microscopic photos of the outside edge of the central horn opening of two adjacent detectors exposed to smoke from a flaming paper fire. The horn in the top photo sounded and the horn in the bottom photo did not sound. These detectors were representative of the detectors that did not display observable soot deposition.**

very little soot deposition was visible on these detectors. Figure 14 shows an example of a sounding and non-sounding detector that, after exposure to smoke from flaming paper, that did not have enough visible soot deposition to make a determination. For these "undetermined" detectors, use of a UV light source did not illuminate any soot deposits that were not visible to the naked eye. Additionally, a ring of a clear, crystalline substance was noticed on the inside edges of some of the horn openings. The presence of this crystalline ring did not have any correlation with whether the detector sounded or not and is believed to be a natural occurrence in the manufacturing of these horns.

Regarding horn configuration #2, Figures 15–18 each show examples of soot deposition observed on some detectors that sounded and some that did not for tests with flaming heptane/toluene, smoldering polyurethane, and smoldering wood, and a smoldering polyurethane test that transitioned to flaming. Each photo depicts the inside surface of the detector lid, with focus on a corner of one of the three slotted openings. As with configuration #1, microscopic examination revealed enhanced soot deposits and agglomerates that were not visible to the naked eye in several cases. Again, this occurred in particular for the flaming polyurethane fires, which generated a very light smoke exposure (see Figure 8). The enhanced soot deposition was most visible around the perimeter of the inside edges of the three moon-shaped slotted openings for the horns that had enough soot to be classified.

The qualitative nature of the deposits in horn configuration #2 for each fire type was generally consistent with observations from the test series with configuration #1. Figure 15(a) shows the inside edge of one of the moon-shaped openings in a detector that sounded to a flaming heptane/toluene pool fire. Soot deposits are clearly much larger and more densely packed near the edge of the opening. On the other hand, Figure 15(b) is a non-sounding horn from a heptane/toluene pool fire test. Soot particles are evenly spaced and sized across the edge of the horn opening and the surrounding areas. Figures 16(a) and (b) show this inside edge for a sounding and non-sounding detector exposed to smoke from smoldering polyurethane. Figure 16(a) shows that the tarry orange deposition was concentrated at the corners of the inside edge in the sounding detector and absent in the non-sounding detector. On the other hand, Figure 17 shows that the tarry orange deposition occurred uniformly around the horn openings of sounding horns for the smoldering wood tests. Figure 18 shows the inside edge in a horn exposed to smoke from polyurethane that initially smoldered and then transitioned to flaming combustion. Again, both tarry orange deposits characteristic of smoldering combustion and black sooty deposits characteristic of flaming combustion were present. Inconsistent with observations from the horn configuration #1 test series, enhanced deposition of the tarry orange substance was also observed in detectors alarming while exposed to smoke from smoldering wood.

Determinations were made with a success rate of 100% for detectors with horn configuration #2 that had enough soot deposition to be classified. The presence or absence of enhanced deposition and agglomerates on the *inside* edges of the three moon-shaped slotted openings proved to be the most reliable determination source. Although about 88% of detectors from the smoldering tests were marked as "undetermined" due to lack of soot particles, the presence of increased deposition of the tarry, orange substance at the corners of the inside edges of the three moon-shaped slotted openings did appear to be a reliable indicator that the detector activated.



(a)

(b)

**Figure 15. Microscopic photos (20×) of two detectors exposed to smoke from a heptane/toluene pool fire. The horn in the top photo sounded and the horn in the bottom photo did not sound.**

334                                    *Fire Technology Fourth Quarter 2003*



**Figure 16. Microscopic photos (40×) of two detectors exposed to smoke from smoldering polyurethane. The horn in the top photo sounded and the horn in the bottom photo did not sound.**



**Figure 17. Example of enhanced deposition of a tarry orange substance observed on a horn that sounded during a smoldering wood test.**

### Small-Scale Visualization Tests

Tests conducted with both horn configurations showed clearly that the presence of enhanced soot deposition and agglomerates in alarming detectors could be explained by an acoustically induced flow field that fostered particle growth and deposition. The following includes observations from the small-scale smoke flow visualization tests.

