# EXHIBIT I



# MEMORANDUM

**TO:** NFPA Technical Committee on Fire Investigations

**FROM:** Stacey Van Zandt

**DATE:** May 21, 2010

**SUBJECT:** NFPA 921 F2010 ROC Letter Ballot

---

The ROC letter ballot for NFPA 921 F2010 is attached. The ballot is for formally voting on whether or not you concur with the committee's actions on the comments. Reasons must accompany all negative and abstention ballots.

Please do not vote negatively because of editorial errors. However, please bring such errors to my attention for action.

Please complete and return your ballot as soon as possible but no later than **Friday, June 4, 2010.** As noted on the ballot form, please return the ballot to Stacey Van Zandt either via e-mail to svanzandt@nfpa.org or via fax to 617.984.7056. You may also mail your ballot to the attention of Stacey Van Zandt at NFPA, 1 Batterymarch Park, Quincy, MA 02169.

The return of ballots is required by the Regulations Governing Committee Projects.

**Attachment**



**Report on Comments — November 2010**  NFPA 921

---

921-20   Log #84                                        Final Action: Reject
(6.2.10.3)

---

Submitter: B. Don Russell, Texas A&M University
Comment on Proposal No: 921-79
Recommendation: For the reasons set forth in Section 5 below, the entire proposed methodology on soot deposition should be eliminated and not included in this edition of NFPA 921.
Substantiation: NFPA 921 should only include accepted scientific theories and methods derived therefrom. As a practical document, NFPA 921 should not include any hypotheses that are not broadly proven and practiced. The basic scientific question is how much testing and validation must a hypothesis receive before it can be elevated to a theory. In practical terms, the proof of a hypothesis should not be based on a small handful of researchers running a limited number of experiments, under limited protocols and conditions. I am not questioning the reporting accuracy for the data collected by the researchers cited. However, the hypothesis that soot deposition analysis can generally be used to prove the sounding, or not, of smoke alarms under a broad range of conditions with acceptable levels of false positives and false negatives has not yet been proven by the cited researchers or by broader, independent testing and experiments conducted by researchers outside the current small community.

The theory set forth in 6.2.10.3 "Enhanced Soot Deposition on Smoke Alarms" does not have broad scientific basis and: validation and therefore should not be included. It is still a hypothesis. The number of researchers who have conducted statistically valid experiments and the total body of results that have been presented for scientific review is inadequate to prove this concept and create a theory for practical use. With no criticism of the work of any individual researcher, the total number of independent researchers and their peer reviewed papers that have been published on this subject is miniscule. Without respect to the quality of the individual work of any individual researcher, the total body of work is insufficient to prove the theory reliable under the wide range of fire conditions-that must be addressed by NFPA 921.

There are specific scientific concerns that have not been addressed in the test protocols of researchers. All causes of false positives and false negatives are not yet scientifically established nor is the rate of false indications established using statistically accepted methods. The peer reviewed papers that are cited in substantiation for this modification to NFPA 921 show multiple repetition of authors or dependent connections between authors. One must ask what significant group of informed scientists provided the peer review for this relatively small community of individuals who have acquired data or analyzed data on smoke alarm soot deposition. In truth, the number of practitioners of smoke alarm soot deposition analysis is an exceptionally small community and the peer reviewed literature from this community, to date, is insufficient to support this theory for broad practical application.

While a review of the papers cited in the substantiation cannot be completed here, there are certain obvious questions. The wording leaves the reader with the impression that the presence of soot deposition on a smoke alarm indicates that the alarm has just sounded in the fire under investigation. It must be noted that prior smoky conditions, including specifically previous kitchen fires, may establish various levels of soot patterns that persist over time or are enhanced over time, unrelated to the last fire that occurred or the current fire under investigation. Furthermore, no scientific work has been performed to create a formula or a method where researchers or investigators can determine (a) when the smoke detector first sounded in the subject fire, or (b) how long the smoke alarm sounded in the fire.

Based on the above, investigators using this technique are left with significant scientific uncertainty even with the presence of soot deposition on smoke alarms. If they reach a positive conclusion of soot deposition patterns on a specific smoke alarm, they must also conclude that (1) they do not know when the smoke alarm sounded in the fire, (2) they do not know how long the smoke alarm sounded in the fire, and (3) they do not know if the smoke alarm sounded in this fire or in some previous smoky condition or fire that occurred at an unknown time. Investigators analyzing soot deposition patterns on smoke alarms after a specific fire do not know the condition of the smoke detector prior to the fire with respect to previous soundings to smoke conditions. Therefore, no conclusion can be reached that the mere presence of soot deposition patterns on or inside a given smoke detector originate from the subject fire of investigation as opposed to previous soundings of the detector in previous smoky conditions and/or fires (e.g. kitchen fires). Given these uncertainties that are obvious limitations to the proposed technique as set forth in the cited literature, the technique becomes virtually useless for drawing practical conclusions related to a specific fire under investigation.

