# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FURLANDARE SINGLETON, Individually and as
Administrator of the Estate of DEQUAN SINGLETON,
SYNDI SINGLETON, AND HAYLEE SINGLETON,
Decedents; and CLYDE HATCHETT, Individually,
and as Administrator of the Estate of EMILY
BEAVERS, Deceased**

**PLAINTIFFS**

**V.**                      **NO. 4:15-cv-00205-KGB**

**ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, Inc.(Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of The Jacksonville
Housing Authority; CITY OF JACKSONVILLE;
BRK BRANDS, INC.; JACKSONVILLE FIRE DEPT;
WAYNE TAYLOR; LARRY HAMSHER; CHRIS
McDONALD; TONY SUTHERLAND; DEWAN
LEWIS;  JOHN DOES 1 - 50; and JANE DOES 1- 50**

**DEFENDANTS**

**AND**

**MARILYN LOUISE BEAVERS, Individually, and as
Administrator of the Estate of MARILYN BEAVERS,
DECEASED**

**PLAINTIFFS**

**V.**

**ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official**

Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.;
CITY OF JACKSONVILLE; BRK BRANDS, INC.;
JACKSONVILLE FIRE DEPT; WAYNE TAYLOR;
LARRY HAMSHER; CHRIS McDONALD; TONY
SUTHERLAND; DEWAN LEWIS; and
JOHN DOES 1 - 10                                          **DEFENDANTS**

## MOTION TO SUPPLEMENT MOTION FOR LEAVE TO FILE SUPPLEMENT TO MOTION ON BEHALF OF ALL PLAINTIFFS FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT FILED BY DRK BRANDS, INC. AND THE HOUSING AUTHORITY DEFENDANTS (DOCKET NO. 93)

1.      Plaintiffs jointly move to amend the Motion for Leave, which is

Docket 105, filed May 17, 2016, with the Affidavit of B. Don Russell, Ph.D.,

P.E.

2.      The Affidavit of Don Russell shows the merits of the relief sought

by the Plaintiffs in their original Motion filed May 17, 2016.

3.      Plaintiffs ask the Court for an Order permitting the Amendment to

the Motion for Leave filed May 17, 2016 (Docket 105).

**MARILYN LOUISE BEAVERS, Individually,**
**and as Administrator of the Estate of**
**MARILYN BEAVERS, Deceased, Plaintiff**

By:      /s/ David Hodges
**DAVID A. HODGES**
**Attorney at Law**
**212 Center Street, Fifth Floor**
**Little Rock, AR 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: 501-374-2400**

**Facsimile:   501-374-8926**
**E-Mail: david@hodgeslaw.com**

**and**

**E. DION WILSON**
**Attorney at Law**
**423 Rightor Street**
**Helena, AR 72342**
**Telephone: 870-338-6487**
**Facsimile: 870-338-8030**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. William M. Hatchett
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI 48341

Ms. Sheila Campbell
Attorney at Law
P.O. Box 939
North Little Rock, AR 72115

Mr. William Griffin
Friday, Eldredge Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493

Mr. John Walker
Mr. Shawn Childs
Walker Law Firm
1723 Broadway
Little Rock, AR 72206

Mr. Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Mr. John L. Wilkerson
Attorney at Law
301 W. 2nd Street
North Little Rock, AR 72115

Mr. E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

Mr. James H. Heller
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103

Ms. Kathryn A. Pryor
Wright, Lindsey & Jennings
200 W. Capitol Avenue, Suite 2300
Little Rock, AR 72201

Ms. Teresa Wineland
Kutak Rock, LLP
124 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201-3706

__/s/ David Hodges_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FURLANDARE SINGLETON, Individually and
as Administrator of the Estate of DEQUAN
SINGLETON, SYNDI SINGLETON, and HAYLEE
SINGLETON, Decedents; and CLYDE HATCHETT,
Individually, and as Administrator of the Estate of
EMILY BEAVERS, Deceased                                               **PLAINTIFFS**

VS.                              NO. 4:15-CV-205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC.(Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.; and
JOHN DOES 1 - 50; and JANE DOES 1- 50                                 **DEFENDANTS**

AND

MARILYN LOUISE BEAVERS, Individually, and as
Administrator of the Estate of MARILYN BEAVERS,
Deceased                                                             **PLAINTIFFS**

VS.

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.; and
JOHN DOES 1 - 10                                                     **DEFENDANTS**

### AFFIDAVIT OF B. DON RUSSELL, Ph.D., P.E.

State of Texas      )
                    ) ss.
County of Brazos    )

My name is B. Don Russell, Ph.D., P.E. I am over the age of 21, and I am qualified

to give the opinions expressed in this report.

**Qualifications**

I have a BS, ME and PhD degrees in electrical engineering and over 35 years experience in research and industrial consulting. I am a Regents Professor of Electrical Engineering at Texas A&M University. I hold the Harry E. Bovay Chair in the Department of Electrical and Computer Engineering. I hold the rank of Distinguished Professor. I am a Fellow of the Institute of Electrical and Electronics Engineers and have served as a president of an IEEE society and an elected member of the IEEE Governing Board. I have served on standards writing committees, and I am a member of the IEEE Standards Association. I am the recipient of the Outstanding Engineering Achievement Award of the National Society of Professional Engineers for work on electronic product design. I am the recipient of the Electro-Technology Transfer Award of IEEE and recipient of an IEEE field award for outstanding technical contributions. I am a member of the National Academy of Engineering.

I hold 14 US patents and several foreign patents for electronic product and system designs, all of which have been incorporated in engineered products and made commercially available. For one of these products, I received the 1996 R&D magazine award for "One of 100 Technologically Significant New Products of the Year." I am a Registered Professional Engineer. I am a fellow of five societies, including the National Society of Professional Engineers, the Institution of Electrical Engineers of the United Kingdom, and the National Academy of Forensic Engineers. I am a member of the National Fire Protection Association.

Over the last 35 years, my education and experience have centered on the application of electronic technology to the solution of real world problems. This has ranged from the design of electronic products for industrial use to the application of advanced

control and sensing technologies in the electric power industry. My teaching experience has ranged from electrical circuit design to the instruction of senior and graduate level design courses. I have taught engineering economics as related to the engineering design process, as well as the subjects of reliability and dependability of engineered products. I am also an instructor of engineering ethics and the relationship of ethics to engineering design and engineering practice.

My qualifications in relationship to the subject matter of this case are presented not as a fire expert, but rather as an electrical engineer analyzing the design and performance of an electronic product. The sensing, signal processing, power, and warning systems of smoke detectors are all electronic and electrical in nature and are all subject to good engineering practice as defined by the electrical engineering profession. It is from this perspective as an electrical engineer that I have reached the conclusions, opinions, and criticisms stated in this report. A full resume of my professional credentials is attached.

I have investigated this matter and have reached certain findings and opinions. In support of my investigation, I received and relied upon certain materials and documents including, but not limited to, the following:

1.  Complaint

2.  Affidavit of Jennifer Gray

3.  BRK Brands, Motion for Summary Judgment

4.  BRK Statement of Material Facts

5.  BRK Memorandum Brief in Support of Summary Judgment

6.  Affidavit of Daniel Gottuk

7.  Defendant Jacksonville Housing Authority Brief

8.  City of Jacksonville Fire Department report

9.      Jacksonville Police Department Case Logs

10.     Summary of Incident

11.     Jump drive containing photographs

12.     Crime Lab Report of Smoke Detector

In addition to the above-referenced documents and information, my opinions are based upon my expertise gained through research and testing of smoke detectors and my knowledge of the general and scientific literature of the last 40 years concerning the design, performance, and expected function of residential smoke detectors, including those identical or technically similar to the subject BRK detector.

I relied upon my extensive testing of residential smoke detectors performed in my capacity as director of the Smoke Detector Test Facility of the Texas Engineering Experiment Station, an agency of the state of Texas, located in College Station, Texas. I relied upon over 20 years of research and investigation of the performance of residential smoke detectors in various fire scenarios. I have also relied on the laboratory and full scale testing of ionization and photoelectric smoke detectors by other researchers and research labs around the world, as reported in fire science literature. I have also relied on my knowledge of applicable codes and standards to include testing standards of Underwriters Laboratories for residential smoke detectors. I have relied upon my knowledge gained in the investigation of over 40 fires resulting in injury or death where smoke detectors failed to perform.

### Background

The subject fire incident occurred in the early morning hours of 22 March 2012. The location was at an apartment complex referred to as Max Howell Place on South Simmons

Street in Jacksonville, Arkansas. At approximately 2:00 a.m. on March 22, Plaintiff Furlandare Singleton participated in a phone conversation with Marilyn Beavers.

At some time after the 2:00 a.m. phone conversation, a fire ignited in apartment 3-A of the Max Howell Place complex. The apartment was occupied by Marilyn Beavers and four children including Dequan Singleton, Cindy Singleton, Hailee Singleton, and Emily Beavers.

At approximately at 5:50 a.m., a call was placed to 911 by Ms. Jennifer Gray, occupant of an adjacent duplex apartment 3-B. Ms. Gray smelled smoke and reported same to 911 operators. The fire department responded to the 5:50 a.m. call but appear to have found  no signs of fire at the location.  Fire responders did not investigate the decedent's apartment on this first response to this first 911 call.

At approximately 7:45 a.m., maintenance men Bobby Snow and Thomas Banhoveln working for the Jacksonville Housing Authority noticed smoke stain on the exterior apartment structure.  Snow and Banhoveln gained access to the apartment unit and discovered the bodies of the five occupants.  Another 911 called was placed with the fire department responding. All five occupants as listed above were pronounced dead by the county coroner at 10:08 a.m. The approximate time of death is not known, but all occupants died of smoke inhalation and/or other causes.

The City of Jacksonville Fire Department, in its report, noted that the fire in Apartment 3-A had extinguished itself prior to the entry of the firemen. The fire department was not required to extinguish the fire and upon their arrival there was only minimal heat and smoke, indicating that the fire had self-extinguished some time before responders entered the apartment.

At the time of the fire, a smoke detector was in the residence that has been identified as a Model 1839 made by BRK Electronics. The detector is an AC powered device. The smoke detector had fallen from its mounting during the course of the fire.

### Opinions

In preparation of these opinions, I have utilized recommended and accepted practices of forensic engineering and investigation. All of the opinions and conclusions reached in this matter are stated to a reasonable degree of engineering certainty. I have utilized appropriate methodologies consistent with the scientific method in reaching all conclusions and opinions. To avoid report redundancy, the bases for any opinion apply to all opinions, as appropriate.

1. BRK ionization smoke detectors, including the subject detector, are defectively designed. Test data establish and scientifically support the conclusion that a fundamental design defect exists in the ionization detectors manufactured and sold by BRK. This defect has created performance limitations that make these detectors unsafe under certain smoke conditions that frequently occur in full scale residential fire events.

   Basis: The bases for this opinion, discussed more fully hereafter, include my experimental work in testing BRK ionization smoke detectors and other documentation from my investigation of the performance limitations of ionization smoke detectors. Further bases include analysis of test data of other researchers which also substantiates the performance limitations of ionization smoke detectors. Test data demonstrating the defect is provided with this report.

   The defect in the subject smoke detectors manifests itself in two ways. First, the ionization detector does not respond to smoke products from slow developing and/or smoldering fire conditions. Smoke with little velocity will not cause the detector to operate or sound even if smoke levels are extremely high.

   A second manifestation of the design defect in BRK ionization detectors is the failure of same make/same model detectors to sound in a predictable and reliable manner to the presence of identical fire conditions. Wide variations in time to sound are observed from identical model detectors tested simultaneously in full-scale fires.

2.    The subject BRK ionization smoke detector did not provide a timely alarm in response to the smoke and combustion products that occurred in this fire. The BRK ionization smoke detector did not sound an alarm to warn occupants and to allow adequate escape time for occupants of the home before conditions became untenable.

Basis: Occupants were not aroused or made aware of the fire, early in the fire, by the sounding of a smoke detector. Full-scale testing has documented a pattern of performance failure of ionization detectors to a number of smoke and fire scenarios common to residential fires. This failure includes long delays in sounding and failure to sound at all under certain fire conditions.

3.    BRK ionization smoke detectors, including the subject detector, are not suitable for the purposes for which they are sold as safety, life saving devices.

Basis: Escape time in a fire, without injury or death, is dependent on occupants having sufficient and adequate warning to effect an escape. The fire protection industry generally considers a 2 or 3 minute warning necessary before the residence is untenable. Such effective warning did not occur in this incident. The sole purpose of a smoke detector is to provide a timely warning of a fire so that escape can occur. The public has a right to expect such performance from any smoke detector sold as a fire warning device.

4.    I conclude based on my knowledge, testing, and experience with residential smoke detectors that, had the BRK ionization alarm sounded in a timely manner, before conditions became untenable or dangerous in the subject home, the escape or rescue of occupants would have been possible without injury.

Basis: A timely alarm is a detector sounding at least 2 to 3 minutes before any untenable condition occurs in a residence, including before poisonous gases reach dangerous levels, before escape paths are blocked, and before occupants are impaired visually, mentally, or physically injured by smoke or heat or gases. The need for adequate escape time with safety margins is a subject of my research published in the paper "RSET/ASET, A Flawed Concept for Fire Safety Assessment."

The bases for this opinion include frequent advertising by manufacturers that early fire warning is needed and every second counts when attempting to escape fires. Delayed sounding of detectors increases the risk of serious injury or death of occupants.

5.    The subject BRK ionization smoke detector did not provide sufficient escape time.

Basis:  Based on my testing and the testing of other researchers, I am able to conclude to a reasonable degree of engineering certainty that the subject BRK ionization smoke detector failed to detect the early stage of the fire and did not sound before the fire created untenable conditions. It is likely that Mr. Beavers was mentally impaired before she became aware of the fire due to toxic gases including carbon monoxide.  Her ability to make proper decisions to escape was impaired.

6.     It is my conclusion based on my knowledge, testing, and experience with residential smoke detectors that the level of smoke and combustion products from the subject fire reached the subject BRK ionization smoke detector and was of sufficient quantity and energy level to cause a properly designed, properly manufactured and powered residential smoke detector to sound.

Basis:  Smoke levels in the apartment were high as demonstrated by the smoke stain on the outside of the unit. Because of the identified defects of BRK ionization smoke detectors, the subject BRK smoke detector failed to sound in response to smoke products in a timely fashion, as reasonably is expected by the public.

7.     A properly powered and designed photoelectric smoke detector would have sounded in a timely manner in the subject fire in response to the smoke products in the hallway. A properly designed photoelectric detector would have provided an adequate alarm under the conditions that existed in the residence and would have allowed additional escape or rescue time.

Basis:  The bases for this opinion includes full scale fire test data from researchers worldwide and data from tests I have conducted.  BRK's own internal evaluation of its ionization smoke detectors confirms substantial delays in sounding compared to the sounding time of photoelectric smoke detectors in certain fire conditions. My own testing shows the significant delay of ionization detectors and the early sounding of photoelectric detectors under certain fire conditions, including the conditions that likely existed in the subject home after the fire ignited.

8.     BRK has had or should have had substantial notice and knowledge of the performance limitations of its ionization technology, as utilized by BRK in its manufacture of residential smoke detectors. Specifically noted is BRK's knowledge that the ionization technology incorporated in its ionization detector design will not provide rapid detection of slow smoldering or slow developing fire conditions that commonly occur in residential fires and which occurred in this fire.

