IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of Dequan Singleton, Syndi Singleton, and Haylee Singleton, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of Emily Beavers, Deceased | PLAINTIFFS |
| v.    Case No.: 4:15-CV-205-KGB | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC., *et al.* | DEFENDANTS |
| MARILYN LOUISE BEAVERS, Individually and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |
| v. | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED FUND, INC., *et al.* | DEFENDANTS |

**HOUSING AUTHORITY DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO SUPPLEMENT MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Separate Defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc., Evanston Insurance Company and Phil Nix (collectively, "Housing Authority Defendants") join in and adopt the response filed by Defendant BRK Brands in opposition to Plaintiffs' Motion to

1

Supplement Motion for Leave to Supplement Motion for Extension of Time In Which To Respond to Motions for Summary Judgment.[1]

Additionally, these Defendants respectfully submit that as of July 11, 2016, Plaintiffs will have had six months to respond to the Housing Authority Defendant's summary judgment motion on the merits. This is ample time to pull together their response. These Defendants object to any further delay as contrary to *Toben v. Bridgestone Retail Operations, LLC*, 751 F.3d 888, 895 (8th Cir 2010), the requirements of which Plaintiffs continue to ignore, as well as the letter and spirit of the mandate that the Federal Rules of Civil Procedure be "construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

WHEREFORE, the Housing Authority Defendants respectfully request that Plaintiffs' motion to supplement motion for leave to file supplement to motion for extension of time in which to respond to motions for summary judgment be denied; that Plaintiffs' original motion to supplement be denied; that Plaintiffs' original motion for extension of time in which to respond to motions for summary judgment be denied; that Plaintiffs' motion to extend the expert disclosure deadlines be denied; and for all other just and proper relief to which they may be entitled.

---

[1] BRK's response is docketed as Doc. No. 120; Plaintiffs' motion is docketed as Doc. No. 119.

Respectfully submitted,

Teresa Wineland (#81168)
KUTAK ROCK LLP
124 West Capitol Avenue, Suite 2000
Little Rock, AR  72201-3706
(501) 975-3145
teresa.wineland@kutakrock.com

*Attorneys for Defendant Evanston Insurance Company*

AND

/s/   *EDIE R. ERVIN*
William M. Griffin III (#82069)
Edie R. Ervin (#93198)
FRIDAY ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR  72201-3522
(501) 376-2011
griffin@fridayfirm.com
eervin@fridayfirm.com

*Attorneys for Defendants Arkansas Housing Authorities Property & Casualty Self-Insured Fund, Inc.*

3

**CERTIFICATE OF SERVICE**

      I, Edie R. Ervin, hereby certify that a copy of the foregoing pleading has been filed using the CM/ECF Filing System on this 30th day of June, 2016, and the Clerk of Court shall serve a copy upon the following counsel of record:

| | |
|---|---|
| David Hodges<br>david@hodgeslaw.com | Baxter Drennon<br>bdrennon@wlj.com |
| Dion Wilson<br>edionwilson@gmail.com | Sheila F. Campbell<br>campbl@sbcglobal.net |
| John W. Walker<br>johnwalkeratty@aol.com | John L. Wilkerson<br>jwilkerson@arml.org |
| Shawn G. Childs<br>schilds@gabrielmail.com | Teresa Wineland<br>Teresa.wineland@kutakrock.com |
| Kathryn Pryor<br>kpryor@wlj.com | James H. Heller<br>jimheller@cozen.com |

A true and correct copy of the foregoing pleading has been served upon the following counsel of record via U.S. Mail on this same date:

William M. Hatchett
Hatchett, DeWalt & Hatchett, PLLC
485 Orchard Lake Road
Pontiac, MI  48341
w.hatchett@hatchettlawfirm.com

                    /s/    *EDIE R. ERVIN*
                    Edie R. Ervin (#93198)
                    FRIDAY ELDREDGE & CLARK
                    400 West Capitol, Suite 2000
                    Little Rock, AR  72201-3522