IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FURLANDARE SINGLETON, Individually And as
Administrator of the Estate of Dequan Singleton,
Syndi Singleton, and Haylee Singleton,
Decedents; and CLYDE HATCHETT, Individually,
and as Administrator of the Estate of Emily
Beavers, Deceased**                                                                 PLAINTIFFS

V.                              NO. 4:15-cv-00205-KGB

**ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (specifically,
The Jacksonville Housing Authority, A.K.A.
The Max Howell Place Housing Projects);
EVANTSON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of The Jacksonville
Housing Authority; and JACKSONVILLE FIRE DEPT,
a department of the CITY OF JACKSONVILLE,
ARKANSAS, Jointly and Severally and in their
individual capacities; JOHN DOE(s) 1-50;
and JANE DOE(s) 1-50**                                                              DEFENDANTS

AND

**MARILYN LOUISE BEAVERS, Individually, And as
Administrator of the Estate of MARILYN BEAVERS,
Deceased**                                                                          PLAINTIFFS

V.

**ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE**

**HOUSING AUTHORITY; BRK BRANDS, INC.;
CITY OF JACKSONVILLE; JACKSONVILLE FIRE DEPT;
ENGINEER WAYNE TAYLOR, Individually, and in his
official capacity; CAPTAIN LARRY HAMSHER, individually
and in his official Capacity; ENGINEER CHRIS McDONALD,
Individually, And in his official capacity; FIREFIGHTER TONY
SUTHERLAND, individually and in his official Capacity;
CAPTAIN DEWAN LEWIS, individually, And in his official capacity;
and JOHN DOES 1-5                                                                           DEFENDANTS**

## SEPARATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now the Separate Defendants, Wayne Taylor, Captain Larry Hamsher, Chris McDonald, Tony Sutherland, Captain Dewan Lewis, in their individual and official capacities; the City of Jacksonville, Arkansas ("the City"), and the Jacksonville Fire Department (collectively "City Defendants"), by and through undersigned counsel, and for their Motion for Summary Judgment, state:

1. On April 10, 2015, Plaintiff filed a Complaint and an Amended Complaint alleging deliberate indifference to the constitutional rights of the decedents under the Fifth and Fourteenth Amendments to the United States Constitution. (ECF No. 2 & 27).

2. Plaintiffs' Amended Complaint also alleges violations claiming failure to train pursuant to 42 U.S.C. § 1983. (ECF No. 27).

3. There are no genuine issues of material facts, and City Defendants are entitled to summary judgment as a matter of law.

4. In support of their motion, City Defendants rely upon:

   a. the pleadings of the parties;

   b. the Brief in Support of Separate Defendants' Motion for Summary Judgment; and

2

    c. City Defendants' Statement of Undisputed Material Facts and the following exhibits attached thereto:

        i. Exhibit A:  Audio of 911 Call

        ii. Exhibit B:  Jacksonville Fire Department Incident Report

        iii. Exhibit C:  Deposition of Anthony Southerland

        iv. Exhibit D:  Deposition of Chris McDonald

        v. Exhibit E:  Deposition of Larry Hamsher

        vi. Exhibit F:  House Diagram of Apartment 3A

        vii. Exhibit G:  Deposition of Wayne Taylor

        viii. Exhibit H:  Deposition of Dewan Laws

        ix. Exhibit I:  Expert Report of B. Don. Russell

WHEREFORE, City Defendants pray that this Court grants their motion for summary judgment, dismiss Plaintiff's Complaint with prejudice, and for all other just and proper relief to which it is entitled.

        Respectfully Submitted,

        WAYNE TAYLOR; Individually, and in his official capacity; CAPTAIN LARRY HAMSHER, individually and in his official Capacity; ENGINEER CHRIS McDONALD, Individually And in his official capacity; FIREFIGHTER TONY SUTHERLAND, individually and in his official Capacity; CAPTAIN DEWAN LEWIS, individually, And in his official capacity; JACKSONVILLE FIRE DEPARTMENT (CITY OF JACKSONVILLE) and THE CITY OF JACKSONVILLE, ARKANSAS, Separate Defendants

By:     /s/ John L. Wilkerson
       John L. Wilkerson, Ark. Bar No. 2008046
       Attorney at Law
       Post Office Box 38
       North Little Rock, AR 72115
       TELEPHONE:  (501) 978-6136
       FACSIMILE:  (501) 978-6567
       EMAIL:  jwilkerson@arml.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this _____ day of August, 2016, I have electronically filed the foregoing document with the Clerk of Court, which will send notification to all registered users of the electronic filing system below, and I further certify that I have mailed a true and correct copy of this document to all non-participating counsel of record listed below via U.S. Mail, Postage Prepaid:

John W. Walker, Esq.
Shawn G. Childs, Esq.
John W. Walker, P.A.
1723 S. Broadway
Little Rock, AR 72206

Kathy A. Pryor
Wright Lindsey & Jennings
200 West Capitol Ave., Ste. 2300
Little Rock, AR 72201

William M. Hatchett, Esq.
Hatchett, Dewalt, & Hatchett
485 Orchard Lake Rd.
Pontiac, MI 48341

David Hodges
Attorney at Law
212 Center St., 5th Fl.
Little Rock, AR 72201-2429

William M. Griffin, III
Friday, Eldredge, & Clark, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, AR 72201

E. Dion Wilson
Attorney at Law
423 Rightor Street
Helena, AR 72342

James H. Heller
Cozen O' Conner
1900 Market St.
Philadelphia, PA 72201

Shawn Childs
Attorney at Law
1723 South Broadway
Little Rock, AR 72206

Kathryn A. Pryor
Wright Lindsey & Jennings
200 West Capitol Ave., Ste. 2300
Little Rock, AR 72201

Sheila F. Campbell
Attorney at Law
2510 Percy Machin
North Little Rock, AR 72114

                                                _____
                                                John L. Wilkerson, Ark. Bar No. 2008046