# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, Individually and as Administrator of the Estate of DEQUAN SINGLETON, SYNDI SINGLETON, AND HAYLEE SINGLETON, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the Estate of EMILY BEAVERS, Deceased | PLAINTIFFS |

V.  NO. 4: 15-cv-00205-KGB

| | |
|---|---|
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, lnc.(Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of The Jacksonville Housing Authority; CITY OF JACKSONVILLE; BRK BRANDS, INC.; JACKSONVILLE FIRE DEPT; WAYNE TAYLOR; LARRY HAMSHER; CHRIS McDONALD; TONY SUTHERLAND; DEWAN LEWIS; JOHN DOES 1 - 50; and JANE DOES 1- 50 | DEFENDANTS |

AND

| | |
|---|---|
| MARILYN LOUISE BEAVERS, Individually, and as Administrator of the Estate of MARILYN BEAVERS, DECEASED | PLAINTIFFS |

V.

ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC. (Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official

1

Capacity as Executive Director of THE JACKSONVILLE HOUSING
AUTHORITY; BRK BRANDS, INC.;
CITY OF JACKSONVILLE; BRK BRANDS, INC.;
JACKSONVILLE FIRE DEPT; WAYNE TAYLOR;
LARRY HAMSHER; CHRIS McDONALD; TONY
SUTHERLAND; DEWAN LEWIS; and
JOHN DOES 1 - 10

## STATUS REPORT OF PLAINTIFF CLYDE HATCHETT, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF EMILY BEAVERS, DECEASED

1. The attorneys have not conferred about settlement.

2. The settlement prospects are not good. The parties have not even discussed settlement.

3. There are pending a number of Motions that need to be dealt with by the Court. Plaintiff asks the Court to schedule a hearing, at the convenience of the Court and the attorneys, to resolve all the outstanding Motions.

4. It is doubtful that the current trial setting can be realized under these circumstances.

    CLYDE HATCHETT, Individually, and as
    Administrator of the Estate of EMILY
    BEAVERS, Deceased, Plaintiff

    By:   /s/Sheila F. Campbell
        Sheila F. Campbell
        Attorney at Law
        2510 Percy Machin
        North Little Rock, AR 72114
        Arkansas Bar No. 83-239
        Telephone: 501-374-0700
        Facsimile:  501-372-5375
        E-Mail: campbl@sbcgloabl.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

| | |
|---|---|
| Mr. William M. Hatchett Hatchett, DeWalt, Hatchett<br>485 Orchard Lake Road<br>Pontiac, Ml 48341 | Ms. Kathryn A. Pryor Wright, Lindsey & Jennings<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201 |
| David Hodges<br>Attorney at Law<br>212 Center Street<br>North Little Rock, AR 72201 | Ms. Teresa Wineland<br>Kutak Rock, LLP<br>124 West Capitol Ave, Suite 2000<br>Little Rock, AR 72201-3706 |
| Mr. William Griffin<br>Friday, Eldredge Clark<br>400 W. Capitol Ave, Suite 2000<br>Little Rock, AR 72201-3493 | Mr. Baxter D. Drennon<br>Wright, Lindsey & Jennings<br>200 West Capitol Ave, Suite 2300<br>Little Rock, AR 72201 |
| Mr. John Walker<br>Mr. Shawn Childs<br>Walker Law Firm<br>1723 Broadway<br>Little Rock, AR 72206 | Mr. John L. Wilkerson<br>Attorney at Law<br>301 W. 2nd Street<br>North Little Rock, AR 72115 |
| Mr. E. Dion Wilson<br>Wilson & Associates<br>423 Rightor Street, Suite One<br>Helena, AR 72342-3219 | Mr. James **H.** Heller<br>Cozen O'Conner<br>1900 Market Street<br>Philadelphia, PA 19103 |

                                        /s/ Sheila F. Campbell
                                        Sheila F. Campbell