IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISON

| | |
|---|---|
| FURLANDARE SINGLETON, Individually, and as Administrator of the ESTATE OF DEQUAN SINGLETON, SYDNI SINGLETON, and HAYLEE SINGLETON, Decedents; and CLYDE HATCHETT, Individually, and as Administrator of the ESTATE OF EMILY BEAVERS, Deceased | PLAINTIFFS |
| VS.           CASE NO. 4:15-CV-00205-KGB | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC. (Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of THE JACKSONVILLE HOUSING AUTHORITY; BRK BRANDS, INC.; JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE TAYLOR, Individually, and in his Official Capacity; CAPTAIN LARRY HAMSHER, Individually, and in his Official Capacity; ENGINEER CHRIS MCDONALD, Individually, and in his Official Capacity; FIREFIGHTER TONY SUTHERLAND, Individually, and in his Official Capacity; CAPTAIN DEWAN LEWIS, Individually, and his Official Capacity; JOHN DOE(S) 1-50; and JANE DOE(S) 1-50 | DEFENDANTS |
| AND | |
| MARILYN LOUISE Beavers, Individually, And as Administrator of the ESTATE OF MARILYN BEAVERS, Deceased | PLAINTIFFS |
| VS. | |
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC. (Specifically, THE JACKSONVILLE HOUSING AUTHORITY, a/k/a THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, an Illinois Corporation; PHIL NIX, in His Individual and Official Capacity as Executive Director of THE JACKSONVILLE HOUSING AUTHORITY; BRK BRANDS, INC.; JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE | |

## *PLAINTIFF FURLANDARE SINGLETON'S STATUS REPORT*

Plaintiff Furlandare Singleton submits the following status report:

1. **Settlement Conference:**  No settlement conference has been scheduled.

2. **Settlement Prospects:**  Unknown.

3. **Estimate of the Length of Trial:**  Because of the pending motions (discovery and dispositive), the current trial date may be almost impracticable.

        Respectfully submitted,

        /s/ Shawn G. Childs
        John W. Walker - #64046
        Shawn G. Childs-#99058
        JOHN W. WALKER, P.A.
        1723 Broadway
        Little Rock, Arkansas  72206
        501-374-3758
        501-374-4187 (facsimile)
        email:   johnwalkeratty@aol.com
                  schilds@gabrielmail.com

        ATTORNEYS FOR FURLANDARE SINGLETON, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF DEQUAN SINGLETON, SYDNI SINGLETON, AND HAYLEE SINGLETON, DECEASED

        William M. Hatchett
        Hatchett, DeWalt & Hatchett
        485 Orchard Lake Road
        Pontiac, MI 48341
        (248) 334-1587
        w.hatchett@hatchettlawfirm.com

          /s/     Sheila F. Campbell
        Sheila F. Campbell
        Sheila F. Campbell, P.A.

        2510 Percy Machin Dr.
        North Little Rock, AR 72114
        (501) 374-0700
        campbl@sbcglobal.net

        ATTORNEYS FOR CLYDE HATCHETT,
        INDIVIDUALLY, AND AS ADMINISTRATOR OF THE
        ESTATE OF EMILY BEAVERS, DECEASED

**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that on August 4, 2016, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

William M. Griffin III
Edie S. Ervin
Friday, Eldredge & Clark
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493


John L. Wilkerson
P. O. Box 38
North Little Rock, AR 72115


Kathryn A. Pryor
Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201

Teresa Wineland
Kutak Rock, LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3706

E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

David A. Hodges
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

James H. Heller
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

　/s/ Shawn G. Childs
Shawn G. Childs