IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISON

FURLANDARE SINGLETON, Individually, and as
Administrator of the ESTATE OF DEQUAN
SINGLETON, SYDNI SINGLETON, and HAYLEE
SINGLETON, Decedents; and CLYDE HATCHETT,
Individually, and as Administrator of the
ESTATE OF EMILY BEAVERS, Deceased                                    PLAINTIFFS

VS.                        CASE NO. 4:15-CV-00205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.;
JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE
TAYLOR, Individually, and in his Official Capacity; CAPTAIN
LARRY HAMSHER, Individually, and in his Official
Capacity; ENGINEER CHRIS MCDONALD, Individually, and
in his Official Capacity; FIREFIGHTER TONY SUTHERLAND,
Individually, and in his Official Capacity; CAPTAIN DEWAN
LEWIS, Individually, and his Official Capacity; JOHN
DOE(S) 1-50; and JANE DOE(S) 1-50                                   DEFENDANTS

AND

MARILYN LOUISE Beavers, Individually,
And as Administrator of the ESTATE OF
MARILYN BEAVERS, Deceased                                            PLAINTIFFS

VS.

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.;
JACKSONVILLE FIRE DEPARTMENT; ENGINEER WAYNE

**TAYLOR, Individually, and in his Official Capacity; CAPTAIN LARRY HAMSHER, Individually, and in his Official Capacity; ENGINEER CHRIS MCDONALD, Individually, and in his Official Capacity; FIREFIGHTER TONY SUTHERLAND, Individually, and in his Official Capacity; CAPTAIN DEWAN LEWIS, Individually, and his Official Capacity; JOHN DOE(S) 1-50; and JANE DOE(S) 1-50                                              DEFENDANTS**

## *MOTION TO EXTEND TIME TO RESPOND TO SEPARATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

Separate Plaintiffs Furlandare Singleton and Clyde Hatchett, individually and as administrators of the respective estates of their deceased children ("Separate Plaintiffs"), move to extend the time to respond to separate defendants' motion for summary judgment and in support state the following:

1. On August 3, 2016, the City Defendants filed a motion for summary judgment. The response is currently due on August 22, 2016.

2. Because of the schedules of the counsel for Singleton and Hatchett, Singleton and Hatchett require additional time in which to file a response.

3. Separate Plaintiffs request that the deadline for filing their response be extended for seven (7) days or up to and including August 29, 2016.

4. The City Defendants' counsel, John Wilkerson, was contacted and stated that his clients do not oppose such an extension.

WHEREFORE, Separate Plaintiffs Singleton and Hatchett pray that the Court extend the deadline for responding to City Defendants' motion for summary judgment up to and including August 29, 2016, and grant all other appropriate relief.

Respectfully submitted,

/s/ Shawn G. Childs
John W. Walker - #64046

2

          Shawn G. Childs-#99058
          JOHN W. WALKER, P.A.
          1723 Broadway
          Little Rock, Arkansas 72206
          501-374-3758
          501-374-4187 (facsimile)
          email: johnwalkeratty@aol.com
                 schilds@gabrielmail.com

ATTORNEYS FOR FURLANDARE SINGLETON, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF DEQUAN SINGLETON, SYDNI SINGLETON, AND HAYLEE SINGLETON, DECEASED

          William M. Hatchett
          Hatchett, DeWalt & Hatchett
          485 Orchard Lake Road
          Pontiac, MI 48341
          (248) 334-1587
          w.hatchett@hatchettlawfirm.com


    /s/     Sheila F. Campbell
          Sheila F. Campbell
          Sheila F. Campbell, P.A.
          2510 Percy Machin Dr.
          North Little Rock, AR 72114
          (501) 374-0700
          campbl@sbcglobal.net

ATTORNEYS FOR CLYDE HATCHETT, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF EMILY BEAVERS, DECEASED


**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that on August 17, 2016, a copy of the foregoing paper has been electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

William M. Griffin III

Edie S. Ervin
Friday, Eldredge & Clark
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201-3493


John L. Wilkerson
P. O. Box 38
North Little Rock, AR 72115


Kathryn A. Pryor
Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201

Teresa Wineland
Kutak Rock, LLP
124 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3706

E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

David A. Hodges
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429

James H. Heller
Cozen O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

___/s/ Shawn G. Childs
Shawn G. Childs