IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FURLANDARE SINGLETON, Individually And as
Administrator of the Estate of Dequan Singleton,
Syndi Singleton, and Haylee Singleton,
Decedents; and CLYDE HATCHETT, Individually,
and as Administrator of the Estate of Emily
Beavers, Deceased                                                                                PLAINTIFFS

V.                                         NO. 4:15-cv-00205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (specifically,
The Jacksonville Housing Authority, A.K.A.
The Max Howell Place Housing Projects);
EVANTSON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of The Jacksonville
Housing Authority; and JACKSONVILLE FIRE DEPT,
a department of the CITY OF JACKSONVILLE,
ARKANSAS, Jointly and Severally and in their
individual capacities; JOHN DOE(s) 1-50;
and JANE DOE(s) 1-50                                                                            DEFENDANTS

AND

MARILYN LOUISE BEAVERS, Individually, And as
Administrator of the Estate of MARILYN BEAVERS,
Deceased                                                                                            PLAINTIFFS

V.

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC. (Specifically,
THE JACKSONVILLE HOUSING AUTHORITY, a/k/a
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, an Illinois
Corporation; PHIL NIX, in His Individual and Official
Capacity as Executive Director of THE JACKSONVILLE
HOUSING AUTHORITY; BRK BRANDS, INC.;
CITY OF JACKSONVILLE; JACKSONVILLE FIRE DEPT;

**ENGINEER WAYNE TAYLOR, Individually, and in his
official capacity; CAPTAIN LARRY HAMSHER, individually
and in his official Capacity; ENGINEER CHRIS McDONALD,
Individually, And in his official capacity; FIREFIGHTER TONY
SUTHERLAND, individually and in his official Capacity;
CAPTAIN DEWAN LEWIS, individually, And in his official capacity;
and JOHN DOES 1-5**                                        **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME

Comes now the Separate Defendants, Wayne Taylor, Captain Larry Hamsher, Chris McDonald, Tony Southerland, Captain Dewan Laws, in their individual and official capacities and the City of Jacksonville, Arkansas, by and through undersigned counsel, and for their Motion for Extension of Time, state:

1. Separate Defendants' Reply to Separate Plaintiff's, Marilyn Louise Beavers, Response to Motion for Summary Judgment is due August, 24, 2016.

2. Separate Defendants' counsel has a hectic calendar, including one week of depositions, and a trial the next week.

3. Based upon the foregoing, Separate Defendants request and extension of the reply deadline up to and including August 31, 2016.

4. Pursuant to Local Rule, undersigned counsel has contacted Plaintiff's counsel, and upon information and belief, Plaintiff's counsel has no objection to this motion.

Wherefore, Separate Defendants request this Court grant their Motion for Extension of Time and for all other just and proper relief to which there is entitlement.

Respectfully Submitted,

WAYNE TAYLOR; Individually, and in his
official capacity; CAPTAIN LARRY HAMSHER, individually and in his official Capacity; ENGINEER CHRIS McDONALD, Individually And in his official capacity; FIREFIGHTER TONY SUTHERLAND, individually and in his official Capacity; CAPTAIN DEWAN LEWIS, individually, And in his official capacity; JACKSONVILLE FIRE DEPARTMENT (CITY OF JACKSONVILLE) and THE CITY OF JACKSONVILLE, ARKANSAS, Separate Defendants

By: \_\_\_\_/s/ John L. Wilkerson_____
John L. Wilkerson, Ark. Bar No. 2008046
Attorney at Law
Post Office Box 38
North Little Rock, AR 72115
TELEPHONE: (501) 978-6136
FACSIMILE: (501) 978-6567
EMAIL: jwilkerson@arml.org

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 22nd day of August, 2016, I have electronically filed the foregoing document with the Clerk of Court, which will send notification to all registered users of the electronic filing system below, and I further certify that I have mailed a true and correct copy of this document to all non-participating counsel of record listed below via U.S. Mail, Postage Prepaid:

| | |
|---|---|
| John W. Walker, Esq.<br>Shawn G. Childs, Esq.<br>John W. Walker, P.A.<br>1723 S. Broadway<br>Little Rock, AR 72206 | Kathy A. Pryor<br>Wright Lindsey & Jennings<br>200 West Capitol Ave., Ste. 2300<br>Little Rock, AR 72201 |
| William M. Hatchett, Esq.<br>Hatchett, Dewalt, & Hatchett<br>485 Orchard Lake Rd.<br>Pontiac, MI 48341 | David Hodges<br>Attorney at Law<br>212 Center St., 5th Fl.<br>Little Rock, AR 72201-2429 |
| William M. Griffin, III<br>Friday, Eldredge, & Clark, LLP<br>400 W. Capitol Ave., Ste. 2000<br>Little Rock, AR 72201 | E. Dion Wilson<br>Attorney at Law<br>423 Rightor Street<br>Helena, AR 72342 |
| James H. Heller<br>Cozen O' Conner<br>1900 Market St.<br>Philadelphia, PA 72201 | Shawn Childs<br>Attorney at Law<br>1723 South Broadway<br>Little Rock, AR 72206 |
| Kathryn A. Pryor<br>Wright Lindsey & Jennings<br>200 West Capitol Ave., Ste. 2300<br>Little Rock, AR 72201 | Sheila F. Campbell<br>Attorney at Law<br>2510 Percy Machin<br>North Little Rock, AR 72114 |

                                                                     /s/ John L. Wilkerson<br>
                                                                     John L. Wilkerson, Ark. Bar No. 2008046