# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**FURLANDARE SINGLETON,** *et al*.                                                                 **PLAINTIFFS**

v.                                      Case No. 4:15-cv-205-KGB

**ARKANSAS HOUSING
AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED
FUND, INC.,** *et al*.                                                                                    **DEFENDANTS**

## ORDER

This action is scheduled for trial the week of October 3, 2016. A number of motions are currently pending, including motions to extend time to file expert reports, complete discovery, and file dispositive motions (Dkt. Nos. 76; 104; 123; 125; 127). The Court has all pending motions under advisement. On its own motion, the Court removes this case from the trial calendar. The Court suspends discovery and all deadlines. The Court will set new pretrial deadlines and a new trial date, if necessary, by separate Order.

Dated this the 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge