**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**FURLANDARE SINGLETON, INDIVIDUALLY, AND AS**
**ADMINISTRATOR OF THE ESTATE OF DEQUAN**
**SINGLETON, SYNDI SINGLETON, AND HAYLEE**
**SINGLETON, DECEDENTS; AND CLYDE HATCHETT,**
**INDIVIDUALLY, AND AS ADMINISTRATOR OF THE**
**ESTATE OF EMILY BEAVERS, DECEASED**                          **PLAINTIFFS**

**V.**                                        **NO. 4:15-CV-00205-KGB**

**ARKANSAS HOUSING AUTHORITIES PROPERTY**
**& CASUALTY SELF-INSURED, INC.(SPECIFICALLY,**
**THE JACKSONVILLE HOUSING AUTHORITY, A/K/A**
**THE MAX HOWELL PLACE HOUSING PROJECTS);**
**EVANSTON INSURANCE COMPANY, AN ILLINOIS**
**CORPORATION; PHIL NIX, IN HIS INDIVIDUAL AND**
**OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF**
**THE JACKSONVILLE HOUSING AUTHORITY; CITY OF**
**JACKSONVILLE; BRK BRANDS, INC.; JACKSONVILLE**
**FIRE DEPT; WAYNE TAYLOR; LARRY HAMSHER;**
**CHRIS MCDONALD; TONY SUTHERLAND; DEWAN**
**LEWIS; JOHN DOES 1–50; AND JANE DOES 1–50**              **DEFENDANTS**

**AND**

**MARILYN LOUISE BEAVERS, INDIVIDUALLY, AND AS**
**ADMINISTRATOR OF THE ESTATE OF MARILYN BEAVERS,**
**DECEASED**                                              **PLAINTIFFS**

**V.**

**ARKANSAS HOUSING AUTHORITIES PROPERTY**
**& CASUALTY SELF-INSURED, INC. (SPECIFICALLY,**
**THE JACKSONVILLE HOUSING AUTHORITY, A/K/A**
**THE MAX HOWELL PLACE HOUSING PROJECTS);**
**EVANSTON INSURANCE COMPANY, AN ILLINOIS**
**CORPORATION; PHIL NIX, IN HIS INDIVIDUAL AND**
**OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF**
**THE JACKSONVILLE HOUSING AUTHORITY;**
**BRK BRANDS, INC.; CITY OF JACKSONVILLE;**
**JACKSONVILLE FIRE DEPT; WAYNE TAYLOR;**
**LARRY HAMSHER; CHRIS MCDONALD; TONY**
**SUTHERLAND; DEWAN LEWIS; AND JOHN DOES 1–10**          **DEFENDANTS**

**NOTICE OF ELECTION BY MARILYN LOUISE BEAVERS,**
**ADMINISTRATOR, TO PURSUE ADDITIONAL TESTING**
**UNDER THE COURT'S CONDITIONS**

1.     Pursuant to the directions of the Court, in an Order filed September 30, 2016, Marilyn Louise Beavers, Administrator, intends to pursue additional testing under the Court's conditions. See Docket 156.

MARILYN LOUISE BEAVERS, Individually,
and as Administrator of the Estate of
MARILYN BEAVERS, Deceased, Plaintiff


By:____/s/ David Hodges_____
DAVID A. HODGES
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Arkansas Bar No. 65021
Telephone: 501-374-2400
Facsimile:   501-374-8926
E-Mail: david@hodgeslaw.com

and

E. DION WILSON
Attorney at Law
423 Rightor Street
Helena, AR 72342
Telephone: 870-338-6487
Facsimile: 870-338-8030

## CERTIFICATE OF SERVICE

I hereby certify that onOctober 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. William M. Hatchett
Hatchett, DeWalt, Hatchett
485 Orchard Lake Road
Pontiac, MI 48341

Ms. Sheila Campbell
Attorney at Law
P.O. Box 939
North Little Rock, AR 72115

Mr. William Griffin
Friday, Eldredge Clark
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201-3493

Ms. Kathryn A. Pryor
Wright, Lindsey & Jennings
200 W. Capitol Avenue, Suite 2300
Little Rock, AR 72201

Mr. John Walker
Mr. Shawn Childs
Walker Law Firm
1723 Broadway
Little Rock, AR 72206

Mr. Baxter D. Drennon
Wright, Lindsey & Jennings
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201

Mr. John L. Wilkerson
Attorney at Law
301 W. 2nd Street
North Little Rock, AR 72115

Mr. James H. Heller
Cozen O'Conner
1900 Market Street
Philadelphia, PA 19103

Ms. Teresa Wineland
Kutak Rock, LLP
124 W. Capitol Avenue, Suite 2000
Little Rock, AR 72201

Mr. E. Dion Wilson
Wilson & Associates
423 Rightor Street, Suite One
Helena, AR 72342-3219

/s/ David Hodges