IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FURLANDARE SINGLETON, INDIVIDUALLY, AND AS
ADMINISTRATOR OF THE ESTATE OF DEQUAN
SINGLETON, SYNDI SINGLETON, AND HAYLEE
SINGLETON, DECEDENTS; AND CLYDE HATCHETT,
INDIVIDUALLY, AND AS ADMINISTRATOR OF THE
ESTATE OF EMILY BEAVERS, DECEASED                                    PLAINTIFFS

V.                              NO. 4:15-CV-00205-KGB

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC., (SPECIFICALLY,
THE JACKSONVILLE HOUSING AUTHORITY, A/K/A
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, AN ILLINOIS
CORPORATION; PHIL NIX, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF
THE JACKSONVILLE HOUSING AUTHORITY; CITY OF
JACKSONVILLE; BRK BRANDS, INC.; JACKSONVILLE
FIRE DEPT.; WAYNE TAYLOR; LARRY HAMSHER;
CHRIS McDONALD; TONY SUTHERLAND; DEWAN
LEWIS; JOHN DOES 1-50; AND JANE DOES 1-50          DEFENDANTS

AND

MARILYN LOUISE BEAVERS, INDIVIDUALLY, AND AS
ADMINISTRATOR OF THE ESTATE OF MARILYN BEAVERS,
DECEASED                                                             PLAINTIFFS

V.

ARKANSAS HOUSING AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED, INC., (SPECIFICALLY,
THE JACKSONVILLE HOUSING AUTHORITY, A/K/A
THE MAX HOWELL PLACE HOUSING PROJECTS);
EVANSTON INSURANCE COMPANY, AN ILLINOIS
CORPORTION; PHIL NIX, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF
THE JACKSONVILLE HOUSING AUTHORITY;
BRK BRANDS, INC.; CITY OF JACKSONVILLE;
JACKSONVILLE FIRE DEPT; WAYNE TAYLOR;
LARRY HAMSHER; CHRIS McDONALD; TONY
SUTHERLAND; DEWAN LEWIS; AND JOHN DOES 1-10       DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL

Comes Attorney E. Dion Wilson, and for his Motion to Withdraw as Counsel, states:

1. That this motion comes pursuant to Arkansas Rules of Civil Procedure 64.

2. That Attorney E. Dion Wilson has been elected to the position of Circuit Judge, Division 1 of the First Judicial District of Arkansas, with said term to begin on January 1, 2017.

3. That Attorney E. Dion Wilson has taken reasonable steps to avoid foreseeable prejudice to the rights of the client, including giving due notice to his client and allowing time for employment of other counsel.

4. That Attorney E. Dion Wilson stands ready to tender to the client all papers and property to which the client is entitled.

5. That there is no unearned fee or part of a fee paid in advance to which the client is entitled a refund.

WHEREFORE, Attorney E. Dion Wilson respectfully requests that this court enter an order and find that good cause has been shown for said counsel to be relieved as counsel for the plaintiff, Marilyn Louise Beavers, Individually and as Administrator of the Estate of Marilyn Beavers, deceased.

Respectfully submitted,

WILSON LAW FIRM, P.A.
Wilson, Valley & Etherly Ofc. Bldg., Suite 1
423 Rightor Street
Helena, Arkansas 72342

BY:   /s/ E. Dion Wilson
       E. DION WILSON, ABN 94014

## CERTIFICATE OF SERVICE

I, E. Dion Wilson, do hereby certify that on _____, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. William M. Hatchett
Hatchett, DeWalt, Hatchett
485 Orchard Lake Rd.
Pontiac, MI 48341

Mr. Baxter D. Drennon
Wright, Lindsey & Jennings
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201

Ms. Sheila Campbell
Attorney at Law
P. O. Box 939
North Little Rock, AR 72115

Mr. John L. Wilkerson
Attorney at Law
301 W. 2nd St.
North Little Rock, AR 72115

Mr. William Griffin
Friday, Eldredge & Clark
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201-3493

Mr. James H. Heller
Cozen O'Conner
1900 Market St.
Philadelphia, PA 19103

Ms. Kathryn A. Pryor
Wright, Lindsey & Jennings
200 W. Capitol Ave., Suite 2300
Little Rock, AR 72201

Ms. Teresa Wineland
Kutak Rock, LLP
124 W. Capitol Ave., Suite 2000
Little Rock, AR 72201

Mr. John Walker
Mr. Shawn Childs
Walker Law Firm
1723 Broadway
Little Rock, AR 72206

Mr. David A. Hodges
Attorney at Law
212 Center St., Fifth Floor
Little Rock, AR 72201-2429

      /s/ E. Dion Wilson
      E. DION WILSON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| FURLANDARE SINGLETON, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF DEQUAN SINGLETON, SYNDI SINGLETON, AND HAYLEE SINGLETON, DECEDENTS; AND CLYDE HATCHETT, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF EMILY BEAVERS, DECEASED | PLAINTIFFS |

V.                              NO. 4:15-CV-00205-KGB

| | |
|---|---|
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC., (SPECIFICALLY, THE JACKSONVILLE HOUSING AUTHORITY, A/K/A THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, AN ILLINOIS CORPORATION; PHIL NIX, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE JACKSONVILLE HOUSING AUTHORITY; CITY OF JACKSONVILLE; BRK BRANDS, INC.; JACKSONVILLE FIRE DEPT.; WAYNE TAYLOR; LARRY HAMSHER; CHRIS McDONALD; TONY SUTHERLAND; DEWAN LEWIS; JOHN DOES 1-50; AND JANE DOES 1-50 | DEFENDANTS |

AND

| | |
|---|---|
| MARILYN LOUISE BEAVERS, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF MARILYN BEAVERS, DECEASED | PLAINTIFFS |

V.

| | |
|---|---|
| ARKANSAS HOUSING AUTHORITIES PROPERTY & CASUALTY SELF-INSURED, INC., (SPECIFICALLY, THE JACKSONVILLE HOUSING AUTHORITY, A/K/A THE MAX HOWELL PLACE HOUSING PROJECTS); EVANSTON INSURANCE COMPANY, AN ILLINOIS CORPORTION; PHIL NIX, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE JACKSONVILLE HOUSING AUTHORITY; BRK BRANDS, INC.; CITY OF JACKSONVILLE; JACKSONVILLE FIRE DEPT; WAYNE TAYLOR; LARRY HAMSHER; CHRIS McDONALD; TONY SUTHERLAND; DEWAN LEWIS; AND JOHN DOES 1-10 | DEFENDANTS |

## O R D E R

Now on this day, comes on to be heard the Motion to Withdraw as Counsel of Attorney E. Dion Wilson. That based upon the pleadings and all other matters and proof before the court, the court doth hereby finds:

1. That for good cause shown, Attorney E. Dion Wilson is hereby allowed to withdraw from further representation of the plaintiff, Marilyn Louise Beavers, Individually and as Administrator of the Estate of Marilyn Beavers, deceased.

2. That the plaintiff shall be allowed a reasonable amount of time to hire or retain new counsel for substitution of representation in lieu of Attorney E. Dion Wilson's withdrawal from this case.

IT IS SO ORDERED on this _____ day of _____, 2016.

_____
Circuit Judge