# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FURLANDARE SINGLETON,** *et al.*   **PLAINTIFFS**

v.   Case No. 4:15-cv-205-KGB

**ARKANSAS HOUSING
AUTHORITIES PROPERTY
& CASUALTY SELF-INSURED
FUND, INC.,** *et al.*   **DEFENDANTS**

## ORDER

On March 31, 2017, the Court entered an Order denying plaintiff Marilyn Beavers's motion for reconsideration of the Court's Order on Ms. Beavers's motion for testing and directing the parties "to file notice as to when the additional testing is completed." (Dkt. No. 175, at 7). The Court also established that plaintiffs "have up to and including 30 days after the additional testing is completed to file responses to the pending motions for summary judgment" (*Id.*). The Court directs the parties to file status reports regarding the scheduling of the additional testing of the subject smoke alarm. The parties have up to and including July 19, 2017, to file these status reports.

So ordered this the 30th day of June, 2017.

Kristine G. Baker
United States District Judge