The visualization tests for horn configuration #1 showed that the alarming piezoelectric horn created a flow field that drew smoke particles toward and through the horn opening. The alarm signal consisted of a three-pulse temporal pattern, which is required by NFPA 72 [18] and specified by ANSI S3.41 [19]. With each sounding of the horn, a strong pulse of smoke was forced out of the horn case through the center of the horn opening. Simultaneously, a pulse of smoke was drawn into the horn around the perimeter of the opening. As with any flow passing through an orifice, a recirculation zone was induced at the edge of the horn opening. Although the setup could not visualize smoke flow inside the horn case, it is expected, based on fluid mechanic principles, that a similar recirculation zone would form near the inside edge of the horn opening.

The pulsing flow field was most easily observed when the horn opening was exposed to smoke generated by burning a small amount of pure toluene since this produced a thick field of soot particles. Figure 19  shows a photo series of the smoke flow field generated over the course of a single pulse of the detector horn. Frame-by-frame processing of the digital video recorded during the visualization tests provided these photos. Each photo shows a side view of a configuration #1 smoke detector horn and the smoke, illuminated by the laser

*Fire Technology Fourth Quarter 2003*



**Figure 18. Example of a detector exposed to smoke from polyurethane foam that initially smoldered and then transitioned to flaming combustion. The horn has both tarry orange deposits, characteristic on horns sounding during smoldering combustion of polyurethane foam, and also black soot deposits, characteristic on horns sounding during flaming combustion of polyurethane foam.**

light sheet, passing beneath it. The two marks on the side of the horn indicate the location of the central opening located on the bottom face of the horn. Figure 19(a) shows smoke passing underneath the horn just before it sounds. Figure 19(b), (c), and (d) show the smoke flow through the duration of the "beep." These three photos clearly show the jet outflow of smoke from the center of the horn opening and the simultaneous smoke inflow around the perimeter of the opening. The recirculation zone at the outside edge of the horn opening is also visible in Photos 19(c) and (d). Photos 19(e) and (f) show the flow after the "beep" terminates. These photos were extracted from the digital video at a frequency of six frames per second. The same pulsing flow field, which drew smoke toward and through the horn opening, was observed for smoke generated by all eight of the UL and EN style test fires. Figure 20 shows the same flow field for a smoldering wood test, which, in contrast to the pool fire tests, generally did not produce observable deposition on the detector during the configuration #1 test series. This observation seems to indicate that a particular qualitative nature of the smoke coupled with the flow field leads to the enhanced deposition patterns. The absence of one of the two elements would result in no enhanced deposition patterns.

The visualization tests for horn configuration #2 showed that smoke near the moon-shaped slotted openings of the detector lid was clearly influenced by the alarming horn. Figure 21 shows that an acoustically induced smoke flow occurred when the horn sounded. Each pulse of the alarming horn formed eddies near the edges of the slotted openings,

*Effect of Smoke Source and Horn Configuration*                    *337*



**Figure 19. Smoke flow field created by single "beep" of a configuration #1 detector horn visualized using smoke from burning a small amount of pure toluene.**



**Figure 20. Smoke flow field created by single "beep" of a configuration #1 detector horn visualized using smoke from "smoldering" a small amount wood.**



**Figure 21. Photo shows acoustically induced flow field established with each pulse of an alarming detector with horn configuration #2. The white diagonal line is the surface of the detector lid. Everything below the lid is smoke. The area above the line is the detector lid. The three lighter areas of the white line are the three grated openings.**

and smoke was drawn in through the slots. Due to the geometric complexity of the slotted openings and the small scale of the observed flow structures, a precise flow field could not be established. That is, the exact path of smoke inflow and outflow is unclear. However, it is certain that smoke inflow and recirculation eddies were induced by the alarming horn. The acoustically induced flow was observed for all of the different test fires that detectors with horn configuration #2 were exposed to.