I have conducted hundreds of smoke alarm fire tests under a wide range of fire conditions. Figures 6.2.10.3(c),(d) showing soot deposition around the exterior of the horn face are not at all representative of the post fire condition of the vast majority of smoke detectors that I have reviewed from my own experiments of staged fires or in the case of naturally occurring fires I have investigated. In fact, the condition represented in these figures is very rare even after exposure of smoke detectors to multiple fires. Therefore, the inclusion of these figures without qualification as to its

---

**Report on Comments – November 2010**                                                              NFPA 921

representation of an extreme condition is misleading and inappropriate. Based on experiments that are documented with data available from the Smoke Detector Test Facility of the Texas Engineering Experiment Station, deposition of significant patterns at the face of smoke detectors exposed to one significant fire, or multiple significant fires, or multiple low smoke fires do not show the patterns indicated in Figure 6.2.10.3(c),(d) for smoke alarms that sounded. (Data records, Smoke Detector Test Facility, Dr. B. Don Russell, Texas Engineering Experiment Station, Texas A&M University System, College Station, Texas, 77843.)

It should also be qualified in the text of the document that the presence of soot deposition on or inside a smoke alarm provides no indication as to when the smoke alarm sounded in the subject fire under investigation. A smoke alarm sounding late in a fire after victims are deceased may develop smoke deposition patterns (or not!). The levels, and quantity, and characteristics of the smoke and the location of the detector with respect to the fire source will all affect levels of soot deposition, if any, and the time progression of soot deposition in a given fire. There has been no scientific research relating the specific patterns of soot deposition on specific smoke detectors to a timeline of sounding in a given fire under given fire development conditions. Since no such formula exists, an analysis of these factors is speculative based on unknown conditions of a given fire; therefore, no conclusions can be reached based on analysis of soot deposition patterns as to how long a smoke detector sounded and/or when a smoke detector sounded in a given fire.

The language of the proposed additions to NFPA 921 with respect to soot deposition leave the incorrect impression to those not skilled in this specific art that the mere presence of accumulated soot on the outside, inside, or on the horn area of a smoke alarm is an indication that the alarm worked as designed, and is intended, and provided a timely warning, etc. None of these conclusions can be scientifically reached. An investigator seeing soot deposition patterns on a smoke detector following a given fire can only conclude that it is possible that the smoke alarm sounded, with an unknown probability, in one or more fires, not necessarily the subject fire under investigation. Once again, the investigator can conclude nothing as to when the smoke alarm sounded in the fire or the duration of it sounding in the fire, early or late. It should be noted that the design of certain smoke alarm horns allow for the partial failure of the horn resulting in vibration at a low sound level (non resonant condition) without the required volume to awaken residents. Soot deposition patterns could theoretically form around the horn even though the alarm sound level is far too low to be effective. This failure mode of smoke alarms has not been adequately addressed in the proposed method.

Unless the proposed language of soot deposition analysis is highly qualified in this document, many investigators attempting to use this section of NFPA 921 will reach erroneous or misleading conclusions and/or will not understand, the limits of the methodology with respect to conclusions in their specific fire investigation.

In conclusion, soot deposition analysis of smoke alarms is not yet broadly proven nor its limitations fully established by broad experimentation and repetition of experiments by a significant number of independent researchers and practitioners. Without respect to the issue of overall validity, the uncertainties of specific conclusions that can be reached by fife investigators make the technique of little practical use and frequently misleading as to its support for findings in any specific fife investigation.

Even if this technique ultimately is proven reliable, which will require much greater definition of error rates and extensive independent testing under carefully designed protocols, it should not be included in this document at this time because it remains a hypothesis that does not yet meet the requirements of the scientific method to be elevated to a , theory. To include the method at this stage will violate basic principles of the scientific method.

While it is my preference that the proposed analytical method of soot deposition analysis be struck and not included in this revision of NFPA 921, the newness of this proposed technique and the lack of broad, independent testing and validation, coupled with the technical limitations and unknown error rates, demand that the technique be at least qualified significantly with adequate warnings as to the limitations of the technique if it is to be used by fife investigators. Hence, I have proposed 6.2.10.3.4 and 6.2.10.3.5 to provide clarity as to the limitations of the technique under the best of conditions.

My qualifications to offer these opinions as to the scientific validity of the proposed hypothesis (alleged theory) include 35 years of scientific research and experimentation. I am a Regents Professor and Distinguished Professor of the Texas A&M University System. I am a fellow of five societies, hold the Bovay Chair at Texas A&M, and am a member of The National Academy of Engineering. I teach the scientific method and its application to electrical design engineers.

**Committee Meeting Action:** Reject
**Committee Statement:** The use of acoustic soot agglomeration for the determination of smoke detector activation is supported in the scientific literature. as referenced in the original proposal.