Basis:  Notice to BRK extends back over decades, including through customer complaints, of the failure of its smoke detectors to sound. Customer complaints made to BRK about BRK's ionization smoke detectors failing to

sound in the presence of smoke closely mimic the failures of ionization smoke detectors in laboratory experiments which I have conducted.

The deaths in previous cases, the customer complaints and customers' testimony produced in previous cases constitute tangible evidence of the defects and failed performance of BRK's ionization smoke detectors.

Additional bases of this opinion are hereafter discussed, and include the participation of BRK's employees in smoke detector industry activities, information available to BRK in the general literature, and the wide availability of test data on the relative performance of photoelectric and ionization smoke detectors, including industry testing of detectors.

9.   BRK has been aware of and had at its disposal adequate, readily available technology and suitable design techniques that could be applied in an economic fashion to produce a safe and more reliable smoke detector that would correct the known deficiencies found in the subject BRK ionization detector design.

Basis: The bases of this opinion will be discussed more fully hereafter, but include the work of BRK on alternative smoke detector designs, including photoelectric smoke detectors and dual sensor smoke detectors (i.e. ionization and photoelectric), and the introduction of alternative smoke detector designs, including photoelectric detectors and dual sensor smoke detectors by BRK and other manufacturers that were produced and contemporaneously sold in the market place. These technologies were available to BRK and were economical and could have been implemented in its products and sold and used in the subject home for less than a few dollars.

10.   BRK has failed to properly educate and warn the public as to the deficiencies and limitations of its ionization smoke detectors. BRK was negligent in selling ionization smoke detectors as stand-alone safety products, given the known design defects and performance limitations.

Basis: The warning(s) that accompany BRK ionization alarms do not alert consumers that BRK ionization smoke detectors will not sound or will delay sounding in the presence of smoke in certain fires.  BRK has not warned customers that ionization alarms may not sound to warn until well after a home is filled with toxic gases and smoke or that dangerous conditions are developing or have occurred.

The sole purpose of a smoke detector is to provide a timely warning of the presence of fire. There are uncertainties of escape in any given residential fire; therefore, the fastest possible warning of a fire is needed to allow occupants to evaluate the circumstances and effect an escape.  BRK has

failed consumers by selling a detector without adequate warnings that the detector may delay sounding until late in the development of a fire.

The basis of this opinion is hereafter discussed, but includes the testing of ionization smoke detectors beginning in the 1970s and continuing through the present which show the deficiencies and defects of stand-alone ionization smoke detectors and document their performance limitations. BRK knew or should have known of this experimentation, knew of the defects, knew of the dangers, and yet, continued to sell the subject detector.

11.   BRK was negligent in selling the subject smoke detectors as stand-alone safety devices with a known design defect, namely, the unsafe delay of ionization detectors in detecting certain fires.   The subject BRK smoke detector is unreasonably dangerous as a stand-alone safety device. The BRK detector is unreasonably dangerous for its reasonably anticipated use; namely, to provide early and sufficient warning of the presence of a fire to allow occupants to escape.

Basis:  A smoke detector that will not detect the broad range of fires that are reasonably expected to occur in a residence is a defective product. Such a product misleads the public in a false sense of safety and security. Research has shown that photoelectric alarms are less dependent on fire type and are reliable in sounding to both flaming and smoldering fire conditions. [20,23]

The public purchases smoke detectors for the sole reason (i.e., anticipated use) of being warned in a timely fashion of the presence of a fire. It is reasonable to expect that a smoke detector will provide a very advanced warning, preferably the fastest possible warning of the presence of a fire. This expectation cannot be achieved using ionization technology as the only detection means in a smoke detector alarm product. It has long been known that under certain fire conditions, ionization technology will simply not detect the presence of smoke products even though smoke products are at highly elevated levels. This has been demonstrated in extensive testing. The delay of ionization smoke detection technology to detect certain fire conditions is measured in tens of minutes and, under some conditions, may delay for over one hour.  It is also been demonstrated that ionization technology, in some fires, will not detect a fire at all and will never sound an alarm.

Photoelectric sensing technology has been, for decades, a known and available alternative that should have been included by BRK in its products at the time of manufacture of the subject smoke detector. A combination detector design would have provided a timely warning in the subject fire or in other fires that can be reasonably anticipated to occur in a residence.

The basis for this opinion has been stated and is further discussed hereafter, but includes the results of tests I have conducted on the relative performance of ionization versus photoelectric detectors.

-10-

12.     BRK was grossly negligent in selling the subject ionization smoke detector as a stand-alone safety device to warn residents of the presence of fire in this incident.

BRK has known for over three decades of the design defect in its ionization smoke detectors. BRK has long known of industry testing which showed that its ionization smoke detectors will delay sounding or not sound at all under certain smoke and fire conditions. In spite of this knowledge and the complaints of customers that its smoke detectors do not work in certain fires, BRK has continued to make, market, and sell stand-alone ionization smoke detectors, knowingly exposing the public to the danger of fires by not correcting the defect in its detectors that prevents a timely warning. BRK's failure to act to correct the referenced defect has caused numerous unnecessary deaths.

## Bases for and Background Discussion of Opinions

Over 50 years ago, fire experts recognized the need for reliable fire detection methods. Research during and after World War II resulted in the development of various techniques to detect the smoke and heat from fires, including heat detectors, gas detectors, and sensing mechanisms to detect the products of smoke. As a result, smoke detectors based on ionization chamber technology and photoelectric technology were developed. By the 1960s, solid-state electronic technologies had developed to the point that inexpensive consumer electronic products could be sold to the public. The development of the integrated circuit (1960s) and the microprocessor (1970s) substantially changed electronic design concepts and drove down the prices of consumer electronics, making possible inexpensive fire and smoke detection devices and systems for residential application.

As a result of testing in the 1970s, the performance characteristics of smoke detectors based on ionization and photoelectric technologies were well documented. Comparative studies as to their relative performance were made and evaluated during this time period. Studies demonstrated that ionization and photoelectric detectors were substantially different in their performance, particularly time to detection, during the two

major fire types. It was definitively shown that the type of material burned and the characteristics of combustion were two major factors in the performance of these detectors. The scientific literature documenting these investigations supports a broad knowledge of the substantially different response of ionization versus photoelectric detectors as various fire parameters were varied. By the end of the decade, it was clearly understood that ionization detectors demonstrated a marked slow response to the smoke products generated from slowly developing fires including, but not limited to, slow smoldering fires with flameless combustion. These differences were extensively studied through the 1980s and 1990s and were well documented in the literature [1-13].

Over a period of several decades, in order to better understand the practical differences and performance limitations in these detection techniques, ionization and photoelectric detectors were subjected to various full-scale fire tests, as referenced above. These tests demonstrated and reinforced the substantial delay that often occurred in fire detection when using an ionization detector to detect fires originating from smoldering, flameless combustion fires. While some of the early tests did not follow the best scientific principles and are therefore subject to some criticism, they clearly demonstrated the difference in the speed of detection of ionization versus photoelectric detectors. These tests resulted in development of new commercial detectors which incorporated both detection principles to address the slow response of the ionization chamber to smoldering type fire conditions. [14-18]

To fully understand the problems associated with ionization smoke detector designs, one must understand the detection principles involved. Ionization detectors sense smoke products by electrically detecting the change in ionization current produced through the use of a small radioactive source. Smoke products entering an ionization chamber combine

with and disrupt the ion current flow, which is detected by electronic circuitry. This represents an indirect measurement of the presence of fire.

Photoelectric chambers work on a very different principle.  While there are several types, they generally detect smoke products through reflection of a light beam between a light source and a light sensor. The size and characteristics of smoke particles dramatically affect the behavior of these two different sensing techniques, resulting in different performance to various types of fires. Since the 1970s, manufacturers of smoke detectors have had broad opportunity to understand and participate in industry discussions concerning smoke detector design alternatives. BRK and its employees are fully knowledgeable or should have been knowledgeable of the differences in detection times for ionization versus photoelectric detectors under varying fire conditions. Based on previous statements and testimony by BRK, in spite of BRK's full knowledge of the differences in performance of ionization and photoelectric technology, BRK designers have taken no action to change the basic detection design of its stand-alone ionization detector. This is based on my design review of multiple BRK products.

Subsequent studies in the United States and around the world repeatedly demonstrated the clear superiority of photoelectric detectors in detecting smoldering or slow developing fire conditions.  In spite of its knowledge of the differences in detection methods and the problems with ionization detectors with respect to smoldering fire conditions, BRK has continued to manufacture smoke detectors solely using ionization detection technology, a design with known performance limitations. These detectors are sold as a sufficient, stand-alone detection device for residential application. It is the clear representation and impression left by the manufacturer that the ionization detector BRK offers to the public is a sufficient safety device capable of providing a timely warning of

dangerous fires. Notwithstanding this, BRK has advertised and promoted smoke detectors that utilize photoelectric detection technology including dual sensor devices, stating that these detectors are faster at detecting certain types of fires (statements extracted from BRK documents).

I am specifically critical of the stated and implied claims of BRK related to the performance of its ionization smoke detectors. It is commonly understood that the average consumer purchases a smoke detector with the expectation that this detector will perform in such a manner as to sound a timely alarm when exposed to smoke products from <u>any fire</u> that can be reasonably anticipated to occur in their residence. This direct or indirect representation by BRK clearly misrepresents the performance of ionization detectors. It has been demonstrated in multiple tests in my test facility that smoke from smoldering fires can reach ionization detectors in high quantities without the detector responding. Frequently, a detector responds too late to provide occupants a warning with reasonable time to escape. My own tests show ionization smoke detectors never sounding during the entire sequence of certain fires. Hence, smoke detectors which depend solely on ionization detector technology are not suitable, alone, as safety devices and will not timely detect many commonly occurring home fires.

When BRK advertises and sells ionization detectors, no distinction is made between the performance of the detectors based on the type of material that is burning or the smoke obscuration or energy levels that result from different fire conditions. Simply stated, a BRK ionization smoke detector exposed to relatively low obscuration levels (i.e., smoke density) from a fire of flaming newspaper may sound an early alarm. However, the same ionization smoke detector exposed to very high obscuration levels from a fire involving other materials, may not sound at all or may sound with a substantial and unacceptable delay.

The public is not educated to understand the differences in the response of smoke detectors with respect to the type of smoke and the material that is burning, as well as differences in response times to different types of fires.

Scientific testing of smoke detectors indicates that the response of the detectors varies widely based on the type of fire, progression of the fire, and the type of material being burned. BRK states that its detectors pass UL standards and therefore are suitable as a safety device. However, it has been known for many years that UL standards do not duplicate or simulate the performance of smoke detectors under a wide variety of "real world", full-scale fire conditions. Many of the full scale fire tests over the last 20 years have demonstrated that certain smoke detectors that pass UL standards do not sound at very high obscuration levels when tested in a full scale environment. (See previous references.) This is because the UL fire tests are limited as to the types of materials that are burned and the conditions under which the tests are conducted. The UL tests are sufficient to uncover very poor electronic design or detectors with grossly misrepresented sensitivities. However, UL tests are not sufficient to be relied upon by a manufacturer as a design test or as a justification for selling a detector that is incapable of timely detection of many slow smoldering or slow developing household fires. This is especially true with regard to the UL smoke box test. This test in no way approximates typical residential fire conditions. The test provides a standard basis for comparing smoke detectors, but does not adequately test to all the conditions that can occur in actual residential fire scenarios. No UL test meets this criteria.

It is a gross neglect on the part of BRK to rely solely on the UL test standards as "design tests." UL tests represent, at best, a product minimum certification test. Engineers working for a manufacturer should and must design a product that is suitable for all

purposes for which the product is sold, given the reasonable anticipated uses by the public. A full understanding of the types of fires common to residences dictates that a residential smoke detector must be designed to quickly detect all fire types that can be reasonably anticipated, including smoldering type fires consuming a wide variety of plastic, cotton and synthetic materials, and also including fast flaming fires. The UL tests do not test to this broad standard and are not stringent enough to be solely used by a manufacturer as the sole performance criteria in the design of smoke detector products. UL tests are important, but not sufficient as product design tests and are not sufficient to meet all the requirements of good engineering design practice for a safety product. UL does not claim that its tests are sufficient for all these purposes.

In summary, the "insufficiency" of UL tests is easily documented by two facts.  First, UL tested smoke detectors perform differently than expected in full-scale, real-world fire conditions. Second, UL approved detectors (and other UL approved products) are frequently "recalled" for defects. Hence, UL tests cannot be relied upon as definitive proof that a product is reliable and dependable. Ionization smoke detectors fail to provide an adequate and timely warning to residential occupants in common types of household fires such as a slow smoldering fire. BRK has failed to follow normal and recommended practices of good engineering design to provide smoke detector products that meet the requirements, needs, and expected performance of the public to protect their safety under the broad spectrum of fires and conditions that can and do occur in a residence.

While the above conclusions can be derived from a study of the published literature over the last four or more decades, I have not solely depended upon this literature for my opinions. Considering the grave consequences of poor smoke detector designs being sold to the public, I determined that it was appropriate to stage full scale fire tests of UL

approved smoke detectors to provide peer review and verify the experimental data reported in the literature and to provide an independent database from which to draw my own conclusions. This was done following good scientific methods of experimentation and data collection.

I secured a full size residence, which was instrumented with computer-based instrumentation measuring such parameters as temperature, obscuration level, and carbon monoxide levels. I have also developed a technique for individually and simultaneously monitoring residential smoke detectors to determine their precise response to a fire condition, including the time to respond as a function of obscuration level. The test facility (i.e. house) is owned by the Texas Engineering Experiment Station, a research agency of the state of Texas and is designated the Smoke Detector Test Facility. As research laboratory director, I have conducted smoke detector tests for over fifteen years. These tests included a wide variety of smoke detectors including, specifically, ionization models sold by BRK.

The measurement systems used in my testing are sophisticated and utilize appropriate scientific methodology based on the question under investigation. The test protocol for comparative tests of residential smoke detectors is relatively simple. All ionization and photoelectric detectors used in my tests have passed UL standards. All detectors are purchased commercially from retail merchants, are new in the box when placed under test, and have received no modifications to their internal components including detection chambers or electronics. The test results from our test facility are dramatic and show the unsuitability of a stand-alone ionization smoke detector as a home safety product, for certain residential fire scenarios (e.g. slow developing or smoldering fires).

Typical test results show that UL approved ionization smoke detectors will often not sound an alarm when exposed to smoke at high obscuration levels. There can be wide variation in performance between individual smoke detector units that are apparently identical (same make–same model), which may not react in the same fashion even though tested to identical conditions during simultaneous testing. Specifically, smoke detectors exposed to many times their calibrated sensitivity rating and/or their UL tested sensitivity rating may not sound under full-scale residential fire conditions. Measurements support the highly dangerous conditions that exist in the test residence by the time many smoke detectors sound. Obscuration levels can be at such high levels that escape from the fire by disoriented residents is unlikely. Carbon monoxide or toxic gas levels can exceed acceptable levels and, when coupled with substantial time exposure over many minutes, the mental faculties of a home occupant may be severely limited.

In the tests in my smoke detector facility, untenable and unacceptable conditions were reached before many ionization smoke detectors sounded.  The tests support the conclusion that one cannot depend on a smoke detector based solely on ionization detection technology to provide a timely warning under many fire conditions. My tests show that BRK has misrepresented the detection capability of its ionization detectors, misrepresented the sensitivity level of the detectors to the obscuration levels occurring in certain full scale fires, misrepresented the suitability of ionization detectors to detect certain types of home fires, and misrepresented that the detector is sufficient as a safety device to sound a timely alarm when smoke of any type reaches the detector.