*Smoke Box Tests*

Figure 22 shows the central horn opening of a smoke detector (horn configuration #1) after alarming for 4, 12, and 30 minutes while exposed to smoke from the 6.4 cm (2.5″) heptane/toluene pool fire described in the experimental setup section. The photo series shows clearly that soot deposition around the perimeter of the horn opening increases with increasing duration of the smoke exposure. Firstly, the soot deposition increases in darkness with increasing exposure time. This corresponds to an increased surface density of soot particles. That is, more particles deposit onto the horn as exposure time increases. Secondly, the boundary between the enhanced soot deposition and the unaffected horn surface appears to move radially away from the center of the horn opening as the exposure



**Figure 22. Central horn opening of a smoke detector (horn configuration #1) after alarming for 4, 12, and 30 minutes to smoke from the 2.5 inch heptane/toluene pool fire described in experimental setup section.**

time increases. In other words, the ring of enhanced deposition increases its surface area with increased exposure time. Finally, it was also observed that the soot deposition increased in height above the horn surface with longer exposure times. That is, soot particles were visibly piled and raised above the horn surface for longer exposure times.

## Discussion

Enhanced black soot deposition was clearly observed on detector horns that sounded during the flaming hydrocarbon pool and flaming polyurethane foam tests. Tarry, orange deposition was observed on most of the sounding horns from the smoldering polyurethane tests and on some of the sounding horns from the smoldering wood and smoldering cotton tests. This enhanced deposition was found to occur regardless of detector orientation or placement (i.e. ceiling or sidewall). Such depositions were not observed on horns from tests with flaming paper, smoldering paper, and flaming wood tests. However, the flow visualization study clearly demonstrated that the acoustic flow field causing the enhanced deposition occurred for all types of smoke investigated, including those that did not cause visible enhanced deposition.

The observation that the acoustic flow field causing enhanced deposition occurred with all smokes suggested that some form of enhanced deposition did occur on the horns that sounded during the flaming paper, smoldering paper, and flaming wood tests, but that this deposition was invisible with the macroscopic and microscopic inspection techniques utilized. UV illumination did not reveal such deposition either. The smoke generated by the flaming hydrocarbon pool and flaming polyurethane foam tests was black in color, indicating high carbon content. Composition of the remaining types of smoke is less clear based on qualitative observations of the smoke during testing alone.

Based on a series of smoke particle characterization studies, Bankston [20] described smoke particles generated by smoldering combustion as droplets composed of "a complex mixture of liquid and/or solid organic materials". In the present study, the enhanced deposition of smoke droplets from smoldering polyurethane in sounding horns created a visible tarry orange-brown residue. The qualitative nature of this deposition has been observed in previous studies [14–16].

Regarding the smoldering wood tests, visible deposition was not observed in the test series for horn configuration #1; however a tarry orange deposition, similar to that observed for the smoldering polyurethane tests, was observed in detectors from the smoldering wood tests for horn configuration #2. One possible explanation is that pure smoldering was achieved in the second test series, whereas pyrolysis was the major smoke source in the first test series. Responding to such suspicions, a much higher heat flux setting was used on the hotplate for the second test series.

At this point, it is unclear why smoke from smoldering paper and smoldering cotton wick generally did not lead to visible soot deposition. As an exception, the tarry deposition was observed on two (2) of the 15 sounding detectors from the smoldering cotton tests. Bankston and Powell's studies [14, 20–23] did document a high liquid content for smolder smoke particles in general. One possible explanation for the lack of visible deposition of smoke from smoldering paper and cotton wick is that the liquid smoke droplets contained a larger fraction of water, whereas the droplets from the smoke produced by smoldering polyurethane

had higher "large hydrocarbon" content. The presence of water is also suggested by the white color of the smoke for these two fuels. After such particles deposit onto the detector horn, the water content may evaporate leaving behind only a small nucleation particle and/or a light residue. Such deposits could not be detected with the inspection techniques utilized in this study. Investigation of much higher magnification techniques such as scanning electron microscopy or even fluorescence of polycyclic aromatic hydrocarbons (PAH) may prove useful for visualizing such deposits.

A similar phenomenon may be responsible for the lack of visible soot deposition from smoke produced by flaming wood and flaming paper. Although it was generalized that flaming fires produce predominantly carbonaceous smoke, Bankston found evidence of a significant liquid or tar fraction in smoke from flaming wood [22]. He suggested that this might be attributed to the formation of a char layer causing the flame to be "more unstable and less efficient... causing pyrolysis products to escape without passing through the flame reaction zone" [22]. A similar effect might occur for the flaming paper scenario if the fire were ventilation restricted. A degree of ventilation-restricted combustion is not inconceivable with the UL217 flaming paper test since the shredded paper is tamped together into a 30.5 cm (1 foot) tall metal cylinder with a 10.2 cm (4″) diameter.