Analysis of a specific set of experiments will be instructive at this point. On September 5, 2012 two experiments were conducted in a fire room at the Brayton Fire School of the Texas A&M Engineering Extension Service. With the assistance of 12 fire

training personnel and experienced firemen, two fire tests were conducted to demonstrate the performance differences in ionization and photoelectric detectors.

To provide detailed observation the fire progression and to document the deteriorating conditions in the fire room as they occurred, two firemen in bunker gear and breathing apparatus were in the room of origin during the fire experiments.   Their observations were noted as the fire progressed.

The following describes the two experiments that were conducted on September 5, 2012.

### Experiment 1:

Three ionization smoke detectors were placed in the fire room. The fire was initiated in the couch. The sounding times of the detectors and the condition of the room at the time of sounding of each detector was recorded.

At approximately 2.5 minutes, smoke was noted originating from the couch. Smoke continued to develop slowly and permeate the room. At 20 minutes, smoke was very noticeable and accelerating in density, but the room was fully tenable. The three ionization smoke detectors in this experiment sounded as follows:

— Smoke detector A: 36 minutes

— Smoke detector B: 39 minutes

— Smoke detector C: 42 minutes 36 seconds

Conditions in the room were untenable at the time of the sounding of the three smoke detectors. Smoke detector C sounded coincidentally with the eruption of full-flame on the couch.

Observations by firemen were that the room was fully untenable and consistent with death of the occupants at the time the smoke detectors sounded.

**Experiment 2:**

One photoelectric smoke detector and three ionization smoke detectors were used in this experiment.

After fire ignition, the first smoke was noted at approximately 3 minutes 16 seconds.

At 17 minutes into the experiment, the photoelectric detector sounded. Observations by firemen were that the smoke in the room was a "light haze" at the top of the room. Conditions in the room were fully tenable allowing individuals to traverse the room to escape without difficulty.

At 30 minutes into the experiment, substantial smoke filled the room. At 36 minutes, very heavy smoke at dangerous levels filled the room, significantly reducing visibility. The observation of firemen was that the smoke was thick and fully filled the room from floor to ceiling. Visibility and breathing untenable.

38 minutes after fire ignition, the first ionization detector sounded. At 40 minutes from ignition, the second ionization detector sounded. At 42 minutes the third ionization detector sounded.

At 46 minutes, the couch was in full-flame condition and heat levels were too dangerous for the experiment to continue. Firemen terminated the experiment and extinguished the fire. Conditions in the room were considered untenable and dangerous before the first ionization detector sounded.

By contrast, the photoelectric detector provided substantial advanced notice of the fire before significant smoke and gasses filled the room and long before flame erupted on the couch.

The following photographs of the fire room provide visual documentation of the fire progression and the deteriorating conditions in the room during the fire.



**Figure 1**

Figure 1 shows the condition of the fire room at 17 minutes following the inception of the smoldering fire in the couch. At this time, the single photoelectric detector in the room sounded. Conditions in the room were fully tenable with only light smoke at the ceiling level. There was full visibility through all sections of the room with no flame and no heat. This represents an early warning of the presence of the fire by the photoelectric detector.



**Figure 2**

Figure 2 shows the condition of the room at 39 minutes after the inception of the fire. As is obvious, the fire is fully untenable with smoke from floor to ceiling and visibility highly limited. The toxic gas level is very high given that a polyurethane cushion has been burning, without flame, for 39 minutes. At this point in the fire, <u>no</u> ionization detector of the three installed in the room is sounding.



**Figure 3**

Of the three ionization detectors, the last detector did not sound until a coincident outbreak of full flame conditions in the smoldering couch that occurred just over 42 minutes from time of inception to the fire. By the time the third ionization detector sounded, the room was fully filled with smoke providing no visibility at any distance. Note, the firemen in the room cannot be seen in the picture. Walls and features of the room could not be recognized and doorways could not be found. If people were in the room, incapacitated, they could not be found by a searcher. Immediately upon flame eruption, very high heat existed in the room and the couch was heavily engulfed within tens of seconds.

As demonstrated by the experiments described above, the results from tests performed at the Texas A&M Engineering Experiment Station, under my direction, are consistent with the results of previous full-scale tests dating back to the 1970s. While I have duplicated earlier tests for peer review, using better measurement methods, the conclusions one can draw from my data are the same that can be drawn from the data

generated from previous full-scale tests. Namely, ionization smoke detectors have a generic defect in that they cannot detect the smoke products from certain types of fires in a timely fashion before untenable conditions exist that are dangerous and life threatening to home occupants.

BRK has failed to educate the public in a meaningful and or effective way as to the differences in residential smoke detectors and the limitations of ionization detectors under many fire situations. BRK has represented that their ionization detector is acceptable as a stand-alone safety product for all anticipated home fires, with full knowledge that this is not the case due to the significant delay in sounding of ionization detectors. BRK has, through its marketing, led the public to believe that it can depend on an ionization detector in all reasonably anticipated home fire situations. This position by BRK has been promoted in spite of its full knowledge of testing done over the last decades which presents contradictory data to BRK's representations to the public.

BRK has continued to manufacture and sell the same basic design of ionization smoke detector, with known design defects and has failed to introduce appropriate and needed design changes to its products which would correct these deficiencies. Alternative technology has existed for over 25 years to economically manufacture a significantly superior combination smoke detector that will detect a wide variety of fires that can be anticipated in a residential situation. My economic evaluation of components and labor costs for similar smoke detectors to those made by BRK, shows that, if made in comparable quantities, a combination detector is very cost effective and could be sold at competitive prices within the cost range of today's single detection chamber models.

It should be noted that combination detectors are made and sold by manufacturers, including BRK who has a large market share. I have previously requested specific

manufacturing cost data from BRK on ionization and photoelectric smoke detectors as well as combination detectors. The information I have received to date is not sufficient or specific enough as to quantity price sensitivity to make a precise calculation for the subject smoke detector. However, given the calculation of the cost of electrical components and labor that I have performed on designs essentially similar to the subject smoke detector, and given my knowledge of electric design costs and methods, it is clear that the manufactured cost of a combination detector would not be a barrier to the successful marketing and sale of such detectors. BRK has made and sold such detectors.

BRK has conducted tests which demonstrate that ionization detectors are very late in sounding under certain fire conditions. A few tens of seconds to minutes of delay can result in occupants being overcome or disoriented before escape is possible. BRK's internal tests, not shared with the public, show that its ionization detectors may not sound until late in a fire, tens of minutes or longer after a photoelectric detector would have sounded. Yet, BRK has continued to make and sell ionization only detectors, including the subject detector, with this defect.

Design defects and the detector performance of BRK stand-alone ionization smoke detectors make the subject detector unreasonably dangerous under certain fire conditions. The public depends on timely warning of dangerous fire conditions. BRK was negligent in making and selling this detector as a stand-alone fire alarm safety device.

I reserve the right to change or add to these opinions based on further review of the documents I received, based on the receipt of additional information, based on additional experimentation, or based on the results of ongoing discovery in this case.

## ACKNOWLEDGMENT

I, B. Don Russell, have read the foregoing Affidavit and the attachments to the Affidavit and state the information contained in the Affidavit and the attachments thereto is true and correct to the best of my knowledge and belief.

B. Don Russell, Ph.D. P.E.
Consulting Engineer

## VERIFICATION

State of Texas          )
                        ) ss.
County of Brazos        )

Subscribed and sworn to before me on this _13th_ day of June, 2016.

Notary Public

My Commission Expires: May 17, 2018

_____
(Seal)

SHARON L LOE
My Commission Expires
May 17, 2018

**References:**

The following publications provide support and basis for the opinions cited.

1. Bill, Jr., R. G., "The Response of Smoke Detectors to Smoldering-Started Fires in Hotel Occupancy," Technical Report, Prepared by Factory Mutual Research for Federal Emergency Management Agency, United States Fire Administration, Washington, D.C., November 1988.
2. Bill, Jr., R. G., et al., "An Evaluation of Extended Coverage, Sidewall Sprinklers and Smoke Detectors in a Hotel Occupancy," Technical Report, Prepared by Factory Mutual Research for Federal Emergency Management Agency, United States Fire Administration, Washington, D.C., May 1988.
3. Bukowski, R. W., "Field Investigation of Residential Smoke Detectors," from "Detector Sensitivity and Siting Requirements for Dwellings," Technical Report, National Bureau of Standards, Washington D.C., November 1976.
4. Burry, P., "Optical Smoke Detectors", *Fire Surveyor*, December 1985, pp. 18-22.
5. Burry, P., "The Principles of Fire Detection:  Ionization Chamber Smoke Detectors," *Fire Surveyor,* April 1982, pp. 12-21.
6. Cable, E. A., and Sherman, P. R., "The Ionization of Smoke Detector and Smoke Aging," Final Report, Prepared for Worcester Polytechnic Institute and Boston Fire Department, June 24, 1986.
7. Harpe, S. W., Waterman, T. E., and Christian, W. J., "Detector Sensitivity and Siting Requirements for Dwellings Phase 2," Final Report, Prepared by Underwriters Laboratory Inc. and IIT Research Institute for the U. S. National Bureau of Standards, Washington D.C., July 1976.
8. Hayden, T. C., et al., "Residential Smoke Alarm Report," *The International Fire Chief*, September 1980, pp. 63-67.
9. Holland, K. L., "Ionization Detectors - How Effective Are They?" *Fire*, May 1978, pp. 12–13.
10. Johnson, P. F., and Brown, S. K., "Smoke Detection of Smoldering Fires in a Typical Melourne Dwelling," *Fire Technology*, Vol. 22, No. 4, November 1986, p. 295.
11. Reiss, M. H., "Operation San Francisco from the Smoke Detection and Alarm Point of View," *The International Fire Chief,* May 1984, pp. 22-24.
12. Solomon, E. E., and Reiss, M. H., "The Requirements and Design for Combined Ionization/Photoelectronic Smoke Detectors," *Fire Journal,* September 1979, pp. 45-55.
13. Wagner, J. P., May, M., and Fookson, A., "Comparative Performance of Ionization vs. Photoelectric Fire Detectors—Pyrolytic Degradation Products," J. *Fire and Flammability,* Vol. 6, pp. 511-533, October 1975.
14. Consumers Union, "Smoke Detectors: Essential for Safety," *Consumer Reports,* May 1994, pp. 336-339.
15. Meland, O., Sintef, L. E. L., "Detection of Smoke: Full-Scale Tests with Flaming and Smouldering Fires," NBL-Norwegian Fire Research Laboratory N-7034 Tionheim, Norway, Proceedings of the Third International Symposium, Elsevieer Science Publishers Ltd., 1991 July 8-12.

16. Kennedy, R. H., et al., "A Study of the Operation and Effectiveness of Fire Detectors Installed in the Bedrooms in Corridors of Residential Institutions," Final Report, Building Research Establishment.

17. Meacham, B. J., and Motevalli, V., "Characterization of Smoke from Smoldering Combustion for the Evaluation of Light Scattering Type Smoke Detector Response," *Journal of Fire Protection Engineering,* Vol. 4, No. 1, pp. 17-28, 1992.

18. Putorti, Jr., A. D., et al, "Santa Ana Fire Department Experiment at 1315 South Bristol, July 14, 1994," *Fire Technology,* First Quarter 1995, pp. 63-76.

19. Babrauskas, V., Ignition Handbook, Fire Science Publishers, 2003.

20. Russell, B. Don, Test Data from the Smoke Detector Test Facility, Texas Engineering Experiment Station.

21. Bukowski, R. W., Performance of Home Smoke Alarms, National Institute of Standards and Technology, December 2003 with supplemental corrections.

22. Babrauskas, V., Fleming, J., Russell, B.D., "RSET/ASET, A Flawed Concept for Fire Safety Assessment," *Fire and Materials*, Vol. 34, April 2010, pp.341-355.

23. Geiman, Justin A., and Gottuk, Daniel T., "Alarm Thresholds for Smoke Detector Modeling," Fire Safety Science–Proceedings of the Seventh International Symposium, pp. 197-208, 202 WPI.

**BIOGRAPHICAL DATA**
**February 16, 2016**

**B. Don Russell**

Regents Professor
Distinguished Professor
Harry E. Bovay, Jr. Endowed Chair

Department of Electrical and Computer Engineering
Texas A&M University

**PROFESSIONAL INTERESTS:**

Electric Power Engineering; Power System Protection, Control, and Computer Automation;
Energy Systems; Fire Detection Technology; Forensic Engineering; Engineering Economics;
Engineering Ethics, Professionalism, and Public Policy

**EDUCATION:**

> Ph.D., Electrical Engineering, University of Oklahoma, 1975
> M.E., Electrical Engineering, Texas A&M University, 1971
> B.S., Electrical Engineering, Texas A&M University, 1970
> Post Graduate Studies, Theology and History, Abilene Christian University

**EXPERIENCE:**

**Administrative**

- Associate Vice Chancellor for Engineering Research, Texas A&M University System, 1996-2002
- Deputy Director, Texas Engineering Experiment Station, Texas A&M University System, 1996-2002
- Associate Dean for Research, College of Engineering, Texas A&M University, 1996-2002
- Associate Vice Chancellor for Academic Programs, Texas A&M University System, 1994-1996
- Executive Associate Dean, College of Engineering, 1994-1996
- Assistant Agency Director, Texas Engineering Experiment Station, 1994-1996
- Assistant Department Head, Electrical Engineering, 1986-1992
- Associate Director, Institute for Ventures in New Technology (INVENT), 1982-1985
- Director, Electric Power Institute, 1980-1981

**Educational and Research**

- Distinguished Professor, Texas A&M University, 2009-present
- Regents Professor, Texas A&M University System, 2000-present
- Harry E. Bovay, Jr. Endowed Chair for History and Ethics of Professional Engineering 2008 - present

- J. W. Runyon, Jr. '35 Professorship I, 2002- 2008
- Professor, Electrical and Computer Engineering, Texas A&M University, 1988-present
- Director, Power System Automation Laboratory, 1981-present
- Associate Professor, 1979-1988
- Member, Graduate Faculty, Texas A&M University, 1977-present
- Principal Investigator, Electric Power and Power Electronics Institute, 1976-present
- Assistant Professor, 1976-1979
- Visiting Instructor, Electrical Engineering, University of Oklahoma, 1973-1975
- Instructor of Physics and Member of Graduate Faculty, Abilene Christian University, 1971-1973
- Graduate Teaching Assistant, Texas A&M University, 1970

**Industrial**

- President, Power Solutions, Inc., 1988-present
- President and Chief Consultant, Micon Engineering Inc., 1978-1990
- Consultant and Principal, Entek Associates, 1979-1980
- Power Systems Research Manager, Electric Power Research Institute, 1975
- Power Systems Engineer, Oklahoma Gas and Electric Company, 1974 (Summer internship)
- Assistant Government Contracts Property Administrator and Manufacturing Engineering Assistant, Texas Instruments, Inc., Dallas, Texas (Co-op Internship 1967-1970)
- Industrial Consultant/Contractor, 1974-present; Clients include:

American Electric Power (AEP)
Boeing Aircraft
Consolidated Edison
Dow Chemical Company
Electric Power Research Institute
Entergy
Frontier Enterprises
General Electric Company
Hughes Research Laboratories
Korea Electric Power Company
Los Angelos Department of Water and Power
Maytag Corporation
Oklahoma Gas & Electric

Oncor
Pirelli Corporation
Public Utility Commission of Texas
Rockwell International
Schlumberger/Sangamo
Southern California Edison
Southern Company
Texas Energy and Natural Resources Advisory Council
TXU Electric Delivery
3M Corporation
United Technologies
Westinghouse Electric
Numerous law firms as forensic engineer

**Research Funding and Management (Partial Listing)**

"Prevention of Power Line Caused Wildfires", State of Texas, 2013-2016, $3,000,000 with Carl Benner

"Integration and Demonstration of Distribution Fault Anticipation (DFA) Technology at Southern Company," Electric Power Research Institute, 2011-2012, $180,000, with Carl Benner.