In practice, the current inability to visualize deposits of smoke from flaming paper, smoldering paper, flaming wood, and in many cases, smoldering wood, and smoldering cotton wicks is not likely to be significant. The standardized UL/EN style tests were designed to provide a very light smoke exposure intended to challenge the sensitivity of a detector to respond early in a fire. It is believed that the light smoke exposure during the flaming polyurethane tests resulted in the large number of detectors that did not have enough soot deposition to make determinations. Such a light exposure is not comparable to the heavy smoke exposure a detector would be exposed to throughout the course of an unwanted fire. A heavier, sooty smoke exposure is expected during unwanted fires for two reasons: (1) The standard test fires generally reach steady state relatively quickly and then decay. On the other hand, an unwanted fire generally continues to grow until it becomes ventilation limited, at which point very sooty smoke is produced; and (2) unwanted fires generally involve a mixture of fuels including polyurethane foam, upholstery, wood, and many others, while the UL/EN fires generally involve single-substrate fuels. Indeed, during the full-scale house fire test [1], only one of the *smoke* detectors had too little soot to make a determination, and this was a detector located the farthest from the fire origin.

At this point, it should be emphasized that the current methodology for determining *whether* a detector sounded does not give information as to *when* the detector sounded during a smoke exposure. At present, if enhanced deposition and soot agglomerates are observed on a detector horn recovered from a fire scene, it can only be concluded that the detector sounded at some point during the smoke exposure. The smoke box study in which a detector was permitted to alarm for an incrementally increasing duration did show clearly that the extent of observed soot deposition increased with increasing alarm duration. So, with additional research, it may be possible to estimate the duration of alarm if the extent of enhanced soot deposition can somehow be quantified. Such quantification might include measuring the surface density of particles deposited onto the horn (i.e. how closely spaced the particles are), a mass measurement of the deposition, or perhaps the radial thickness of the deposit with respect to the center of the horn opening. A practical limitation of estimating alarm duration is the uncertainty in the smoke concentration

profile that occurred during the fire. Another potential limitation is the possible forma-
tion of a critical mass of soot deposition above which soot would no longer accumu-
late despite continued alarming. If the alarm duration could be estimated and the time
at which the detector stopped alarming was known (e.g. time at which power to resi-
dence was shut down), the time at which the detector began alarming may be estimated.
These potential applications require the development of a repeatable relationship between
the smoke concentration profile and a quantitative measurement of the enhanced soot
deposition.

The visualization study clearly demonstrated that the acoustic field of an alarming horn
strongly affects the flow of local smoke with both horn configurations. This suggests that ar-
eas of enhanced soot deposition may form in many devices that create a strong acoustic field
during a smoke exposure. Provided that they are sounding during the smoke exposure, areas
of enhanced deposition may occur in other models of smoke detectors, audible notification
appliances, or even infrared motion detectors used as burglar alarms. Flow visualization
studies similar to the one described in this paper can be performed to determine locations
within a given unit where enhanced deposition will occur. In addition, numerical modeling
could establish the precise structure of the flow fields.

Some of the detectors used in the flaming polyurethane foam tests showed that micro-
scopic inspection can visualize enhanced soot deposition that is not seen macroscopically.
In these cases, the macroscopic invisibility of the enhanced deposition was often the result
of very light soot deposition. On the other hand, in the full-scale house fire test [1], soot
deposition was generally heavy and dark throughout the detectors. Such heavy deposition
is expected in full-scale fires. Because deposition may be heavy throughout the detector,
enhanced soot deposition may be difficult to discern without microscopic inspection, espe-
cially inside the horn housing. In addition, some of the horns in the full-scale study [1] were
severely deformed due to heat exposure. These horns tended to collapse in on themselves
when exposed to heat, making simple exterior macroscopic inspection more difficult. In
these cases, the use of a small mirror or removal of the horn and disc from the circuit board
to look at the underside of the horn openings proved helpful. In addition, only microscopic
inspection can detect the presence of large soot agglomerates, which is an indicator that
the horn sounded. These findings indicate the importance of microscopic inspection when
determining whether a detector sounded during a fire.