"Investigation of DFA Technology on Transmission Lines at Southern Company Services," Southern Company Services, Inc., 2010-2011, $138,100, with Carl Benner.

"Ongoing Monitoring, Interaction, and Event Investigation – DFA Arizona Public Service," 2009-2014, $296,000, with Carl Benner.

"DFA Technology Demonstration for Reliability and Smart-Grid Integration at CenterPoint Energy," CenterPoint Energy Houston Electric, 2009-2012, $357,200, with Carl Benner.

"DFA Technology Demonstration at Arizona Public Service," Electric Power Research Institute, 2009-2011, $216,000, with Carl Benner.

"DFA Technology Demonstration at Tennessee Valley Authority," Electric Power Research Institute, 2009-2010, $80,000, with Carl Benner.

"DFA Technology Demonstration at Alabama Power Co.," Electric Power Research Institute, 2009-2010, $50,000, with Carl Benner.

"Low-Voltage Fault Detection Research Services, Task Order No. 2:  Network Instrumentation and Data Collection," Consolidated Edison Company of New York, 2008-2013, $1,350,000, with Carl Benner.

"Comparative Characterization of Parallel Distribution Sensors under Field Conditions," Power Systems Engineering Research Center (PSERC), 2007-2010, $150,000, with Carl Benner and Ward Jewell.

"Low-Voltage Fault Detection Research Services, Task Order No.1:  Initial Problem Study and Definition," Consolidated Edison Company of New York, Inc., 2006-2007, $27,000, with Carl Benner.

"Distribution Fault Anticipation, Phase III: System Integration," Electric Power Research Institute, 2006-2008, $720,000, with Carl Benner.

"Development and Demonstration of Advanced Monitoring Systems for Fault Location, Analysis, and Prediction," U.S. Department of Energy, 2005-2007, $100,000, with EPRI Solutions, Inc. and Carl Benner and $450,000 with Power Solutions, Inc.

"Preliminary Examination of Technology for PowerMedia Communications," PowerMedia Communications, 2005-2006, $8,000, with Carl Benner.

"Reliability Based Vegetation Management through Intelligent System Monitoring," Power Systems Engineering Research Center (PSERC), in collaboration with EXELON Corporation, 2004-2007, $109,075, with Carl Benner, Jim McCalley, and Ward Jewell.

"Increased Electricity Supply through Real-Time Power System Monitoring and Control," Texas Higher Education Coordinating Board, 2002-2004, $141,000, with Carl Benner.

"Online Detection of Underground Distribution Cable Failure," Electric Power Research Institute (Tailored Collaboration with TXU Delivery Services), $97,008, 2002-2004, with Karen Butler-Purry.

"Distribution Fault Anticipator Phase II: Prototype Development and Monitoring," Electric Power Research Institute, 2001-2005, $2,397,000, with Karen Butler-Purry and Carl Benner.

"Acquisition of Test Equipment to Advance Research and Education in Distributed Energy Systems (DES)," funded by National Science Foundation, $150,000, 2001-2005, with C. Singh, et al.

"Data Collection of Underground Distribution Cable Failure," TXU, $40,000, 2001-2002, with Karen Butler-Purry.

"On-Line Detection of Underground Distribution Cable Failure," TXU (Formerly Texas Utilities), $47,357, 2000-2001, with Karen Butler-Purry.

"New Techniques for Maintaining Reliability in the Restructured Electric Utility Industry," funded by Texas Higher Education Coordinating Board, $156,200, 2000-2001, with Karen Butler-Purry.

"Characterization of Underground Cable Failures," Texas Utilities Services, $43,000, 1998-1999, with Karen Butler-Purry.

"Ongoing Tech Transfer Support of High Impedance Fault Detection Technology," General Electric Company, 1997-2007, $66,886, with Carl Benner.

"Distribution Fault Anticipator/Locator Phase I: Proof of Concept," funded by Electric Power Research Institute, 1997-2001, $1,308,411, with Karen Butler and Carl Benner.

"Detection of Arcing Faults-Algorithm Development," funded by General Electric Company, 1997-1998, $57,418.

"Detection and Location of Incipient Faults," funded by TU Services, Inc., 1996-1998, $52,378, with Karen Butler.

"Power Distribution Feeder Failure Prediction," funded by Keyin Systems (South Korea), 1995-1997, $81,000, with Carl Benner.

"Acquisition of Advanced Instrumentation and Test Equipment for Research, Education and Training in Electric Power Quality," National Science Foundation, 1995-1997, $251,743, with Prasad Enjeti, et al.

"Detection Techniques for 480 Volt Network Faults", Electric Power Research Institute, 1993, Phase I, $50,000, with Carl Benner and Michael Aucoin.

"Detection Techniques for 480 Volt Network Faults," Electric Power Research Institute, 1993, Phase II, $125,000, with Carl Benner and Michael Aucoin.

"An Expert Decision Maker for Feeder Protection," General Electric Co., 1993-1994, $50,000.

"Field Evaluation of High Impedance Fault Detection Technology," Electric Power Research Institute, 1991-1993, $136,000.

"Development of Detection Techniques for High Impedance Fault Detection," Electric Power Research Institute, 1990-1992, $285,000.

"Intelligent Power Distribution Protection System Development," David Taylor Research Center, U.S. Navy, 1990-1995, $325,000.

"Knowledge Based System for Improved Adaptive Relaying and Diagnostics on Distribution Feeders," Electric Power Research Institute, co-funded by Houston Lighting and Power, 1990-1992, $100,000.

"An Instrumentation and Data Analysis System for Monitoring Industrial and Commercial Energy Use," funded by the Texas Energy Research in Applications Program, 1989-1993, $259,260.

"Development of High Impedance Fault Test Facility," grants from Texas Utilities and Houston Lighting and Power, 1989, $73,000.

"Methods for High Impedance Fault Detection," Electric Power Research Institute, 1988-1989, $235,989.

"Characterization and Detection of Electrical Faults," sponsored by National Science Foundation, FY 1988, $91,611; FY 1989, $95,535.

"Protection of Spaceborne Power Systems," sponsored by NASA-JSC, 1987-1988, $68,000.

"Advanced Power System Protection and Incipient Fault Detection," sponsored by NASA-JSC, 1986-1987, $60,000.

"Development of Knowledge Based Expert Systems for the Protection of Electric Distribution Feeders," Center for Energy and Mineral Resources, 1986-1987.

"Assessment of the Effects of Electrical Power Disruption upon Operations of Selected Industry Sectors in the USA," Department of Defense-Central Intelligence Agency, 1983-1984 with D. Bragg (classified).

"Evaluation of Electromagnetic Interference and Grounding Problems with Traffic Control Automation Equipment," Texas Highway Department, 1982-1984, with W. Cunninghan.

"Distribution Feeder Protection Research Utilizing Microcomputer," funded by Houston Lighting and Power Co., 1982-1983, $29,880.

"Evaluation of Highway Luminaire Failures Due to Electrical Transients Caused by Wind Induced Vibrations," funded by Texas Department of Highways and Texas Transportation Institute, 1981-1983, with E. Red.

"Electromagnetic Field Measurements during 500 kV Fault Tests," funded by Northern States Power and Electric Power Research Institute, 1980-1982, $36,770.

"Test Data Acquisition Support Services," funded by Electric Power Research Institute, 1980-1982, $114,000.

"Distribution Substation Electromagnetic Environment Evaluation," funded by General Electric Company, 1980-1982, $18,000.

"Microprocessor-Based Distribution Feeder Protection Research," funded by Public Service Company of New Mexico, 1980-1982, $18,000.

"Transient Recorder Utilizing Computer Control (TRUCC)," funded by Electric Power Research Institute, 1979-1983, $199,300.

"Microcomputer Overcurrent Relay Development," funded by DOW Chemical, 1978-1982, $30,000.

"Detection of High Impedance Faults on Distribution Circuits," funded by Electric Power Research Institute, 1978-1982, $252,177.

"Evaluation of the Electrical Environment in High Voltage Substations," funded by Electric Power Research Institute, 1978-1983, $300,950.

"Energy Management in the Food Industry," funded by Center for Energy and Mineral Resources, 1977-1981, $34,080.

**Grants and Fellowships**

- General Electric Company - Research Support Grant, 1993-1994, $100,000
- TAMU International Coordination Research Grant, 1987
- 3M Corporation - Research Grants, 1985, 1986, 1987, 1988, 1989, $25,000 each
- Oklahoma University Research Fellowship, 1975
- Schmitt Scholar, National Engineering Consortium, 1974
- National Defense Fellowship, Texas A&M University, 1971

- Munson Foundation Scholarship, Texas A&M University, 1966-1970

## PROFESSIONAL LICENSES:

- Registered Professional Engineer, Texas #43696, 1978-present
- Registered Professional Engineer, Alabama #28421-E
- Certified Energy Auditor, Texas

## PROFESSIONAL SOCIETY MEMBERSHIPS:

- National Academy of Inventors (NAI), Fellow, 2015
- National Academy of Forensic Engineers (NAFE), Fellow, 2007
- National Academy of Engineering (NAE), Member, 1999
- The Academy of Medicine, Engineering and Science of Texas (TAMEST) Charter Member, 2004
- Institute of Electrical and Electronics Engineers (IEEE), Fellow, 1991
- IEEE Power Engineering Society (IEEE PES), Member
- American Society for Engineering Education (ASEE), Member, 1994-2009
- National Society of Professional Engineers (NSPE), Fellow, 2004
- The Institution of Engineering and Technology (IET), Fellow, 2005
- Texas Society of Professional Engineers (TSPE), 1977-present
- International Council on Large Electric Systems (CIGRÉ)
- American Academy of Forensic Sciences (AAFS)
- American College of Forensic Examiners International (ACFEI), Fellow and Diplomate of the American Board of Forensic Examiners
- American College of Forensic Examiners International (ACFEI), Diplomate of the American Board of Engineering and Technology, 2000
- National Fire Protection Association (NFPA), Member, 2004-present
  - Building Fire Safety Systems Section, Member, 2005-present
  - Electrical Section, Member, 2005-present
  - Fire Science & Technology Educators Section, Member, 2005-present
  - Research Section, Member, 2005-present

## HONOR SOCIETY MEMBERSHIPS:

- Phi Kappa Phi Honor Society, 2000
- Sigma Pi Sigma, National Physics Honor Society, 1973
- Tau Beta Pi, National Engineering Honor Society, 1970
- Eta Kappa Nu, Electrical Engineering Honor Society, 1969

## AWARDS, PATENTS, AND LISTINGS:

**Special Awards/Recognition**

- Distinguished Member Award, International Council on Large Electric Systems (CIGRE), 2014
- Patent and Innovation Award, Texas A&M University System, 2014
- Patent and Innovation Award, Texas A&M University System, 2013
- Attwood Award, International Council on Large Electric Systems (CIGRE), 2011
- Meritorious Service Award, IEEE PES, 2006
- Students' Choice Award for Best Electrical Engineering Professor, IEEE Student Branch, Texas A&M University, 2005-2006
- Students' Choice Award for Best Electrical Engineering Professor, IEEE Student Branch, Texas A&M University, 2004-2005
- Regents Professor, Texas A&M University System, 2000
- Millennium Medal, IEEE, 2000
- Distinguished Achievement Award in Research, Association of Former Students, Texas A&M University, 1999
- Herman Halperin Electric Transmission and Distribution Technical Field Award, IEEE, 1997
- R&D 100 Award for the development of the Digital Feeder Monitor, 1996
- Electrotechnology Transfer Award, IEEE USAB, 1996
- Outstanding Professor Award, IEEE Student Branch, Texas A&M University, 1994
- SWEMA Outstanding Instructor Award, Industry Meter School, Texas A&M University, 1993
- Dresser Industries Professorship (for outstanding contributions in teaching, research and service), 1993
- Leadership in Student Research Supervision Service Award, IEEE PES, 1993
- Distinguished Service Award (for distinguished service to the Substations Committee), IEEE PES, 1993
- IEEE PES Executive Board Recognition (for distinguished service to the Society), 1993
- Tech-Brief Award (for sponsored research on adaptive protection for space-borne power systems), NASA, 1992
- Outstanding Technical Report, IEEE PES, January, 1992
- Leadership in Student Research Supervision Service Award, IEEE PEEC, 1992
- Fellow (for the development of high impedance fault detection techniques using digital methods), IEEE, January, 1991
- Distinguished Service Award, Power Engineering Education Committee, IEEE PES, 1991
- Halliburton Professorship (for outstanding achievement in education, research and service), Halliburton Education Foundation, 1989
- Outstanding Working Group Award, PES Substations Committee, IEEE PES, 1988
- Distinguished Lecturer, IEEE, 1987, 1988, 1990, 1991
- Working Group Recognition (for contribution to IEEE/ANSI standards), IEEE PES, 1986
- Working Group Recognition (for contribution to EE graduate curriculum development), IEEE PEEC, 1985
- Leadership in Student Research Supervision Service Award, IEEE PEEC, 1985
- Outstanding Technical Paper, Substations Committee, IEEE PES, 1985

- One of the Ten Outstanding Engineering Achievements in the United States (for Arcing Fault Detection System), National Society of Professional Engineers, 1982
- Outstanding Young Engineer, Brazos Chapter, Texas Society of Professional Engineers, 1978
- Outstanding Patent Submission Award, Electric Power Research Institute, 1975
- Baldwin Teaching Award, University of Oklahoma, 1974
- Bolton Award, Outstanding Electrical Engineering Senior, Texas A&M University, 1970

## Patents

1. "Electrical Power System Event Detection and Anticipation," U.S. Patent No. 8,457,910, issued 6/4/2013

2. "Identification of Power System Events Using Fuzzy Logic," U.S. No. 8,370,285, issued 2/5/2013

3. "Phase Drift Compensation for Sampled Signals" U.S. Patent No. 8,160,195, issued 4/17/2012

4. "Arcing Event Detection," U.S. Patent No. 7,865,321, issued 1/4/2011

5. "Load Analysis System for Fault Detection," U.S. Patent 5,600,526, issued 2/4/1997

6. "Arc Burst Pattern Analysis Fault Detection System," U.S. Patent 5,659,453, issued 8/19/1997

7. "Expert System for Detecting High Impedance Faults," U.S. Patent 5,550,751, issued 8/27/1996

8. "Arc Spectral Analysis System," U.S. Patent No. 5,578,931, issued 11/26/1996

9. "Energy Analysis Fault Detection System," U.S. Patent No. 5,512,832, issued 4/30/1996

10. "Load Extraction Fault Detection System," U.S. Patent No. 5,506,789, issued 4/9/1996

11. "Randomness Fault Detection System," U.S. Patent No. 5,485,093, issued 1/16/1996

12. "High Impedance Fault Detection Apparatus and Method," U.S. Patent No. 4,466,071, issued 8/14/1984

13. "Digital Protection System for Transmission Lines and Associated Power Equipment," U.S. Patent No. 4,161,027 issued 7/10/1979

- Several foreign patents granted based on the above U.S. patents.