The formation of large soot agglomerates is acoustically induced and a result of the horn
sounding. Agglomeration refers to the growth of soot particles when they collide and adhere
together. It has been well established that exposure of soot particles to an acoustic field
greatly increases the rate of agglomeration or particle growth [3–7]. A second mechanism
resulting in particle growth may be the formation of recirculation eddies at the inside and
outside edges of the horn opening. These recirculation eddies can lead to long soot particle
residence times, allowing for more particle collisions and agglomeration to take place. The
recirculation eddy near the outside edge of the horn opening is most visible in the photo
series shown in Figure 20. From fluid mechanic principles, a similar recirculation eddy
is expected to form near the inside edge of the horn opening; however, this could not be
visualized due to the opacity of the horn. Finally, the smoke flow visualization study showed
that the alarming horn drew smoke in through the horn opening, resulting in soot deposition
around the perimeter of the opening. This acoustically induced flow may be an additional
mechanism resulting in particle growth on the horn surface due to a stacking of smaller soot

particles on top of each other. For these reasons, microscopic inspection for the presence of soot agglomerates on the central horn opening of horn configuration #1 and the inside edges of the slotted opening of horn configuration #2 should be performed and taken as an indication that the horn sounded.

The presence of enhanced soot deposition around the central horn opening of horn configuration #1 and slotted opening of horn configuration #2 was found to be a reliable indicator that the horn sounded. Results from this and the previous study [1] suggest that if enough soot is present, the lack of enhanced soot deposition on the horn openings is a good indicator that the detector did not alarm. In fact, all of the detectors in these studies that were microscopically determined not to have sounded did indeed fail to sound. This observation should however be noted with caution because there may exist situations in which the alarm sounded but enhanced deposition is difficult to detect. Examples of situations that make enhanced deposition difficult to notice include extreme heat deformation and melting of the horn or excessive jarring/scraping/smearing that might occur during overhaul operations. Another conceivable scenario is that during a real fire, the detector may initially alarm but become so thermally damaged later in the fire that the horn stops sounding. If the fire were to continue, soot deposition would continue to accumulate on the detector after it had ceased sounding. Such an additional soot buildup could make the enhanced ring of soot deposition that formed while the horn was sounding difficult to detect. On the other hand, given that the flow visualization study clearly showed an acoustically induced smoke flow during alarm, it is difficult to imagine a scenario that could create a uniform ring of enhanced soot deposition on the central horn opening in configuration #1 or around the perimeters of the slotted openings in configuration #2 without the alarm having sounded.

Regarding handling practices, experience from the present study and the full-scale house fire test [1] indicated that the enhanced soot deposition was resistant to damage from normal evidence handling practices, such as those described in NFPA 921 [24]. Care should be taken to avoid direct contact with the horn as this may cause smearing of any soot deposition present. Preferably, the detector should be handled with its lid closed to reduce the risk of an object contacting the horn surface. Consideration should also be given to the state in which the detector is found in the field. For example, if the detector is found underneath a pile of drywall with its lid broken off, the investigator should be aware of the possibility of damage to soot deposition on the horn.

Chladni figures were not observed on any of the piezoelectric discs or horn case in any of the 270 detectors with horn configuration #1 from this study. This is consistent with Munger's investigation [11]. No Chladni figures were observed on any of the piezoelectric discs in any of the detectors from the previous full-scale study [1]. As previously noted, an obvious circular soot deposition around the perimeter edge of the piezoelectric disc was observed in one of the 119 detectors that alarmed with horn configuration #2. Whether this deposition is related to a nodal pattern of the disc or some other phenomenon is not known. A type of Chladni figure was observed on the top surface of one of horn cases from the full-scale test. The fact that this particular form of a Chladni figure was observed on only one of 294 total configuration #1 detectors tested in this and the previous study [1] reinforces the idea that these patterns form under a very narrow set of conditions. So, it is strongly recommended that the absence of a wagon wheel or circular Chladni figure on the piezoelectric disc not be taken as indication of non-activation of the detector.