*Patents Filed and Under Review*

1. "Prioritization of Power System Related Data," Serial No. 12/031,990

2. "Arcing Event Detection," Serial No. 11/865,611

## PROFESSIONAL AND PUBLIC SERVICE ACTIVITIES:

*National Research Council*

- Member, Committee on Enhancing the Robustness and Resilience of Future Electrical Transmission and Distribution in the United States to Terrorist Attack, 2005-2007
- Liaison to National Academy of Engineering, Section 6.

*The Academy of Medicine, Engineering and Science of Texas (TAMEST)*

- Charter Member
- Member, Membership/Nomination Committee, 2004-2007

*National Academy of Forensic Engineers (NAFE)*

- Fellow, 2007

*The Institution of Electrical Engineers (IEE)*

- Fellow, 2005

*National Society of Professional Engineers (NSPE)*

- Fellow, 2004
- Member, 1976-present

*Texas Society of Professional Engineers (TSPE)*

- Chapter Director, Brazos Chapter, TSPE, 1984-1988
- State Director, TSPE, 1982-1985
- President, Brazos Chapter, TSPE, 1981-1982
- Vice President, Brazos Chapter, TSPE, 1980-1981
- Member, 1976-present

*National Academy of Engineering (NAE)*

- Past-Chair, Committee on Membership, 2015-2016
- Chair, Committee on Membership, 2014-2015

- Vice Chair, Committee on Membership, 2013-2014
- Chair, Electric Power and Energy Systems Engineering Section (elected), 2009-2011
- Vice Chair, Electric Power and Energy Systems Engineering Section (elected), 2007-2008
- Member, Membership Policy Committee, 2005-2008, 2015
- Section 6 Search Committee Chair, 2005
- Liaison, Electric Power/Energy Systems Engineering Section, Section 6, liaison to National Research Council (Non-Nuclear), 2004-2006 (Elected)
- Committee on Membership, 2003-2004, 2014-2016
- Chair, Electric Power/Energy Systems Engineering Peer Committee, Section 6, 2003-2004
- Vice Chair, Electric Power/Energy Systems Engineering Peer Committee, Section 6, 2002-2003
- Member, Electric Power/Energy Systems Engineering Peer Committee, Section 6, 2001-2002
- Liaison, Electric Power/Energy Systems Engineering Section, Section 6, to National Research Council, 1999-2000 (Elected)

*Institute of Electrical and Electronics Engineers, Inc. (IEEE)*

- Member, IEEE Standards Association
- Member, Corporate Recognitions Committee, 2001, 2002
- Member, Overhead Allocation Recovery Committee, 2001
- Division VII Director, Board of Directors, 2000, 2001 (Elected)
- Member, IEEE Assembly, 2000, 2001
- Chair, Infrastructure Finance Committee, 2000-2001
- Member, Technical Activities Board Management Committee, 1999, 2000
- Member, Technical Activities Board, 1998 -2001
- Member, Technical Activities Board Electronic Products Committee, 1998-1999
- Member, Technical Activities Board Products Committee, 1996-1999
- Fellow, 1991
- Member, Technical Activities Board, Awards and Recognition Committee Division VII Representative, 1990-1993
- Member, Awards Planning and Policy Committee, 1990, 1991

*Power and Energy Society (PES)*

- Chair, Meritorious Service Award Selection Committee, 2007-2012
- Vice President, Meetings Department, 2002-2005
- Chair, Executive Director Search Committee, 2001-2002
- President, 1998-1999 (Elected Position)
- Member, Editorial Board, 1996-2001
- Vice President, 1995-1996 (Elected Position)
- Secretary, 1994-1995 (Elected Position)

- Chair, Constitution and Bylaws Committee, 1994-1995
- Member, Plenary Session Planning Committee, 1994-1995
- Member, Governing Board, 1989-2005
- Chairman, Awards and Recognition Department, 1989-1993
- Member, Technical Council, 1989-1993
- Member, Electric Network Control System Standards W. G., 1989-1992
- Chairman, Substations Committee Awards Subcommittee, 1986-1993
- Member, Data Acquisition, Processing and Controls Subcommittee, Substations Committee, 1986-1993
- Chairman, Power Engineering Education Committee, Honors and Awards Committee, 1982-1993
- Member, Power Engineering Education Committee, Graduate Curriculum Task Force, 1981-1984
- Vice Chairman, Digital Protection System Design Group, 1981-1983
- Member, Power Engineering Education Committee, 1980-present
- Vice Chairman, Application of New Technologies Working Group, 1980-1992
- Member, Bibliography Subcommittee, Power System Relay Committee, 1980-1988
- Member, Relay Electrical Environment Subcommittee, PSRC, 1980-1985
- Member, Substation Committee, 1979-present
- Chairman, Substation Electromagnetic Environment Group, Substation Committee, 1979-1988
- Member, Relay Input Sources Subcommittee, 1979-1985
- Member, Automatic and Supervisory Systems Subcommittee, Substation Committee, 1978-1986
- Member, Relaying Committee, 1978-1985
- Chairman, Digital Input Sources and Processing Working Group, Power System Relaying Committee, 1977-1981
- Member and Chair of additional ad hoc committees and working groups of PES

## *International Council on Large Electric Systems (CIGRÉ)*

- Managing VP and Secretary, USNC Secretariat, 2009-present
- Member, USNC Awards & Recognition Committee, 2006-present
- Member, Administrative Council, Paris, France, 2005-2006 (Elected Position)
- Vice President, United States National Committee, 2002-present
- Chair, United States National Committee Technical Committee, 2002-2009

## *Special Activities*

- Member, UL 217/UL 268 Task Group on Smoke Detection Technologies Underwriters Laboratories, 2007-2014 (corresponding member)

*Conference Leadership*

- Chairman, TAMU Conference for Protective Relay Engineers, College Station, TX, 1988-present (Annual)
- Member, Planning Committee, US CIGRE Grid of the Future Symposium, 2012, 2013, 2014, 2015
- Member, Steering Committee, PowerTech 2011, Trondheim, Norway
- Member, International Steering Committee, PowerTech 2009, Bucharest, Romania
- Member, International Steering Committee, PowerTech 2007, Lausanne, Switzerland July 2007
- Chairman, Joint PES/CIGRE Technical Symposium, 2005
- International Steering Committee, IEEE PES PowerTech '2005, St. Petersburg, Russia, June 27-30, 2005
- International Advisor, IEEE PES International Conference on Power System Technology (POWERCON 2004), Singapore, November 21-24, 2004
- Moderator, University Panel Session: Research and Education Issues in the Power Programs, First Texas Electric Energy Forum-TxEEF: Partnership for Electricity Research, Texas A&M University, College Station, TX, November 19-20, 2004
- Member, Founding Committee, PES Power System Conference and Exposition, 2003
- International Advisor, IEEE International Power Engineering Conference, Singapore, 1999, 2001, 2003
- International Advisor, IEEE International Conference on Advances in Power System Control, Operation and Management, Singapore, 1997
- Chairman, IEEE 1st International Conference on Digital Power Systems Simulators, College Station, TX, 1995
- Chairman, Fault Disturbance and Analysis Conference, TAMU, 1991-1994 (Annual)
- Chairman, Southwest Electrical Exposition Conference, Houston, TX, 1984
- IEEE Control of Power Systems Conference
  - General Chairman, 1979
  - Technical Program Chairman, 1977
  - Member, Program Committee, 1975-1980

*Other*

- President, Texas Society of Energy Auditors, 1979-1981

*College/University/System Committees*

- Interim Facilitator/Director, Sponsored Research Services, September 2015-present
- Co-Chair, National Academy of Engineering Regional Meeting, 2015
- Chair, Distinguished Professor Executive Committee, 2013-present
- Chair, College 25/25 Department Growth Committee, 2013-present
- Chair, College Faculty Growth Hiring Committee, 2013-2015
- Member, Advisory Board, Texas A&M Institute for Advanced Study, 2011-2014

- Member, Search Committee, Department Head, Electrical and Computer Engineering, 2012-2013
- Chair, Search Committee, Texas A&M University Vice President for Research, 2012-2014
- Member, Search Advisory Committee for the Position of Vice Chancellor and Dean of Engineering and Director of the Texas Engineering Experiment Station, 2011
- Vice Chair, Distinguished Professor Executive Committee, 2010-2012
- Chair, COE DP Review Committee, 2009-present
- Member, Task Force on the Management of Conflicts of Interest in Research, 2009-present
- Member, Distinguished Professor Executive Committee, 2009-present
- Member, Wind Energy Initiative Committee, 2008-2010
- Chair, National Academy of Engineering Regional Meeting, TAMU Organizing Committee, 2008
- Member, Brown Foundation – Earl Rudder Memorial Outstanding Student Award Committee, 2008
- Member, Chancellor's Academic Scholars Enhancement Fund Panel, 2007 - present
- Member, System Intellectual Property Working Group, 2007-2009
- Member, College Conflict of Interest Review Committee, 2006 - present
- Member, College of Engineering Committee on Ethics Instruction, 2006-present
- Chair, CPI AdHoc Committee for Promotion of the Faculty to the Academies, 2006-present
- Member, College of Engineering International Programs Committee, 2004-2007
- Member, University Council of Principal Investigators, 2004-2008
- Chair, College Faculty External Recognition Committee, 2004-present
- Member, University Distinguished Lecture Committee, 2003-2005
- Member, University Committee on Emeritus Status, 2003-present
- Chair, TEES Research Division Committee, 1997-2002
- Member, University Research Council, 1996-2002
- Chair, Nuclear Reactor Safety Board, 1996-2002
- Member, TAMUS Technology Licensing Oversight Committee, 1994-2002
- Member, VISION 2020 - Engineering Education Convocation Planning Committee, 1991
- Member, Engineering Education Program Review Committee (EEPRC), 1990-1993
- Member, Doctor of Engineering - External Relations Program Committee, 1989-1990
- Chairman, Classified and Proprietary Research Subcommittee, Faculty Senate, 1987-1989
- Charter Member, Deputy Speaker, Faculty Senate, 1987-1988
- Member, Faculty Senate Executive Committee, 1986-1989
- Chairman, Research Committee, Faculty Senate, 1985-1989
- Chairman, Engineering Caucus - Faculty Senate, 1985-1987
- Member, Engineering Technology Department Head Search Committee, 1985-1986
- Senator, Faculty Senate, Charter Member, 1983-1989
- Chairman, Engineering Faculty Affairs Council, 1983-1984
- Member, University Long Range Planning Committee, 1983-1984

- Member, University Academic Affairs Committee, 1983-1984
- Member, Dean of Engineering Search Committee, 1983-1984
- Member, TAMU Academic Council, 1982-1984
- TEES Representative, TAMU System Patent Committee, 1981-1987
- Member, Engineering Faculty Affairs Council, 1981-1984
- Member, TEES Research Conference Committee, 1981-1983

*Department Committees*

- Chair, Faculty Advisor Committee, 2012-2014
- Counselor, IEEE Student Branch Chapter, 2004-2007
- Member, Electrical Engineering Professorship Committee, 2004, 2007
- Chairman, Electrical Engineering Curriculum Committee, 1990-1991
- Chairman, Electrical Engineering Tenure and Promotion Committee, 1989-1991
- Co-Chairman, Electrical Engineering/Computer Science Joint Committee on Computer Engineering, 1989-1990
- Chairman, Electrical Engineering Computing Resources Committee, 1986-1990
- Chairman, Electrical Engineering Strategic Plan Committee, 1986
- Chairman, Electrical Engineering Accreditation Committee, 1985-1986

*Journal and Editorial Activities*

- Editor in-Chief-Emeritus, Electric Power Systems Research, 2010-present
- Editor-in-Chief, Electric Power Systems Research Journal, 1994-2009
- Associate Editor, Electric Power Systems Research Journal, 1976-1994
- Reviewer, IEEE Transactions on Power Delivery
- Reviewer, IEEE Transactions on Power Systems
- Program Reviewer, several technical conferences
- Reviewer, several book publishers
- Peer Reviewer, National Science Foundation

*Public and Community Service*
(previous or current service)
- Co-Chair, OPAS Gala, 2013
- Member, Compass Bank, Advisory Board
- Member, Camp of the Hills (underprivileged children's camp), Board of Directors
- Member, Opera and Performing Arts Society (OPAS), Board of Directors
- Deacon, A&M Church of Christ

*Short Courses and Tutorials*

"Ethics in Engineering Practice," Seminar for professional engineers, Texas A&M University, College Station, TX, 2005, 2007, 2008, 2009

"Blackout 101," Seminar for legislators and legislative aids, Washington, DC, February 6, 2004, with Dr. Bruce Wollenberg, University of Minnesota, Mr. John McDonald, KEMA, Inc., Dr. Pete Sauer, University of Illinois at Urbana-Champaign.

"High Impedance Fault Detection - Technical Evolution and State of the Art," Invited Tutorial, PG&E, 1992.

*Detection of Downed Conductors on Utility Distribution Systems*, (contributing author and presenter), *IEEE Tutorial Course*, Text No. 90EH0310-30PWR, Course organizer: B. D. Russell, presented at the IEEE/PES Summer Power Meeting, Minneapolis, Minnesota, July 1990, awarded the *1992 PES Working Group Recognition Award*

"Distribution Substation Automation Technology - State of the Art Review," Invited IEEE Tutorial, Eighth National Workshop on Electric Energy Distribution, Salvador Bahia, Brazil, September, 1984.

"Research Requirements for Implementation of the TAMU Arcing Fault Detector," Invited Tutorial, Mexico City Division of Mexican National Utility, Mexico City, Mexico, May, 1983.

"Retail Energy Management Seminar:  Specification of Energy Management Control Systems," Invited Tutorials, Houston Lighting and Power, 1982, 1983, 1984.

"Principles and Applications of Energy Management Control Systems," Tutorial, Southwest Electrical Exposition and Conferences, 1982, 1984.

"Basics of Engineering Economics," Invited Tutorial, Brazos Electric Power Cooperative, 1982.

"Basic Meter Theory," Meterman Training School, TAMU Electric Power Institute, Annually 1980 - 1997.

"Computer Relaying," IEEE Tutorial, 1979, 1980.

"Industrial Energy Auditing," Short Course, 1977, 1978, 1979.

"Economic Evaluation of Energy Management Alternatives," TAMU Short Course, 1978.

"Economic Evaluation of Engineering Alternatives," Invited Short Course, Dallas Power and Light, 1976, 1977.

"Digital Systems Design with Industrial Applications," Short Course, University of Oklahoma, 1975.

"Symmetrical Components and Fault Current Calculations," Short Course, Oklahoma Gas and Electric Company, 1974.

*Speeches, Lectures, and Technical Presentations*

"Causes of Wildfire Ignition by Powerlines – Good Science and Bad Science," Invited Presentation, Wildland Fire Litigation Conference, Monterey, California, May 2015.

"IEEE in Review," Invited Keynote Address, IEEE Porto Power Tech' Conference, Porto, Portugal, September 10-13, 2001.

"Residential Smoke Detector Performance - Questions that Need Answers," Tutorial and Technical Presentation, Texas Fire Officer Conference and Exhibition, Kerrville, TX, April 3-6, 2001.

"Risk Management – Successful Decisions in an Environment of Uncertainty," Invited Keynote Address, 6th International Conference on Probabilistic Methods Applied to Power Systems, Funchal, Madeira, Portugal, September 2000.

"The IEEE and International Collaboration in Electric Power Engineering," Keynote Address, IEEE Budapest Power Tech' 99 Conference, Budapest, August 1999.