*Fire Technology Fourth Quarter 2003*

Enhanced deposition observed on the edges of the slotted opening above the horn can provide additional support that a configuration #1 horn sounded. It is not recommended to use deposition on this grating as the sole indicator of activation or non-activation. Instead, enhanced deposition or the lack of enhanced deposition around the central opening of the configuration #1 horn case should be used as the primary indicator of activation or non-activation since the acoustically induced smoke flow is strongest at this part of the detector. As a result, any enhanced soot deposition will be most apparent at this location. Following the same logic, the presence or absence of enhanced deposition around the three smaller horn openings can provide additional support as to whether the horn sounded. Regarding horn configuration #2, deposition on the inside edges of the slotted openings proved the most reliable indicator of activation. Deposition on the outside edges of the slotted openings was generally lighter, and its presence should only be taken as additional support of the conclusion based on the inside edges.

Qualitative observation of the soot deposited on smoke detectors may provide information about the development of the fire. Black carbonaceous soot deposition was observed in detectors exposed to smoke from flaming polyurethane foam. Orange tarry deposition was observed in detectors exposed to smoke from smoldering polyurethane foam. The presence of both orange enhanced deposition and black enhanced deposition on the sounding horns shown in Figures 7 and 18 reflected the fact that the polyurethane fuel underwent both smoldering and flaming combustion. Further, the presence of the both orange and black enhanced deposition indicated that the detector was alarming during both smoldering and flaming phases. This may apply not only to smoke detectors but also to soot deposition throughout the fire scene. Due to the limited nature of this study, it is not known whether this orange liquid-like deposition would survive in detectors with a significant heat exposure, as may be expected during a real fire. As a result, it is only suggested that the observation of such deposition yields information about the fire source, but it cannot yet be stated that such deposition would be observed in all detectors from actual fires that smoldered and transitioned to flaming.

## Conclusions

Enhanced soot deposition and the presence of agglomerates on the edge of the central horn opening in a smoke detector with horn configuration #1 was found to be a reliable indicator that the detector sounded during an exposure to smoke from flaming hydrocarbon pool, flaming polyurethane foam, and smoldering polyurethane foam fires. The presence of enhanced deposition and agglomerates around the perimeter of the inside edges of the slotted openings in horn configuration #2 was also a reliable indicator of activation. If enough soot deposition was present within the detector, the absence of an increased density of soot deposited around the edges of the primary horn openings was an indicator that the horn did not sound. However, for reasons discussed in this paper, a determination of non-activation is inherently more subjective than determination of activation and should thus be noted with caution. Detector orientation and location (sidewall versus ceiling mounted) did not affect enhanced soot deposition and agglomeration. It is hypothesized that any device creating a strong acoustic field during a smoke exposure could create areas of enhanced soot deposition indicative that the device sounded. Chladni figures were not observed on any of the 270 detectors with horn configuration #1 in this study. The absence of Chladni

figures on the horn of a smoke detector was thus found not to be a reliable indicator that the detector did not sound.

## Acknowledgments

This research was funded completely by Combustion Science & Engineering, Inc. (CSE). Dr. Lori Streit and Dr. José Torero volunteered their time and effort to this project. The authors of this paper would like to sincerely thank Maclain Holton of CSE for his assistance in setting up and conducting the fire tests; Dr. Michael Klassen of CSE for his useful discussions and assistance at every step of the project; and Kenneth Venzant of First Alert for providing useful information about smoke alarm electronics.

## References

[1] C.L. Worrell, R.J. Roby, L.A. Streit, and J.L. Torero, "Enhanced Deposition, Acoustic Agglomeration, and Chladni Figures in Smoke Detectors," *Fire Technology*, vol. 37, no. 4, 2001, pp. 343–362.

[2] J.G. Munger, Private Communication, February 2000.

[3] E.P. Mednikov, *Acoustic Coagulation and Precipitation of Aerosols*, New York: Consultants Bureau Enterprises, Inc., 1965.

[4] T.L. Hoffmann and G.H. Koopmann, "Visualization of Acoustic Particle Interaction and Agglomeration: Theory and Experiments," *Journal of the Acoustical Society of America*, vol. 99, no. 4, 1996, pp. 2130–2141.

[5] T.L. Hoffmann and G.H. Koopmann, "Visualization of Acoustic Particle Interaction and Agglomeration: Theory and Evaluation," *Journal of the Acoustical Society of America*, vol. 101, no. 6, 1997, pp. 3421–3429.