"Distribution Fault Anticipation/Location," Invited Presentation, EPRI Distribution Business Area Council Meeting, Pasadena, CA, February 1999.

"High Impedance Fault Detection DFM Relay - Update on Technology," Invited Lecture, 1998 IEEE/PES Winter Power Meeting, Tampa, FL, February 1998.

"Downed Electric Conductors, Their Characteristics, and the Potential for Public Danger," Invited Lecture, Southwest Electric Claims Exchange, Irving, TX, June 1996.

"Recent Field Experience with High Impedance Fault Detection," Invited Panelist, IEEE/PES Summer Power Meeting, Portland, OR, July 1995.

"Applications of High Impedance Fault Detectors," Invited Panelist, IEEE/PES Summer Power Meeting, Portland, OR, July 1995.

"Distribution Transformer Connections - Their Effect on Protective Relaying," Forty-Seventh Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, March 1994.

"Trends in Integration of Control, Protection and Data Acquisition in Substations," Panel Organizer and Chairman, PES Summer Meeting, San Diego, CA, July 1991.

"Digital Methods for Fault Detection - State of the Art," Invited Lectures, Third IEEE Chilean Power System Symposium, Valporaiso, Chile, 1990.

"Electric Power Engineering Education - Enhancement through Industry/University Cooperation," Session Organizer and Speaker, Plenary Session, Power Engineering Society Summer Meeting, Minneapolis, MN, July 1990.

"Automation of Electric Distribution Feeders Using Advanced Technologies," Invited Lectures, Electropaulo International Seminar on Electric Power Distribution, Sao Paulo, Brazil, February 1987.

"Power System Automation Research in the United States," Invited Presentation, Seoul National University, Korea, October 1986.

"Integration of Load Management and Distribution Automation," Invited Panelist, IEEE/PES Transmission and Distribution Conference, Anaheim, CA, September 1986.

"Application of Microprocessors in Feeder Control," Panel Chairman, IEEE/PES Summer Power Meeting, Mexico City, presentation and panel discussion, July 1986.

"The Role of Research as a Linkage between Universities and Industry," Invited Lecture, IEEE/PES Summer Power Meeting, Mexico City, 1986.

"Substation Automation-Combining the Monitoring and Control Function," Invited Lecture, 1985 Fault and Disturbance Analysis Conference, Sangamo, Division of Schlumberger Corporation, October 1985.

"Microprocessors in Power System Automation and Control," Invited Lecture, Sao Paulo Electric, Sao Paulo, Brazil, August 1985.

"Computer Control of Power Distribution for Offshore Production Platforms," Invited Presentation, Petrobras Corporation, Rio de Janeiro, August 1985.

"Integrated Control and Protection of Distribution Feeders," Invited Panelist, PES/IEEE Summer Power Meeting, Vancouver, B. C., July 1985.

"Microcomputer Technology in Distribution System Protection," Invited Lecture, Pirello Corporation, Sao Paulo, Brazil, September 1984.

"Arcing Fault Protection on Multi-Grounded Distribution Systems," Invited Presentation, Companhia Energetica de Sao Paulo, Brazil, September 1984.

"Design Criteria for Computer Relay Protection of Power Distribution Systems," Invited Presentation, Electric Power Research Institute of Mexico and CFE, Cuernavaca, Mexico, May 1983.

"Energy Management Systems in New Designs," Invited Lecture, 11th Architect and Engineers Conference, Dallas, TX, April 1983.

"Economic Aspects of Distribution Automation," Invited Panelist, IEEE/PES Summer Power Meeting, San Francisco, CA, July 1982.

"Microcomputer Applications in the Protection of Utility Distribution Feeders, " Invited Presentation, Tokyo Electric Co., Hitachi, and Toshiba Corp., Tokyo, Japan, May 1982.

"Power Substation Automation Research at Texas A&M University," Invited Presentation, Kansai Electric and Mitsubishi Electric, Japan, 1982.

"Facilities Monitoring and Process Control Utilizing Microcomputers," Invited Presentation and Panelist, Industrial Energy Conservation Technology Conference & Exhibition, Houston, TX, April 1982.

"Distribution High Impedance Fault Detection," IEEE Transmission and Distribution Conference, 1981.

"Using Advanced Technology in the Solution of Power System Problems," Invited Lecture, PEEC, Power Engineering Society, 1981.

"Application of Arcing Fault Detectors to Distribution Feeder Protection," Invited Tutorial, IEEE Power Systems Relaying Committee, Cincinnati, OH, May 1981.

"Developments in Systems for Transmission and Distribution Substation Control and Protection," Invited Panelist and Presentation, IEEE/ PES Summer Meeting, Minneapolis, MN, July 1980.

"Energy Management in the Food Service Industry," Invited Address, Texas Restaurant Association Annual Convention, June 1979.

"Microprocessors and the Power Industry," Invited Presentation, Power Engineering Society Relaying Committee, 1977.

"Field Experiences with Substation Automation," Invited Panelist, IEEE/PES Summer Power Meeting, 1977.


**PUBLICATIONS:**

**Books**

1. Detection of Downed Conductors on Utility Distribution Systems, IEEE PES Tutorial Course, Course Text No. 90EH0310-3-PWR, IEEE Press, 1989.

2. Computer Relaying, IEEE Tutorial Text, Publication No. 79EH0148-7-PWR, IEEE Press, 1979, with M.S. Sachdev, et al.

3. Power System Control and Protection, Academic Press, Inc., New York, NY, 1978, edited with M.E. Council

**Refereed Papers**

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Application of Waveform Analytics for Improved Situational Awareness of Electric Distribution Feeders," Smart Grid, IEEE Transactions on, vol. 6, pp. 2041-2049, 2015.

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Online Assessment of Capacitor Banks Using Circuit Health Monitoring Technology", Proceedings of CIGRE USNC Grid of the Future Symposium, Houston, TX, October 19-21, 2014.

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Wildfire Mitigation Through Advanced Monitoring:  State of Texas Demonstration Project", Proceedings of CIGRE USNC Grid of the Future Symposium, Houston, TX, October 19-21, 2014.

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Automated Power System Waveform Analytics for Improved Visibility, Situational Awareness, and Operational Efficiency." CIGRE USNC Grid of the Future Symposium, October 2013.

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Reducing Wildfire Risk through the Use of Advanced Electrical Waveform Monitoring Analytics." CIGRE USNC Grid of the Future Symposium, October 2013.

Benner, C.L., Russell, B.D. "Intelligent Systems for Improved Reliability and Failure Diagnosis in Distribution Systems," *IEEE Transactions on Smart Grid*, Vol. 1, No. 1, June 2010, pp. 48-56.

Russell, B.D., "Educating the Workforce for the Modem Electric Power System; University-Industry Collaboration," National Academy of Engineering of the National Academies, *The Bridge,* Spring 2010, pp. 35-41.

Babrauskas, V., Fleming, J.M., Russell, B.D. "RSET/ASET, a Flawed Concept for Fire Safety Assessment," Journal of Fire Sciences, *Fire Mater*, 14 April 2010, pp. 341-355.

Russell, B.D., Benner, C.L., Cheney, R.M., Wallis, C.F., Anthony, T.L., Muston, W.E., "Reliability Improvement of Distribution Feeders through Real-Time, Intelligent Monitoring," Proceedings of the IEEE Power and Energy Society General Meeting, Calgary, Alberta, Canada, July 27, 2009.

Benner, C.L., Russell, B.D. "Automated Fault Analysis Using an Intelligent Monitoring System," Proceedings of 62nd Annual Conference for Protective Relay Engineers, College Station, Texas, March 30 – April 2, 2009.

Wischkaemper, J.A., Benner, C.L., Russell, B.D. "Electrical Characterization of Vegetation Contacts with Distribution Conductors – Investigation of Progressive Fault Behavior," Proceedings of the PES T&D Conference and Expo, Chicago Illinois, April 2008.

Richards, C.S., Benner, C.L., Butler-Purry, K.L., Russell B.D., "Electrical Behavior of Contaminated Distribution Insulators Exposed to Natural Wetting," IEEE Transactions on Power Delivery, Vol. 18, No. 2, April 2003, pp. 551-558.

Butler, K.L., Russell, B.D., Benner, C., Andoh, K., "Characterization of Electrical Incipient Fault Signature Resulting from Tree Contact with Electrical Distribution Feeders," Proceedings of the IEEE Power Engineering Society Summer Meeting, Vol. 1, July 18-22, 1999, pp. 408-413.

Butler, K., Khan, S., Russell, B.D., "Analysis of Incipient Behavior of Multiple Distribution Insulators," Proceedings of the IEEE Transmission and Distribution Conference, Vol. 2, April 11-16, 1999, pp. 675-680.

Benner, C.L., Russell, B.D., "Practical High-Impedance Fault Detection on Distribution Feeders," IEEE Transactions on Industry Applications, Vol. 33, No. 3, May/June 1997, pp. 635-640.

Short, S.X., Tantaswadi, P., de Carvalho, R.T., Russell, B.D., Blake, J., "An Experimental Study of Acoustic Vibration Effects in Optical Fiber Current Sensors," IEEE Transactions on Power Delivery, Vol. 11, No. 4, October 1996, pp. 1702-1706.

Mamishev, A.V., Nevels, R.D., Russell, B.D., "Effects of Conductor Sag on Spatial Distribution of Power Line Magnetic Field," IEEE Transactions on Power Delivery, Vol. 11, No. 3, July 1996, pp. 1571-1576.

Mamishev, A.V., Short, S.X., Ta-Wei Kao, Russell, B.D., "Nonintrusive Sensing Techniques for the Discrimination of Energized Electric Cables," IEEE Transactions on Instrumentation and Measurement, Vol. 45, No. 2, April 1996, pp. 457-461.

Short, S.X., Mamishev, A.V., Kao, T.W., Russell, B.D., "Evaluation of Methods for Discrimination of Energized Underground Power Cables," Electric Power Systems Research, Vol. 37, No. 1, April 1996, pp. 29-38.

Mamishev, A.V., Russell, B.D., Benner, C.L., "Analysis of High Impedance Faults Using Fractal Techniques," IEEE Transactions on Power Systems, Vol. 11, No. 1, February 1996, pp. 435-440.

Kim, C.J., Russell, B.D., "Analysis of Distribution Disturbances and Arcing Faults Using Crest Factor," Electric Power Systems Research, Vol. 35, No. 2, November 1995, pp. 141-148.

Mamishev, A.V., Russell, B.D., "Measurement of Magnetic Fields in the Direct Proximity of Power Line Conductors," IEEE Transactions on Power Delivery, Vol. 10, No. 3, July 1995, pp. 1211-1216.

Russell, B.D., Benner, C.L., "Arcing Fault Detection for Distribution Feeders:  Security Assessment in Long Term Field Trials," IEEE Transactions on Power Delivery, Vol. 10, No. 2, April 1995, pp. 676-683.

Russell, B.D., Benner, C.L., "Performance of High-Impedance Fault Detection Algorithms in Long-Term Field Trials, "Electric Power Systems Research, Vol. 31, No. 2, November 1994, pp. 71-77.

Kim, C.J., Russell, B.D., "High-Impedance Fault Detection System Using an Adaptive Element Model," Generation, Transmission and Distribution, Vol. 140, No. 2, March 1993, pp. 153-159.

Li, S., Russell, B.D., "Optimal Arcing Fault Detection Using Signal Processing Techniques," Electric Power Systems Research, Vol. 21, No. 2, June 1991, pp. 121-128.

Kezunovic, M., Watson, K., Russell, B.D., Heller, P., Aucoin, M., "Expert System Applications to Protection, Substation Control and Related Monitoring of Feeders," Electric Power Systems Research, Vol. 21, No. 1, April 1991, pp. 71-86.

Kim, C.J., Russell, B.D., "A Learning Method for Use in Intelligent Computer Relays for High Impedance Faults," IEEE Transactions on Power Delivery, Vol. 6, No. 1, January 1991, pp. 109-115.

Russell, B.D., "Computer Relaying and Expert Systems:  New Tools for Detecting High Impedance Faults," Electric Power Systems Research, Vol. 20, No. 1, December 1990, pp. 31-37.

Kim, C.J., Russell, B.D., Watson, K., "A Parameter-Based Process for Selecting High Impedance Fault Detection Techniques using Decision Making Under Incomplete Knowledge," IEEE Transactions on Power Delivery, Vol. 5, No. 3, July 1990, pp. 1314-1320.

Benner, C. , Carswell, P., Russell, B.D., "Improved Algorithm for Detecting Arcing Faults Using Random Fault Behavior," Electric Power Systems Research, Vol. 17, No. 1, July 1989, pp. 49-56.

Mehta, K., Russell, B.D., "Data Compression for Digital Data from Power Systems: Requirements and Technique Evaluation," IEEE Transactions on Power Delivery, Vol. 4, No. 3, July 1989, pp. 1683-1688.

Ingleson, J.W. Russell, B.D., et al., "Bibliography of Relay Literature, 1986 - 1987," IEEE Transactions on Power Delivery, Vol. 4, No. 3, July 1989, pp. 1649-1658.

Kim, C.J., Russell, B.D., "Classification of Faults and Switching Events by Inductive Reasoning and Expert System Methodology," IEEE Transactions on Power Delivery, Vol. 4, No. 3, July 1989, pp. 1631-1637.

Russell, B.D., Watson, K. "A Digital Protection System Incorporating Real Time Expert Systems Methodology," Proceedings, CIGRE, Bournemouth, England, June, 1989.

Russell, B.D., Doern, T.L., Martin, A., "Applications of Microcomputer-Based Systems in Power Substations," IEEE Transactions on Power Delivery, Vol. 4, No. 1, January 1989, pp. 201-207.

Russell, B.D., Chinchali, R.P, "A Digital Signal Processing Algorithm for Detecting Arcing Faults on Power Distribution Feeders," IEEE Transactions on Power Delivery, Vol. 4, No. 1, January 1989, pp. 132-140.

Russell, B.D., Mehta, K., Chinchali, R.P., "An Arcing Fault Detection Technique using Low Frequency Current Components-Performance Evaluation using Recorded Field Data," IEEE Transactions on Power Delivery, Vol. 3, No. 4, October 1988, pp. 1493-1500.

Russell, B.D., Chinchali, R.P., Kim, C.J. "Behaviour of Low Frequency Spectra During Arcing Faults and Switching Events," IEEE Transactions on Power Delivery, Vol. 3, No. 4, October 1988, pp. 1485-1492.

Kezunovic, M., Russell, B.D., "Microprocessor Applications to Substation Control and Protection," IEEE Computer Applications in Power, Vol. 1, No. 4, October 1988, pp. 16-20.

Kim, C.J., and Russell, B.D., "Harmonic Behavior during Arcing Faults on Power Distribution Feeders," Electric Power Systems Research, Vol. 14, No. 3, June 1988, pp. 219-225.

Russell, B.D., Watson, K., "Power Substation Automation Using a Knowledge Based System - Justification and Preliminary Field Experiments," IEEE Transactions on Power Delivery, Vol. PWRD-2, No. 4, October 1987, pp. 1090-1097.

Russell, B.D., Narendorf, M., Aucoin, M., "Microcomputer Based Feeder Protection and Monitoring System - Utility Experience," IEEE Transactions on Power Delivery, Vol. PWRD-2, No. 8, October 1987, pp. 1046-1052.