[6] R. Tiwary and G. Reethof, "Numerical Simulation of Acoustic Agglomeration and Experimental Verification," *Journal of Vibration, Acoustics, Stress, and Reliability in Design*, vol. 109, April, 1987, pp. 185–191.

[7] R. Tiwary, G. Reethof, and O.H. McDaniel, "Acoustically Generated Turbulence and its Effect on Acoustic Agglomeration," *Journal of the Acoustical Society of America*, vol. 76, no. 3, 1984, pp. 841–849.

[8] R.B. Lindsay, *Acoustics: Historical and Philosophical Development*, Stroudsburg, PA: Dowden, Hutchinson & Ross, Inc., 1973.

[9] L.L. Beranek, *Acoustics*, New York: McGraw-Hill, 1954.

[10] E. Kreyszig, "Partial Differential Equations", Chapter 11 in *Advanced Engineering Mathematics*, 8th ed., New York: John Wiley & Sons, Inc., 1999.

[11] J.G. Munger, "Residential Smoke Alarms: Their Effects on the Reduction of America's Fire Death and Injury Rate," Ph.D. dissertation, Columbian Southern University, 1999.

[12] UL, *UL Standard for Safety Single and Multiple Station Smoke Alarms Fifth Edition; Reprint with Revisions Through and Including 01/04/1999,* UL217, Underwriters Laboratories Inc., Northbrook, IL, 1997.

[13] CEN, *Components of Automatic Fire Detection Systems Part 9 Fire Sensitivity Test*, EN 54, European Committee for Standardization, 1982.

[14] C.P. Bankston, R.A. Cassanova, E.A. Powell, and B.T Zinn, "Review of Smoke Particulate Properties Data for Burning Natural and Synthetic Materials," NBS-GCR-78-147, School of Aerospace Engineering, Georgia Institute of Technology, Atlanta, GA, May 1978.

*Fire Technology Fourth Quarter 2003*

[15] F.D. Hileman, K.J. Voorhees, and I.N. Einhorn, "Pyrolysis of a Flexible-Urethane Foam," in *Proceedings from the Physiological and Toxicological Aspects of Combustion Products: International Symposium*, Salt Lake City, UT, 1974, pp. 226–244.

[16] J.L. Torero and A.C. Fernandez-Pello, "Forward Smoldering of Polyurethane Foam in a Forced Air Flow," *Combustion and Flame*, vol. 106, no. 1–2, 1996, pp. 89–109.

[17] G.W. Mulholland, "Smoke Production and Properties," *SFPE Handbook*, 2nd ed., Quincy, MA: National Fire Protection Association, 1995, pp. 4–167.

[18] NFPA 72, *National Fire Alarm Code*, National Fire Protection Association, Quincy, MA, 2001 ed.

[19] ANSI S3.41, *Audible Emergency Evacuation Signal*, American National Standards Institute, New York, 1990.

[20] C.P. Bankston, B.T. Zinn, R.F. Browner, and E.A. Powell, "Aspects of the Mechanisms of Smoke Generation by Burning Materials," *Combustion and Flame*, vol. 41, no. 3, 1981, pp. 273–292.

[21] C.P. Bankston, R.A. Cassanova, E.A. Powell, and B.T. Zinn, "Initial Data on the Physical Properties of Smoke Produced by Burning Materials under Different Conditions," *Journal of Fire and Flammability*, vol. 7, 1976, pp. 165–180.

[22] C.P. Bankston, E.A. Powell, R.A. Cassanova, and B.T. Zinn, "Detailed Measurements of the Physical Characteristics of Smoke Particulates Generated by Flaming Materials," *Journal of Fire and Flammability*, vol. 8, 1977, pp. 395–411.

[23] E.A. Powell, C.P. Bankston, R.A. Cassanova, R.A., and B.T. Zinn, "The Effect of Environmental Temperature upon the Physical Characteristics of the Smoke Produced by Burning Wood and PVC Samples," *Fire and Materials*, vol. 3, no. 1, 1979, pp. 15–22.

[24] NFPA 921, *Guide for Fire and Explosion Investigations*, National Fire Protection Association, Quincy, MA, 2001 ed.