Aucoin, M., Russell, B.D., "Detection of Distribution High Impedance Faults Using Burst Noise Signals near 60Hz," IEEE Transactions on Power Delivery, 86T&D 546-6, Vol. 2, No. 2, April 1987, pp. 342-348.

Aucoin, M., Zeigler, J., Russell, B.D., "Feeder Protection and Monitoring System, Part I: Design, Implementation and Testing," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-104, No. 4, April 1985, pp. 873-880.

Aucoin, M., Zeigler, J., Russell, B.D., "Feeder Protection and Monitoring System, Part II: Staged Fault Test Demonstration," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-104, No. 6, June 1985, pp. 1456-1462.

Ingleson, J., Russell, B.D., et al., "Bibliography of Relay Literature, 1982-1983," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-104, No. 5, May 1985, pp. 1189-1197. (PSRC Committee Report)

Walker, L., Russell, B.D., et al., "Criteria for the Evaluation of Digital Impedance Methods of Transmission Line Protection," IEEE Transactions on Power Apparatus and Systems, WM105-3, 1984.

Russell, B.D., Harvey, S., Nilsson, S. "Substation Electromagnetic Interference - Characterization & Description of the Transient EMI Problem," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-103, No. 7, July 1984, pp. 1863-1870.

Russell, B.D., Kotheimer B. Malewsiki, R., "Substation Electromagnetic Interference - Susceptibility Testing and EMI Simulation High Voltage Laboratories," IEEE Transactions on Power Apparatus and Systems, PAS-103, No. 7, July 1984, pp. 1871-1878.

Stephens, J., Russell, B.D., et al., "Bibliography of Relay Literature, 1980-1981," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-102, No. 4, April 1983, pp. 1014-1022. (PSRC Committee Report)

Russell, B.D., Herrick, D., "Electromagnetic Transients in High Voltage Power Substations," Proceedings of the 1982 IEEE International Symposium on Electromagnetic Compatibility, (IEEE/EMC), Santa Clara, CA, September, 1982.

Lau, K.P., Russell, B.D., et al., "SCADA's State-of-the-Art and Future U.S. Trends in Substation Control," Proceedings, 1982 CIGRE (International Conference on Large High Voltage Electric Systems), Paris, France.

Aucoin, B.M., Russell, B.D., "Distribution High Impedance Fault Detection Utilizing High Frequency Current Components," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-101, No. 6, June 1982, pp. 1596-1604.

Russell, B.D., "New Developments in Systems for Transmission and Distribution Substation Control and Protection," Electric Power Systems Research, Vol. 5, No. 1, March 1982, pp. 21-34.

Russell, B.D., "High Impedance Faults Can Now Be Detected," Transmission and Distribution, Vol. 34, No. 2, February 1982, pp. 32-34, 60.

Stephens, J.E., Russell, B.D., et al., "Bibliography of Relay Literature, 1978 1979," IEEE Transactions on Power Apparatus and Systems, Vol. PAS-100, No. 5, May 1981. (IEEE/PSRC Committee Report)

Russell, B.D., "Distribution Automation Using Microcomputer Technology," Electric Power Systems Research, Vol. 1, No. 2, April 1978, pp. 131-137.

## Conference, Professional Publications and Presentations

Benner, C. L., Wischkaemper, J. A., Manivannan, K., Russell, B. D., "On-line Monitoring of Substation Waveform Data for Improved Asset Management and Circuit Operations." 2015 CIGRE Canada Conference, Winnipeg, Canada, September 2015.

Russell, B.D., "Causes of Wildfire Ignition by Powerlines", 2015 Wildland Fire Litigation Conference, Monterey, California, May 2015.

Russell, B. D., "Detection of Incipient Faults Using Waveform Analytics", Proceedings PES General Meeting, July 2014, Washington DC, presentation and panel session organizer.

Wischkaemper, J. A., Benner, C. L., Russell, B. D., and Manivannan, K., "Application of Advanced Electrical Waveform Monitoring and Analytics for Reduction of Wildfire Risk." IEEE Innovative Smart Grid Technologies Conference, Washington DC, February 2014.

Russell, B.D., Benner, C.L., Wischkaemper, J.A., "Distribution Feeder Caused Wildfires: Mechanisms and Prevention," Proceedings of 65th Annual Conference for Protective Relay Engineers, College Station, Texas, April 2 -5, 2012.

Russell, B. D., Benner, C. L., "A New Monitoring Architecture for Distribution Feeder Health Monitoring, Asset Management, and Real-Time Situational Awareness," Proceedings of the 2012 PES Innovative Smart Grid Technologies Conference, Washington, DC, January 16-18, 2012.

Benner C.L., Russell B.D., "Beyond Mid-Grid:  Predicting Failures Before They Occur and Responding Intelligently When They Do," presented at EPRI PQ and Smart Distribution 2010 Conference and Exhibition, Quebec City, Canada, June 14-17, 2010.

Russell, B.D., "Wind Power – Grand Challenges and Opportunities Roundtable," Texas/European Union Wind Energy Symposium, October 27, 2009, (invited speaker).

Russell, B.D., Benner, C.L., Cheney, R.M., Wallis, C.F., Anthony, T.L., Muston, W.E., "Reliability Improvement of Distribution Feeders through Real-Time, Intelligent Monitoring," Proceedings of the IEEE Power and Energy Society General Meeting, Calgary, Alberta, Canada, July 26-30, 2009.

Russell, B.D., Benner, C.L., "Fault Anticipation and Feeder Diagnostics: Road to Reliability," Proceedings of 62nd Annual Conference for Protective Relay Engineers, College Station, Texas, March 30 – April 2, 2009.

Russell, B. D., Benner, C. L., Cheney, R. M., Wallis, C. F., Anthony, T. L., Muston, W. E., "Reliability Improvement of Distribution Feeders through Real-Time, Intelligent Monitoring," IEEE Power & Energy Society 2009 General Meeting, Calgary, Alberta, Canada, July 27, 2009

Benner, C. L., Russell, B. D., "Smart Diagnostics Prevents Conductor Burn-Down," presented at 62nd Annual Protective Relay Conference, College Station, Texas March 30-April 2, 2009

Benner, C. L., Russell, B. D., "Automated Fault Analysis Using an Intelligent Monitoring System," presented at 62nd Annual Protective Relay Conference, College Station, Texas March 30-April 2, 2009.

Babrauskas, V., Fleming, J.M., Russell, B.D., "RSET/ASET, a Flawed Concept for Fire Safety Assessment," Fire & Materials Conference, San Francisco, California, January 26-28, 2009.

Bowers, J. S., Sundaram, A., Benner, C.,L., Don Russell, B. D., "Outage Avoidance through Intelligent Detection of Incipient Equipment Failures on Distribution Feeders," Proceedings of 2008 PES General Meeting, Pittsburgh Pennsylvania, July 20-24, 2008.

Benner, C.L., Russell, B. D., Sundaram, A., "Feeder Interruptions Caused by Recurring Faults on Distribution Feeders: Faults You Don't Know About," Proceedings of 61st Annual Protective Relay Conference, College Station, Texas April 1-3, 2008.

Benner, C.L., Russell, B.D., "Distribution Feeder Reliability Enhancement through Real-Time Diagnostics and Monitoring," Proceedings of Distributech Conference and Exhibition, San Diego, CA, February 4-6, 2007.

Benner, C.L., Russell, B.D., "Distribution Fault Anticipation an Update," Proceedings of the EPRI Power Quality Applications (PQA) 2006 and Advanced Distribution Automation (ADA) Joint Conference, Atlanta, GA, July 24-26, 2006.

Depew, A.C., Parsick, J.M., Dempsey, R.W., Benner, C.L., Russell, B.D., Adamiak, M.G., "Field Experience with High-Impedance Fault Detection Relays," Proceedings of the 2006 IEEE Transmission and Distribution Conference and Exposition, Dallas, TX, May 21-24, 2006.

Depew, A.C., Parsick, J.M., Dempsey, R.W., Benner, C.L., Russell, B.D., Adamiak, M.G., " Field Experience with High-Impedance Fault Detection Relays," Proceedings of the 60th Annual Georgia Tech Protective Relaying Conference, Georgia Institute of Technology, Atlanta, GA, May 3-5, 2006.

Benner, C.L., Russell, B.D., "Incipient Fault Detection Through On-line Monitoring," Proceedings of the 9th Annual Fault and Disturbance Analysis Conference, Georgia Institute of Technology, Atlanta, GA, May 1-2, 2006.

Depew, A.C., Parsick, J.M., Dempsey, R.W., Benner, C.L., Russell, B.D., Adamiak, M.G., " Field Experience with High-Impedance Fault Detection Relays," Proceedings of the 59th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, April 4-6, 2006.

Depew, A.C., Parsick, J.M., Dempsey, R.W., Benner, C.L., Russell, B.D., Adamiak, M.G., "Field Experience with High-Impedance Fault Detection Relays," Proceedings of the 41st Annual Minnesota Power Systems Conference (MIPSYCON), St. Paul, MN, November 1-3, 2005.

Benner, C.L., Russell, B.D., "Automated Shipboard Diagnostics and Health Evaluation for Power Equipment and Systems: Advanced Techniques Developed for Terrestrial Power Systems," Proceedings of the First IEEE Electric Ship Technologies Symposium ESTS 2005, Philadelphia, PA, July 25-27, 2005, pp. 407-412.

Benner, C.L., Russell, B.D., "Investigation of Incipient Conditions Leading to the Failure of Distribution System Apparatus," Proceedings of the IEEE PES Power Systems Conference and Exposition, New York, NY, October 10-13, 2004, Vol. 2, pp. 703-708.

Li, J., Butler-Purry, K.L., Benner, C.L., Russell, B.D., Langari, R., "Selecting a Fuzzy Aggregation Operator for the Multi-Criteria Fault Location Problem," Proceedings of the IEEE PES Power Systems Conference and Exposition, New York, NY, October 10-13, 2004, Vol. 2, pp. 1134-1140.

Benner, C.L., Russell, B.D., "Distribution Fault Anticipation," Proceedings of the EPRI Power Quality Applications 2004 Conference and Exposition, Long Island, NY, May 17-19, 2004, pp. 365-370.

Benner, C.L., Russell, B.D., "Distribution Incipient Faults and Abnormal Events:  Case Studies from Recorded Field Data," Proceedings of the 57th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, March 30-April 1, 2004.

Benner, C.L., Russell, B.D., "Variation in Performance of Residential Smoke Detectors – Safety Concerns Due to Unpredictable Behavior," Proceedings of the 56th Annual American Academy of Forensic Sciences Meeting, Dallas, TX, February 16-21, 2004.

Li, J., Butler-Purry, K.L., Benner, C., Russell, B.D., "Modeling of a Radial Distribution Feeder with TCC-based Protective Devices," Proceedings of the 35th Annual North American Power Symposium (NAPS 2003), Rolla, MO, October 20-21, 2003.

Richards, C., Benner, C., Butler, K., Russell, B.D., "Leakage Current Characteristics Caused by Contaminated Distribution Insulators," Proceedings of the 31st Annual North American Power Symposium, San Luis Obispo, CA, October 11-12, 1999.

Russell, B.D., "Response Characteristics of Residential Smoke Detectors under Varying Full-Scale Fire Scenarios," presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

Benner, C.L., Russell, B.D., "Characteristic Behavior of Downed Electrical Lines Including Evaluation of Various Electrocution Scenarios," presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL, February 15-20, 1999.

Benner, C.L., Russell, B.D., "Arcing Fault Detection - An Update on the Technology," Proceedings, IEEE PES Winter Power Meeting, Tampa, FL, February 2-5, 1998.

Tengdin, J.T., Baker, E.E., Burke, J.J., Russell, B.D., Jones, R.H., Wiedman, T.E., Johnson, N.J., "Application of High Impedance Fault Detectors: A Summary of the Panel Session Held at the 1995 IEEE PES Summer Meeting," Proceedings of the 1996 IEEE Transmission and Distribution Conference, Los Angeles, CA, September 15-20, 1996, pp. 116-122.

Aucoin, B.M., Russell, B.D., "Challenges in Technology Development and Commercialization: A Case Study of Fallen Power Line Detection," Proceedings of the International Conference on Engineering and Technology Management, Vancouver, BC, Canada, August 18-20, 1996, pp. 47-51.

Benner, C.L., Russell, B.D., "Practical High Impedance Fault Detection for Distribution Feeders," Papers, 39th Annual Rural Electric Power Conference, Fort Worth, TX, April 28-30, 1996, pp. B2-1.

Brzhezitsky, V.A., Il'enko, O.S., Mamishev, A.V., Russell, B.D., Sokolovsky, S.A., "Calculation of the Critical Distance between Power Line Conductors and Objects on the Ground," presented at the 7th International Conference on Transmission and Distribution Construction, Operation, and Live-Line Maintenance, Columbus, OH, October 29-November 3, 1995.

Khan, S., K.L. Butler, Russell, B.D., "A Predictive Maintenance Approach for Power Distribution Systems," Proceedings of the 27th Annual North American Power Symposium, Bozeman, MT, October 2-3, 1995.

Kim, C.J., Russell, B.D., "Identification of Distribution Disturbances by Crest Factor Analysis," submitted to the International Conference on Electrical Engineering, Taejon, Korea, July 19-21, 1995.

Mamishev, A.V., Nevels, R.D., Russell, B.D., "Effects of Conductor Sag on Spatial Distribution of Power Line Magnetic Field," presented at the IEEE PES Summer Power Meeting, Portland, OR, July 1995.

Mamishev, A.V., Russell, B.D., Benner, C.L., "Analysis of High Impedance Faults Using Fractal Techniques," Proceedings of the Power Industry Computer Application Conference, Salt Lake City, UT, May 7-12, 1995, pp. 401-406.

Mamishev, A.V., Short, S.X., Kao, T.W., Russell, B.D., "Non-Intrusive Sensing Techniques for the Discrimination of Energized Electric Cables," Proceedings of the Instrumentation and Measurement Technology Conference, Waltham, MA, April 24-26, 1995, pp. 446-449.

Mamishev, A.V., Russell, B.D., "Measurement of Magnetic Fields in the Direct Proximity of Power Line Conductors," Presentation, IEEE PES Winter Power Meeting, New York, NY, January 1995.

Mamishev, A.V., Nevels, R.D., Russell, B.D., "Effects of the Sag of Power Line Conductors on Ambient Magnetic Fields," Presentation, IEEE PES Winter Power Meeting, New York, NY, January 1995.

Brzhezitsky, V.A., Il'enko, O.S., Mamishev, A.V., Russell, B.D., Sokolovsky, S.A., "Partial Empirical Model of the Multifactor Aging of High Voltage Insulation," Proceedings of the Conference on Electrical Insulation and Dielectric Phenomena," Arlington, TX, October 23-26, 1994, pp. 367-372.

Mamishev, A.V., Russell, B.D., "Influence of Catenary Shape of Power Line Conductors on Ambient Magnetic Fields," Proceedings of the 29th Universities Power Engineering Conference, Vol. 1, Galway, Ireland, September 1994, pp. 177-180.

Williams, S.E., Russell, B.D., "An Integrated Approach to Power System Control and Protection for Space Platforms," Proceedings of the 29th Intersociety Energy Conversion Engineering Conference, Monterey, CA, August 7-12, 1994.

Nevels, R.D., Mamishev, A.V., Russell, B.D., "Power Line Magnetic Field Including the Catenary Effect and Electric Field Including Absorbing Boundary Conditions," Proceedings of the IEEE AP/S International Symposium and URSI Radio Science Meeting, Seattle, WA , June 1994.

Tyska, W.Z., Patterson, R.A., Russell, B.D., Aucoin, B.M., "A Microprocessor Based Digital Feeder Monitor with High Impedance Fault Detection," Proceedings of the Georgia Tech Protective Relay Conference, Atlanta, GA, May 1994.

Benner, C.L., Russell, B.D., Aucoin, B.M., "Case Histories of Distribution Feeder Faults: Field Experience with General Electric's Digital Feeder Monitor," Proceedings of the 47th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, March 21-23, 1994.

Tyska, W. Z., Patterson, R. A., Russell, B. D., Aucoin, B. M., "A Microprocessor Based Digital Feeder Monitor with High Impedance Fault Detection," Proceedings of the 47th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, March 21-23, 1994.

Kim, C.J., Russell, B. Don, "Entropy Minimization Analysis for Fuzzy Set Generation," Proceedings of the 1994 International Fuzzy Systems and Intelligent Control Conference, Louisville, KY, March, 14-16, 1994.

Kim, C J., Russell, B.D., "Automatic Generation of Membership Function and Fuzzy Rule using Inductive Reasoning," Proceedings of the 3rd International Conference on Industrial Fuzzy Control and Intelligent Systems, Houston, TX, December 1-3, 1993, pp. 93-96.

Aucoin, B.M., Russell, B.D., "A Microprocessor-Based Digital Feeder Monitor with High-Impedance Fault Detection," Proceedings of the EPRI Substation Equipment Diagnostics Conference, New Orleans, LA, November 3-5, 1993.

Tyska, W.Z., Patterson, R.A., Russell, B.D., Aucoin, B. M., "A Microprocessor-Based Digital Feeder Monitor with High-Impedance Fault Detection," Proceedings of the Western Protective Relay Conference, Spokane, WA, October 19 - 21, 1993.

Kim, C.J., Russell, B.D., "Application of a Fuzzy Expert Model for Power System Protection: Proposal for Synergetic Detection of Low Current Faults," Proceedings of the 5th International Fuzzy Systems Association (IFSA) World Congress, Seoul, Korea, July 4-9, 1993, pp. 1074-1077.

Russell, B.D., Aucoin, B.M., "Field Experience with High Impedance Fault Detection," Proceedings of the High Impedance Faults on Distribution Feeders Seminar, IEEE Vancouver Section, May 14, 1993.

Williams, S.W., Russell, B.D., "Ships Service Electric Power Enhanced Survivability via Early Detection of Incipient Cable Faults," Naval Engineers Journal, May 1993, pp. 78-84.

Benner, C.L., Russell, B.D., "Fuse Characteristics under Non-Ideal Fault Current Conditions," Proceedings of the 46th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, April 12-14, 1993.

Kim, C.J., Russell, B.D., "A Structure of Fuzzy Decision-Making System for Power System Protection," Proceedings of the 2nd IEEE International Conference on Fuzzy Systems, FUZZ-IEEE'93, San Francisco, CA, March 28-April 1, 1993, pp. 998-1003.

Russell, B.D., "Advanced Techniques and Tools for Substation Equipment Diagnostics," Proceedings of the EPRI Workshop on Advanced Substation Equipment Diagnostics, Palo Alto, CA, November 9-11, 1992.

Russell, B.D., Aucoin, B.M., Benner, C.L., "High Impedance Fault Detection in Distribution Systems," Proceedings of the Pacific Gas and Electric Technical Conference, Pleasanton, CA, August 20, 1992.

Russell, B.D., "Performance Evaluation of the TAMU High Impedance Fault Detection System," Proceedings of the 45th Annual Conference for Protective Relay Engineers, Texas A&M University, College Station, TX, April 1992.

Aucoin, M., Russell, B.D., "Fallen Conductor Faults: The Challenge to Improve Safety," Public Utilities Fortnightly, Vol. 129, No. 3, February 1992, pp. 38-40.

Watson, K., Russell, B.D., Jagadish, U., "Single-Chip Microcontrollers for Switchgear Control," Proceedings of the Intersociety Energy Conversion Engineering Conference, Boston, MA, August 1991.

Aucoin, M., Russell, B.D., Benner, C.L., "Characteristics of Distribution Faults," Proceedings of the Utility Fault and Disturbance Analysis Conference, Texas A&M University, College Station, TX, April 17-19, 1991.

Russell, B.D., Li, S., Watson, K., "Digital Methods for the Detection of Incipient Fault Conditions in Spaceborne Power Systems," Proceedings of the Intersociety Energy Conversion Engineering Conference, Reno, NV, August 1990.

Li, S., Russell, B.D., et al., "On-Line Fault Detection in Power Systems Using Adaptive DFT," Proceedings of the Conference on Information Sciences and Systems, Princeton, NJ, March 1990.

Aucoin, M., Russell, B.D., Benner, C.L., "High Impedance Fault Detection for Industrial Power Systems," Proceedings of the IEEE Industrial Applications Society Annual Meeting, San Diego, CA, October 1-5, 1989, pp. 1788-1792.

Russell, B.D., Aucoin, B.M. Benner, C., "Computer Relaying Techniques for the Detection of High Impedance Faults Using Signal Processing and Pattern Recognition Methods," Proceeding of the International Conference on Power System Protection, Singapore, September 1989.

Russell, B.D., Aucoin, M. "Detection of Incipient and Low Current Faults in Electrical Distribution Systems," Proceedings of the 24th Intersociety Energy Conversion Engineering Conference, Washington, D.C., August 6-11, 1989, pp. 153-158.

Watson, K., Russell, B.D., McCall, K. "A Digital Protection System Incorporating Knowledge Based Learning," Proceedings of the 24th Intersociety Energy Conversion Engineering Conference, Washington, D.C., August 6-11, 1989, pp. 239-244.

Benner, C.L., Carswell, P.W., Russell, B.D., "Improved Algorithm for Detecting Arcing Faults Using Random Fault Behavior," Proceedings of the Southern Electric Industry Application Symposium, New Orleans, LA, November 1988.

Russell, B.D., Watson, K., "Knowledge-Based Expert System for Improved Power System Protection and Diagnostics," Proceedings of the 1st Symposium on Expert Systems Applications to Power Systems, Stockholm, Sweden, August 1988.

Watson, K., Russell, B.D., Hackler, I., "Expert System Structures for Fault Detection Spaceborne Power Systems," Proceedings of the 23rd Intersociety Energy Conversion Engineering Conference, Denver, CO, July 31-August 4, 1988.

Kim, C.J. and Russell, B.D., "Analysis of High Impedance Fault Detection Parameters for Digital Relays," Proceedings of the Computer Relaying Conference, National Science Foundation and Virginia Tech, October 6, 1987.

Russell, B.D., Hackler, I., "Incipient Fault Detection and Power System Protection for Spaceborne Systems," Proceedings of the 22nd Intersociety Energy Conversion Engineering Conference, Philadelphia, PA, August 1987.

Russell, B.D., "Detection of High Impedance Faults on Distribution Feeders," Proceedings of the APPA Engineering and Operations Workshop, Invited Paper, March 1985.

Russell, B.D., Heller, P., Perry, P., "Demand Control Utilizing Energy Management Systems - Report of Field Tests," Proceedings of the Symposium on Efficient Utilization of Energy in Residential and Commercial Buildings, Texas A&M University, College Station, TX, August 1984.

Russell, B.D., "High Impedance, Arcing Faults: Staged Fault Experience," Proceedings of the 1982 Power Distribution Conference, Austin, TX, October 1982.

Russell, B.D., "Characteristics of Low Current Faults on Distribution Feeders," Proceedings of the Southwest Electrical Exposition and Conference, Houston, TX, April 1982.

Russell, B.D., Perry, L. Heller, R., "Design of a Computerized Energy Management System for Marine Applications," Proceeding of the Industrial Energy Conservation Technology Conference and Exhibition, Houston, TX, April 1982.

Russell, B.D., Willis, G., Colburn, B., "Industrial Energy Audit Training for Engineers," Proceedings of the Industrial Energy Conservation Technology Conference and Exhibition, Houston, TX, April 1982.

Russell, B.D., "Turning On To Saving Energy," Chuckwagon, Texas Restaurant Association, October 1981, pp. 21-23.

Russell, B.D., "Power Systems Automation Laboratory: Investigation of Electromagnetic Effects on Substation Automation Equipment," Proceedings of the Texas Engineering Experiment Station Engineering Research Conference, Texas A&M University, College Station, TX, September 1981.

Russell, B.D., Aucoin, M., "Development of a Low-Current Relay for High Impedance Faults on Distribution Feeders," Proceedings of the 34th Annual Conference Protective Relay Engineers, Texas A&M University, College Station, TX, April 1981.

Russell, B.D., "Energy Conservation through the Use of a Microcomputer-Based Fuel Management System," 27th International Instrumentation Symposium, ISA, Indianapolis, IN, Invited Paper, April 1981.

Russell, B.D., "Energy - To Control or Not to Control - A Study in Commercial EMS Equipment," Chuckwagon, Texas Restaurant Association, Austin, TX, 1981.

Russell, B.D., Gerloff G., "Characteristics of the Electrical Environment in Transmission Substations," Workshop on Digital Techniques for Control and Protection of Transmission Class Substations, Electric Power Research Institute, Palo Alto, CA, Invited Paper, August 1980.

Russell, B.D., Goers, W.C., Heller, R.P., "Microprocessor Based Data Acquisition System for Use in Energy Audits," Proceedings of the 1979 Industrial Energy Conservation Technology Conference, Houston, TX, April 1979.

Russell, B.D., et al., "Test Techniques for SCADA and Automation Systems," Proceedings of the 1979 IEEE Power Engineering Society Summer Meeting, edited for PES Substations Committee.

Russell, B. D., et al., "Communication Alternatives for Distribution Metering and Load Management," 1979 IEEE Power Engineering Society Winter Meeting, edited for Application of New Technologies in Substation Control Working Group.

Russell, B.D., Heller, R., "Microprocessor Algorithm for Overcurrent Protection of Distribution Systems," Proceedings of the 1978 Control of Power Systems Conference, Oklahoma City, OK.

Russell, B.D., Aucoin, M., "Algorithm for the Detection of Noise Frequencies Generated by High Impedance Faults," Proceedings of the 1978 Control of Power Systems Conference, Oklahoma City, OK.

Russell, B.D., et al., "Recent Field Experiences with the Automation of Substation Control," Proceedings of the 1978 IEEE PES Winter Meeting.

Russell, B.D., "Microprocessor Applications and Distribution System Automation," Proceedings of the 1977 Power Distribution Conference, University of Texas, Austin, TX, October 1977.

Russell, B.D., "A Microcomputer Based Substation Control System," Proceedings of the Control of Power Systems Conference, Oklahoma City, OK, March 1976.

Russell, B.D., "Present and Future Applications of Microcomputers in Power System Control," Proceedings of the 1976 IEEE Microcomputer Conference, Oklahoma City, OK.

Russell, B.D., "Microprocessor Applications of Interest to Substation and Protection Engineers," 1976 IEEE Summer Power Meeting, Mexico City, Mexico, A 77 746-1.

Russell, B.D., "Use of Reliability Constraints in the Design of a Microcomputer Based Transmission Substation Control System," Proceedings of the Midwest Power Symposium, 1975.

Russell, B.D., "Application of Microcomputers to the Protection and Control of Power Systems Substations," Proceedings of the IEEE Conference on Decision and Control and 14th Symposium on Adaptive Processes, Houston, TX, December 1975.

Russell, B.D., "Electronics Science Education for Non-Science Majors," Proceedings of the Texas Academy of Science, Science Education Section, March 1974.

## Significant Technical Reports

Best Practices in Vegetation Management for Enhancing Electric Service in Texas, Public Utility Commission of Texas, project 38257, September 2011.

Arcing Fault Detection and Intelligent Monitoring and Diagnostics on ConEd's Low-Voltage Networks, Phase I report, TEES, December 2008.

"Distribution Fault Anticipation, Phase III: System Integration and Library Enhancement," Final Report, Electric Power Research Institute (EPRI), Palo Alto, CA, EPRI Publication #1016036, July 2009.

"Distribution Fault Anticipation, Phase III: System Integration and Library Enhancement," Interim Report, Electric Power Research Institute (EPRI), Palo Alto, CA, EPRI Publication #1013824, December 2007.

"Reliability Based Vegetation Management Through Intelligent System Monitoring," Final Project Report, Power Systems Engineering Research Center (PSERC), August 2007.

"Distribution Fault Anticipation, Phase III: System Integration," Technical Update, Electric Power Research Institute (EPRI), Palo Alto, CA, EPRI Publication #1012435, December 2006.

"Distribution Fault Anticipator, Phase II: Field Data Collection and Algorithm Development," Final Report, Electric Power Research Institute (EPRI), Palo Alto, CA, EPRI Publication #1010662, November 2005.

"Distribution Fault Anticipator, Phase I:  Proof of Concept," Final Report, Electric Power Research Institute (EPRI), Palo Alto, CA, EPRI Publication #1001879, December 2001.

"A Critical Assessment and Comparison of Three Proposed Designs for C-130 Critical Load Bus Transfer," Final Report, Chrysler Technologies, with P. Enjeti, April 1993.

"An Instrumentation & Data Analysis System for Monitoring Industrial and Commercial Energy Use," Final Report, Energy Research in Applications Program, March 1993.

"Methods of High Impedance Fault Detection - Comparative Evaluation and Recommendations," Electric Power Research Institute (EPRI), Palo Alto, CA, 1990.

"Evaluation of Algorithms for Arcing Fault Detection," Final Report, Electric Power Research Institute (EPRI), Palo Alto, CA, December 1989.

"The Effects of Vibration on High Pressure Sodium Lamps in Roadway Luminares," Final Report, Texas State Department of Highways and Public Transportation, with W.E. Red, April 1984.

"Evaluation of the EPRI Real-Time Digital Data Acquisition System for Determining Load Characteristics," Final Report, Project 849-6, Electric Power Research Institute (EPRI), Palo Alto, CA, March 1983.

"Measurement and Characterization of Substation Electromagnetic Transients," Final Report, Project 1359-2, Electric Power Research Institute (EPRI), Palo Alto, CA, March 1983.

"Detection of Arcing Faults on Distribution Feeders," Final Report, Project 1285-3, Electric Power Research Institute (EPRI), Palo Alto, CA, December 1982.

"Evaluation of Arcing Noise Propagation from 12.5 kV High Impedance Faults:  Results of Staged Fault Tests," Electric Power Research Institute (EPRI), Palo Alto, CA, with M. Aucoin and T. Talley, 1980.

"Design Criteria and Functional Specifications of an Electromagnetic Transient Capture System for Use in High Voltage Substations," Electric Power Research Institute (EPRI), Palo Alto, CA, with G. Gerloff, 1979.

"Analysis of the National Energy Plan:  The Effects on Electric Utilities," Center for Energy and Mineral Resources, with C.W. Brice, et al., October 1977.

"Techniques of Ion Implanting as Applied to the Production of Infrared Sensing Devices," Institute of Solid State Electronics, Texas A&M University, 1971 (Master's Project).

"The Influence of Ion Implantation on Both Thermally Induced Dislocations and Strain Generated Surface Patterns in Silicon," Institute for Solid State Electronics, Texas A&M University, with J.S. Linder and T.H. Bhar, 1971.

"Electrical and Physical Measurements of Boron Ion-Implanted Layers in Silicon," Institute for Solid State Electronics, Texas A&M University, with J.S. Linder and R. Heller, 1971.